UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-6722-JFW (PLAx)**                                    Date:  November 2, 2016

Title:     Lois A. Manigo, et al. -v- Time Warner Cable, Inc., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DENYING PLAINTIFFS' MOTION FOR REMAND [filed 10/6/2016; Docket No. 15]

On October 6, 2016, Plaintiffs filed a Motion for Remand. On October 17, 2016, Defendants filed their Opposition. On October 21, 2016, Plaintiffs filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for November 7, 2016 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendants' Opposition, Plaintiffs' Motion for Remand is **DENIED**. The Court signs Defendants' Proposed Statement of Decision lodged with the Court on November 2, 2016 [Docket No. 27-1].

IT IS SO ORDERED.