# EXHIBIT 33

**TWC Administration LLC**
60 Columbus Circle
New York, NY 10023

| | | | |
|---|---|---|---|
| Pay Group: | RCB-LA Simplex Bi-Weekly - Hourly | Business Unit: | DB78A |
| Pay Begin Date: | 08/15/2014 | Advice #: | 000000020636339 |
| Pay End Date: | 08/28/2014 | Advice Date: | 09/04/2014 |

Warren V Nichols
6209 8th Avenue
Apt. #12
Los Angeles, CA 90043

| | |
|---|---|
| Employee ID: | 1095321 |
| Department: | 003-Technology Operations/Eng |
| Location: | 550 North Continental Blvd |
| Pay Rate: | $21.038293 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Reg-Hrly | 21.038293 | 80.00 | 1,683.06 | | |
| Ot-Hrly | 31.558621 | 7.25 | 228.80 | | |
| Dbl-Hrly | 42.076586 | 8.00 | 336.61 | | |
| Life Imp | | | 24.98 | | |
| Meal Pnlty | 31.560000 | 1.00 | 31.56 | | |
| Sick-Hrly | | | 0.00 | | |
| Vac-Hrly | | | 0.00 | | |
| Pers-Hrly | | | 0.00 | | |
| Hol-Hrly | | | 0.00 | | |
| Grs Up Tax | | | 0.00 | | |
| AnBnsAIP | | | 0.00 | | |
| Emp Acct | | | 0.00 | | |
| Total: | | 96.25 | 2,280.03 | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 314.77 | |
| Fed MED/EE | 32.94 | |
| Fed OASDI/EE | 140.85 | |
| CA Withholdng | 95.44 | |
| CA SDI FTDI | 22.72 | |
| Total: | 606.72 | |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401k Contribution | 136.80 | |
| Dental Before-Tax | 2.35 | |
| Medical Before-Tax | 30.53 | |
| Vision Before-Tax | 0.29 | |
| Total: | 169.97 | |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Dependent Life After-Tax | 0.48 | |
| TWC 401k Loan - Monthly | 0.00 | |
| Total: | 0.48 | |

**OTHER BENEFITS**

| Description | Current | YTD |
|---|---|---|
| 401k Company Match | 91.20 | |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,280.03 | 2,135.04 | 606.72 | 170.45 | 1,502.86 |
| YTD: | | | | | |

**NET PAY DISTRIBUTION**

| | |
|---|---|
| Advice #000000020636339 | 1,502.86 |
| Total: | 1,502.86 |

Defts Exhibit 74
For ID 1/25/17
Leslie Chisum, CSR No. 9682
Witness: Warren Nichols

**TWC Administration LLC**
60 Columbus Circle
New York, NY 10023

**Date**
09/04/2014

**Advice No.**
20636339

**Deposit Amount:** $1,502.86

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx1622 | 1,502.86 |
| Total: | | 1,502.86 |

**To The Account(s) Of**

Acct: 1150-31-631-0000-0000 HOME
WARREN V NICHOLS
6209 8th Avenue
Apt. #12
Los Angeles, CA 90043

# NON-NEGOTIABLE

Ex. 74

# EXHIBIT 34

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

| | | |
|---|---|---|
| LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, individually and on Behalf of all others similarly situated, | ) | Case No. 2:16-cv-06722-JFW-PLA |
| Plaintiffs, | ) | |
| vs. | ) | VOLUME I |
| TIME WARNER CABLE, INC. and TWC ADMINISTRATION, LLC, | ) | |
| Defendants. | ) | |

---

DEPOSITION OF NADINE SOLIS
LOS ANGELES, CALIFORNIA
WEDNESDAY, JANUARY 11, 2017

Job No. 2516747
Reported by:
RICKI Q. MELTON, RPR
CSR No. 9400
PAGES 1 - 191

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---------------------------------

| | |
|---|---|
| LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, individually and on Behalf of all others similarly situated, | ) Case No. |
| | ) 2:16-cv-06722-JFW-PLA |
| Plaintiffs, | ) |
| vs. | ) VOLUME I |
| TIME WARNER CABLE, INC. and TWC ADMINISTRATION, LLC, | ) |
| Defendants. | ) |

---------------------------------

DEPOSITION of NADINE SOLIS, taken at 2049 Century Park East, Suite 2450, Los Angeles, California, commencing at 10:22 A.M., Wednesday, January 11, 2017, before Ricki Q. Melton, CSR 9400, RPR 45429.

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:

WILLS LAW FIRM
BY: RHONDA WILLS, ESQ.
1776 Yorktown Street
Suite 570
Houston, Texas 77056
(714) 528-4455
rwills@rwillslawfirm.com

FOR THE DEFENDANTS:

KABAT CHAPMAN & OZMER LLP
BY: J. SCOTT CARR, ESQ.
AMY E. BEVERLIN, ESQ.
171 17th Street NW
Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
scarr@kcozlaw.com

ALSO PRESENT:

EDIE MEYER
RICHARD SMITH, Video Operator

BY MS. WILLS:

Q I'm asking: Are you aware?

I get to ask the questions here, and my question to you is: Are you aware of supervisors scheduling dispatchers to take their meal breaks after the dispatcher had been working more than five hours?

MR. CARR: Object to the form. Argumentative.

BY MS. WILLS:

Q And I'm not asking you for details. I'm asking you -- "yes" and "no" -- are you aware of that?

A No.

MR. CARR: Object --

BY MS. WILLS:

Q Never heard that before today? That's your sworn testimony?

MR. CARR: Object to the form. Argumentative.

THE WITNESS: Speaking specifically about dispatchers?

MR. CARR: That was her question was dispatchers.

THE WITNESS: No.

Q And -- and -- and how often did that happen, that someone -- a dispatcher would come to you and tell you that?

A Rare occasions.

Q And when that did happen, what was your response?

A Well, we would discuss what they were working on to see if it's something that could wait so they could take their break, or I would provide additional coverage so that they could take their break.

Depending on the situation, their break may be shifted 15 minutes earlier or 15 minutes later, and the employees are empowered to do that.

Q Right.

On some of those occasions, they took their rest breaks late; correct?

MR. CARR: Objection. Vague.

THE WITNESS: When you -- clarify "late."

BY MS. WILLS:

Q When are they supposed to take their rest breaks?

A According to a schedule that the supervisors are providing.

Q And during what time frame are the

supervisors supposed to schedule the first rest break?

A Within the two -- first two hours of their shift.

Q And so, I guess, my question to you is then: If they're scheduled to take their first rest breaks within the first two hours of their shift, how much later after that would these rest -- late rest breaks be taken?

A They could be taken 15 minutes before or after depending on support within their community group.

Q Or they could be taken two hours later.

MR. CARR: Object to the form.

THE WITNESS: No. The expectation and how it's been rolled out and communicated with the employees is that they are empowered to manage their time. We utilize adherence. They should be in there every day and looking at their schedule.

In the event that they are stuck on a call or they're not able to get up and go for their break at their scheduled time, they can either move their break forward or move it behind 15 minutes. They have a 15-minute variance in which they can do that.

In the event that they're not able to, they are to escalate to a supervisor so that we can make accommodations so that they are free to take their breaks.

BY MS. WILLS:

Q Were there ever occasions when dispatchers weren't free to take their breaks?

A No.

Q Never happened?

A No.

Q So it is your sworn testimony that that never happened and was never brought to your attention?

A It was not brought to my attention, no.

Q So you're not saying it never happened.

A I don't -- I don't micromanage them to look over their shoulder to see, "Are you taking your break?"

So it's possible. Probably. Was I aware? No.

Q Do you know what a meal break penalty is?

A Yes.

Q What is Time Warner's policy with respect to paying meal break penalties?

MR. CARR: Object to the form.

THE WITNESS: What do you mean "the policy"? In paying the employees?

BY MS. WILLS:

Q Yes.

A If the employee is stuck on a call and they're not able to take their lunch, we pay them. If they are not able to take their lunch timely, we pay them the meal penalty.

If the employee chooses to take a later lunch due to an appointment or something that they have, then the employee is allowed to waive the meal penalty.

Q Were meal penalties ever removed from an employee time sheet?

A When you say "removed" --

MR. CARR: Vague.

BY MS. WILLS:

Q Did supervisors ever go in and remove meal penalties from an employee's time records?

MR. CARR: Objection. Vague.

THE WITNESS: If they did, that would require a waiver to be signed by the employee.

BY MS. WILLS:

Q And you said the only times that waivers were to be signed by the employee, meal break

and they're on Avaya until the end of their shift. So on average, it's like, basically, a nine-hour shift because their lunch hour is included in that.

The break time provides daily -- for the month the daily totals, and then at the very top, it provides the total for the month.

So in regards to Orlando, his break time usage was very high, meaning that the employees are provided a 30-minute combined break total for the day and his was exceeding that.

Q Is it possible that some dispatchers might have had a higher break time usage because of the particular codes they were using during the day? Perhaps they weren't actually on a break but were putting a particular code that would make it appear that they're on a break when, in fact, they're working on a special project.

MR. CARR: Objection. Vague.

THE WITNESS: No. The employee places the aux code as to what they're doing.

So if the employee statuses themselves as break, then we believe that the employee's on a break.

BY MS. WILLS:

Q Can you tell us what an aux code is?

A It's status code within the Avaya phone system that allows the employee to either be available to take a call or, when they use an aux code, they're not available to receiving incoming code.

Q And aux is a-u-x; correct?

A Yes.

Q So in order for a dispatcher to not get another call, the dispatcher would have to put in an aux code?

A Right.

Q Otherwise, the phones would keep ringing and they keep getting calls, and they wouldn't be able to work on special projects or maybe notes or things that they need to do to follow up on a call?

A That could happen, yes.

Q Were there certain aux codes that dispatchers were not allowed to use?

A Yes.

Q And what are those?

A Unless the employee had a approved ADA accommodation for additional health breaks, they could not use the personal break.

Q Were there any other aux codes that they couldn't use?

the situation like that.

Q Well, the only way for the dispatcher to stop those calls from coming in is to put in an aux code that gets accepted.

A From the dispatcher's perspective, yes.

Q Did you ever hear of dispatchers using the break aux codes when they were working on special projects?

A No.

Q Never heard of that?

A No.

Q Is it possible that that happened?

A No.

Q How do you know that's not possible?

A Within our department, because we have a high volume of calls, we have -- employees are not allowed to take their lunch or their breaks at their desk. We ask them to step off the floor, go into the break room, go outside, but get away from their desk. So if an employee is on break, they should not be sitting at their desk.

Q But that happened, didn't it, that employees were on break and sitting at their desk?

A When it did happen, it was addressed.

Q But it did happen.

A No.
Q In fact, it was Time Warner's policy that dispatchers should not have to work during their meal breaks; correct?
A Correct.
Q Because their meal breaks were uncompensated; correct?
A Correct.
Q So if a dispatcher was working during his or her meal break, that would be off-the-clock work wouldn't it?
MR. CARR: Objection. Calls for a legal conclusion.
THE WITNESS: If the -- if the employee chooses to work, the employee is coached because no, they shouldn't be working when they're off the clock.
BY MS. WILLS:
Q Right. So if an employee is working during their uncompensated meal break, that's considered off-the-clock work, isn't it?
MR. CARR: Calls for a legal conclusion.
THE WITNESS: I'm trying to understand why that would happen when we -- employees aren't allowed to take their lunch at their desk.

yes, then "wrap up that call and send me an e-mail so we can modify your time."

Q Is that what happened with Lois?

A With Lois it was, "I'm going. I'm going." And she'd grab her stuff and walk off. So --

Q So that's what I was asking you about. So you recalled a specific incident where you saw Lois Manigo at her desk during her uncompensated meal break. You also testified that you're not sure what she was doing and it's possible she may have been working.

And so my question to you is: Tell me specifically everything that you can remember about that conversation and that incident, what you said to Ms. Manigo and what she said to you.

MR. CARR: Object to the form. Mischaracterizes the testimony, compound.

You can answer.

THE WITNESS: Okay.

Asked the question, "Are you on break or lunch?"

BY MS. WILLS:

Q You asked her that?

A I would have asked her that, yes.

Q Well, no. I'm not saying what you would have done. I'm asking if that's what you did.
A From what I recall, yes.
Q Okay.
A Asked and response was, "Oh, I'm on break."
And -- okay. "Well, you know you need to take your break off the floor."
"I know, I know." And grabs it and walks off.
Q Okay. So that was the sum total of your interaction with her?
A As best I can recall.
Q Did you go back and adjust her time?
A No -- no, I don't believe I did.
Q On any occasion when you saw Ms. Manigo at her desk during her uncompensated meal break, did you ever go back and adjust her time?
A I don't recall.
Q You don't recall adjusting her time?
A For that instance, no, I don't recall.
Q Well, you said there were -- there was more than one. You said that there were a few instances.
A Right. But I don't recall that I adjusted

record. The time is 2:57.
BY MS. WILLS:
Q Ms. Solis, does the Kronos time system automatically generate meal break penalties?
A Yes.
Q And does a supervisor have the ability to go in and delete those meal break penalties?
A Yes.
Q To your knowledge, has a supervisor ever done that?
A Yes, when a employee submits a meal penalty waiver.
Q What's a meal penalty waiver?
A The employee is requesting that that meal penalty be waived due to a variety of reasons.
Q Such as what?
A "I want to take my lunch later" or "I need to take my lunch later because I have an appointment." In those instances.
Q Well, the instances we talked about earlier --
A Yes.
Q -- specific instances. If they had a doctor's appointment; right?
A Right.

Q Have you received any training concerning the California Labor Code meal break requirements?
A Yes.
Q And would that be the same -- same thing? This would have been training from Time Warner or its predecessor --
A Yes.
Q -- entities?
MR. CARR: Let her finish.
THE WITNESS: Oh, I'm sorry.
BY MS. WILLS:
Q What is your understanding of what the California Labor Code -- California laws require with respect to meal breaks? And this -- what is your understanding?
A It's the same as earlier, that employees working -- employees are entitled to a meal break when they work six hours or more and the meal break is afforded to the employee within the first five hours of work.
Q And what is your understanding of what the labor code -- California Labor Code provides if that employee is not provided with a meal break within the first five hours?
A Then they receive a meal penalty.

Q And what is that -- how much is that meal penalty?

A It's one hour.

I don't know how it comes across on their paycheck because I don't see that.

Q And what is your understanding -- or have you received any training with respect to the California labor code requirements for rest breaks?

A Yes.

Q And would that be the same type of thing, training from Time Warner?

A Yes.

Q What is your understanding of what a California law requires with respect to rest breaks?

A That employees are allowed a minimum of a ten-minute break within their first four hours of their shift and a ten-minute break in the last four hours of their shift if they're working an eight-hour shift; however, we've always provided a 15-minute break in the first half of the day and one in the second half.

Q Do those rest break requirements change if the employee works over eight hours?

MR. CARR: Objection. Calls for a legal conclusion.

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429, do hereby certify:

That the foregoing deposition testimony of NADINE SOLIS was taken before me at the time and place therein set forth, at which time the witness was placed under oath and was sworn by me to tell the truth, the whole truth, and nothing but the truth;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true, and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 16th day of January, 2017.

[signature]

RICKI Q. MELTON, C.S.R. No. 9400

# EXHIBIT 35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ, PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER CABLE, INC. and TWC ADMINISTRATION LLC,<br><br>Defendants. | No. 2:16-cv-06722-JFW-PLA |

VIDEOTAPED 30(B)(6) DEPOSITION OF NADINE SOLIS
Los Angeles, California
Monday, January 30, 2017
Volume I

Reported by:
LORI M. BARKLEY
CSR No. 6426
Job No. 2524964

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ, PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, Individually and on Behalf of all Others Similarly Situated, | |
| Plaintiffs, | |
| vs. | No. 2:16-cv-06722-JFW-PLA |
| TIME WARNER CABLE, INC. And TWC ADMINISTRATION LLC, | |
| Defendants. | |

Videotaped 30(B)(6)deposition of NADINE SOLIS, Volume I, taken on behalf of Plaintiffs, at 2049 Century Park East, Los Angeles, California, beginning at 10:17 a.m. and ending at 2:36 p.m., on Monday, January 30, 2017, before LORI M. BARKLEY, Certified Shorthand Reporter No. 6426.

APPEARANCES:

For Plaintiffs:

WILLS LAW FIRM, PLLC
BY: RHONDA H. WILLS
Attorney at Law
1776 Yorktown, Suite 570
Houston, Texas 77056
713.528.4455
rwills@rwillslawfirm.com

For Defendants:

KABAT CHAPMAN & OZMER LLP
BY: J. SCOTT CARR
Attorney at Law
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
404.400.7300
scarr@kcozlaw.com

Videographer:

Julian Shine

down their systems. And Avaya would be one of them so that they don't get another call as they're shutting down. Once they're fully shutting down all of their tools, then they clock out in Kronos.
BY MS. WILLS:
Q. Is it Time Warner's policy that non-exempt employees in the State of California are entitled to a meal break that starts before the end of the fifth hour of their shift?
A. Yes.
Q. And were the managers and supervisors at Time Warner instructed on this policy?
A. Yes.
Q. Are meal break penalties automatically entered into the Kronos system when a dispatcher takes a meal break after the end of the fifth hour of his or her shift?
MR. CARR: Objection, vague.
BY MS. WILLS:
Q. Okay. Let me just give you an example. If a dispatcher has an 8:00 to 5:00 shift, 8:00 a.m. to 5:00 p.m. shift, what is the latest time that that dispatcher should take his or her meal break?
A. 12:59.
Q. And if the dispatcher takes his or her meal

BY MS. WILLS:
Q. With respect to dispatchers at all of the dispatch locations in California, is it true that every dispatcher is given an assigned schedule shift?
A. Yes.
Q. And is it true that such schedule shift is approved by a supervisor?
A. Yes.
Q. In other words, the dispatcher can't set his or her own schedule shift?
A. Right.
Q. And the scheduled shift of a dispatcher in California would include a scheduled start time, a scheduled first rest break, a scheduled lunch break, and a scheduled second rest break, and a scheduled end of the shift?
A. Yes.
Q. And this schedule is set by the supervisor or manager, not by the employee?
MR. CARR: Object to the form, mischaracterizes the testimony.
THE WITNESS: In El Segundo this schedule is set by the supervisors. In Van Nuys it is also set by the supervisor. In Garden Grove it is set by the WorkForce administrative assistant.

State of California. ) ss.
COUNTY OF LOS ANGELES )

I, Lori M. Barkley, CSR No. 6426, do hereby certify:

That the foregoing deposition testimony taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 31st dav of Januarv. 2017.

LORI M. BARKLEY, CSR No. 6426
VERITEXT LEGAL SOLUTIONS
300 Throckmorton Street, Suite 1600
Fort Worth, Texas 76102
800-336-4000

# EXHIBIT 36

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, individually and on Behalf of all others similarly situated,

Plaintiffs,

vs. Case No. 2:16-cv-06722-JFW-PLA

TIME WARNER CABLE, INC. and TWC ADMINISTRATION, LLC,

Defendants.

DEPOSITION OF:

PATRICIA VALLADRES-GALLEGOS
THURSDAY, JANUARY 5, 2017
10:05 A.M.

Reported by: GINA M. CLOUD
CSR No. 6315

Job No. CS2511422

Deposition of PATRICIA VALLADRES-GALLEGOS, the witness, taken on behalf of the Defendants, on Thursday, January 5, 2017, 10:05 A.M. at 2049 Century Park East, Suite 2450, Los Angeles, California 90067, before GINA M. CLOUD, CSR No. 6315, pursuant to NOTICE.

APPEARANCES OF COUNSEL:

FOR PLAINTIFFS:

WILLS LAW FIRM
BY: RHONDA WILLS, ESQ.
1776 Yorktown Street
Suite 570
Houston, Texas 77056

FOR DEFENDANTS:

KABAT CHAPMAN & OZMER LLP
BY: J. SCOTT CARR, ESQ.
JOSEPH W. OZMER, ESQ.
171 17th Street NW
Suite 1550
Atlanta, Georgia 30363
(404) 400-7300

ALSO PRESENT:

RICHARD SMITH, Videographer
AMY BEVERLIN

BY MR. OZMER:

Q. Anything else?

A. Not that I can recall.

MS. WILLS: Same objections.

BY MR. OZMER:

Q. You said not that you can recall?

A. Yes.

Q. You said you had to come in early in the mornings to make sure your programs were set up. Who told you that you had to come in early?

A. If we want to be on time we have to have our systems up by the time we clock in, so if we're not -- if our systems are not up, we can't clock in to take our first call.

Q. Did anyone ever tell you that you have to be in early?

A. No.

MS. WILLS: Objection, vague and ambiguous.

MR. OZMER: Did you get her answer?

THE REPORTER: Yes.

BY MR. OZMER:

Q. When you would come in you would clock in through Kronos; is that correct?

A. And Avaya.

Q. And the timekeeping system was Kronos; is

A. No, but I've had verbal conversations with supervisors and managers saying that. These programs need to be up, you have to be prepared to take your first call or to route.

Q. But you've never seen a document that says to load other programs before you clock in, have you?

A. No.

Q. And you said that you've had managers, discussions with managers or supervisors. Have you ever had a manager or supervisor specifically tell you that you need to load up your other programs off the clock and only clock in after you've got your other programs loaded up?

A. No.

MS. WILLS: Objection, vague and ambiguous.

MR. OZMER: Did you get her answer?

THE REPORTER: Yes.

MS. WILLS: Give me a chance to get my objections in before you answer.

Did you get my objection?

THE REPORTER: Yes.

BY MR. OZMER:

Q. Have you ever seen Time Warner Cable's employee handbook?

Q. Sure, did you understand that part of the reason why you were required to verify your own timecard every two weeks -- let me back up. Was it every week or every two weeks?

A. Two weeks.

Q. Did you understand that part of the reason you were supposed to verify your own timecard every two weeks was to make sure that you were getting properly paid for all of the hours that you actually worked?

MS. WILLS: Objection, assumes facts not in evidence, vague and ambiguous.

THE WITNESS: Yes.

BY MR. OZMER:

Q. And were there ever any occasions where you would get your time card and saw a mistake on it?

A. Yes, there has been a few times and then I also seen there was a meal penalty on there and I had asked somebody about it, and they told me don't worry about it, that the supervisor will delete it and take care of it.

Q. And I'll talk to you about meal penalties a little bit later, but right now I want to talk to you about if you saw something wrong with your hours, and you said that that had happened on a

couple occasions?
A. Yes.
Q. And when that happens, you're supposed to bring it to your supervisor's attention so they can manually correct it?
A. Yes.
Q. And did your supervisors manually correct your time for you when you brought it to their attention?
A. Yes.
Q. Was there ever a time when a supervisor refused to make a manual correction for you that you had pointed out to them?
A. Not that I can recall.
Q. You mentioned when I was asking you what you understood your claims to be, you mentioned being wrongfully terminated as part of your understanding of what this lawsuit was about?
A. Yes.
Q. So I gather do you think your termination was wrongful?
A. Yes.
Q. You were terminated for call avoidance?
A. I was terminated for hanging up on a technician when I was off the clock, when it was time

Q. What was the response at the manager meeting?
A. To open a ticket and that they would look into it.
Q. What did they tell you to do about -- if that happened, what did they tell you to do about taking your break?
A. You would have to take the call.
Q. And then take your break after the call?
A. Yes.
Q. But they did emphasize to you it was important for you to take your breaks, correct?
MS. WILLS: Objection, misstates -- assumes facts not in evidence.
THE WITNESS: Yes.
BY MR. OZMER:
Q. Going back to your termination, were you familiar with the company's open door policy?
MS. WILLS: Objection, assumes facts not in evidence, vague and ambiguous.
THE WITNESS: Yes.
BY MR. OZMER:
Q. And the open door policy -- explain to me what you understood the open door policy to be?
A. That you can go to anybody and ask a

lunch and they said that we should do that on our break time.

Q. What manager told you to work on your break time?

A. It was one of our manager meetings, it was Nadine.

Q. And when did she say that?

A. I can't remember when.

Q. But you also said at these meetings that the managers and supervisors would stress the importance of actually taking your breaks, right?

A. Yes.

Q. Both your rest breaks and your meal breaks correct?

A. Yes.

Q. And they told you it was important to take them on time when they were scheduled?

MS. WILLS: Objection, misstates the witness' prior testimony.

THE WITNESS: Yes.

BY MR. OZMER:

Q. And part of the reason, you've talked about coverage several times this morning, right?

A. Yes.

Q. One of the reasons it was important to take

the breaks the way that the supervisors had them scheduled was for coverage purposes, so too many people weren't on break at the same time; is that true?

A. Yes.

Q. Were there times when you were working the 9:00 a.m. shift to -- the 9:00 to 6:00 shift, were there times where -- that were busier than others, times of the day that were busier than others?

A. From what I can recall, it was back to back calls all day long.

Q. How about on the 5:00 to 2:00 p.m. shift?

MS. WILLS: Objection, asked and answered.

THE WITNESS: I can't recall.

BY MR. OZMER:

Q. You can't recall?

A. Yes.

Q. Did you ever have down time between calls on either shift?

A. Rarely.

Q. What would you do during that down time?

A. You're supposed to check your e-mails, try to get jobs out of the pool, call customers to make sure their services are still not working.

MS. WILLS: Can we talk a quick break so

LOS ANGELES, CALIFORNIA, THURSDAY, JANUARY 5, 2017

12:47 P.M.

EXAMINATION (RESUMED)

THE VIDEOGRAPHER: We're back on the record. The time is 12:48.

BY MR. OZMER:

Q. We're back on the record after a lunch break and earlier you recall we were talking about lunch breaks, rest breaks and scheduling of those.

A. Uh-huh.

Q. Yes?

A. Yes.

Q. Am I correct that the company would monitor and measure your adherence to your break schedule?

A. Yes.

Q. They would score you on it?

A. Yes.

Q. And use it as a coaching point?

A. Yes.

Q. If you didn't take your breaks when they were scheduled to be taken or within 15 minutes of when they were scheduled to be taken, that would hurt your adherence score?

A. Yes.

Q. And would it also hurt your adherence score if your breaks were overly long or overly short?

A. It's not, it's more of if they're long or short or how many you take throughout the day, so sometimes with the breaks I find I clock out to take my break but I'm working, I don't get a chance to go to the bathroom on my break time because I'm working, so I would clock back in or you forget to -- you're sitting there working and time goes by fast, your break goes by fast and you clock back in late, so you're taking a longer break than usual because you are still working.

Q. That's what you told me about earlier when you claimed that you would sometimes work during breaks?

A. Yes.

Q. Anything to add to that testimony?

MS. WILLS: Objection, vague and ambiguous.

THE WITNESS: I already answered.

BY MR. OZMER:

Q. Were you ever counseled or coached for your adherence to your break schedule?

A. Yes, they told me that you're supposed to be in a certain percentage, but how can I be in a

certain percentage if I'm taking -- I'm working on my break time, so when I do have to go to the bathroom I have to go and take another break.

Q. So the question I asked is if you were ever counseled on your adherence, and your answer is yes, and you explained why you think that is, but the answer is yes, correct?

MS. WILLS: Objection, asked and answered.

THE WITNESS: I already answered the question, yes.

BY MR. OZMER:

Q. If you would take an overly long break, are you saying because that would be because you were working during part of the break and then when you finished that work then you would actually go take your break?

MS. WILLS: Objection, misstates the witness' prior testimony.

BY MR. OZMER:

Q. I'm asking. I'm trying to understand what you said. Is that what you were saying?

A. No, you're working and most of the time when I go to break I'm still working and I'm still at my desk, and by the time I look up, it's time to clock back in and you clock back in from your break and

then a few minutes later it's like you have to pee. I even have a doctor's note because I do pee a lot, and it was like whatever, they didn't care about it. So it's like I felt like I have to sit there and hold to go to the bathroom sometimes because I'm working and I'm like do you guys want me to pee my pants? So you get the point. You're saying go to the restroom whenever you have to go, but you're going to ding me on a monthly basis of when have I go to the bathroom. To me that doesn't make sense.

Q. I'm trying to understand what you are saying, so would you clock back out, put yourself on another break to go use the restroom?

A. If I had to go to the bathroom, yes.

Q. You said you have to go to the bathroom a lot and when you would go to the bathroom you would put yourself on break?

A. Yes.

Q. How long would it typically take you to go to the bathroom and come back?

A. It depends on who is in the bathroom, and it's down the hall so you have to put yourself on break and then walk down there, it depends, and who knows how long you take in the bathroom.

Q. Would it take ten minutes or less than ten

minutes or more than ten minutes typically?
A. I would say it would take about ten minutes.
Q. So when you would have to take a bathroom break, that would typically be about a ten-minute break?
A. Yes, because you have to walk there and, like I said, if the bathroom is full or sometimes that restroom wasn't working, you have to go down to another floor and go to the bathroom.
Q. How many times during a typical shift would you have to go to the bathroom?
A. Honestly, I don't recall. When I have to go, I have to go, and a lot of times I tried to hold it so that way I'm not -- especially because I get in trouble for it, so I'm sitting there holding it sometimes until it's like I have to go.
Q. Would you typically go to the bathroom at least once before lunch, before your meal period?
A. I would say maybe once or twice.
Q. Before your meal period and once or twice after?
A. Maybe.
Q. Was there ever a time where you sat through your whole shift all the way up to your meal period without going to the bathroom?

seen before, correct?
A. Yes.
Q. If you look at the very first one here, August of 2012, do you see where it says break time average?
A. Yes.
Q. That metric there shows the average amount of time you spent in rest breaks each day, correct?
MS. WILLS: Objection, the document speaks for itself, assumes facts not in evidence, calls for speculation.
THE WITNESS: Yes.
BY MR. OZMER:
Q. And your average for August 2012, your average daily break time was 45 minutes and five seconds, correct?
MS. WILLS: Same objections.
THE WITNESS: Can you repeat the question.
BY MR. OZMER:
Q. Sure, for August of 2012 this document shows that your average break time on a daily basis was 45 minutes and five seconds, correct?
MS. WILLS: Same objections.
THE WITNESS: It shows an average of 45 minutes, but most of the time on my breaks we were

working, so it's not that we were really taking our break, it's more of -- that's the time that we show in the system that we're supposed to be on break, but you know when we're working on our break time, we don't have time to go to the bathroom and so I would be working and sometimes, too, you're working and you don't realize the time and you clock back in later, so that shows that we took a longer break time, but in reality we're sitting there working.

BY MR. OZMER:

Q. My only question was this document shows that your average break time per day during the month of August 2012 was 45 minutes and five seconds; is that correct, or is that not correct, as far as what the document shows?

MS. WILLS: Objection, the document speaks for itself.

BY MR. OZMER:

Q. You can answer.

MS. WILLS: You can answer it again, go ahead.

THE WITNESS: It's the average on the system on how you take your break. It's not the average of what I took my break without working.

BY MR. OZMER:

Q. So in your case, you don't think that we can look at the system to tell how much time you actually spent on breaks, correct?

A. I don't know.

Q. Can we look at the system to tell when you actually took your breaks?

MS. WILLS: Objection, vague and ambiguous.

THE WITNESS: Can you rephrase the question?

BY MR. OZMER:

Q. Can we look at the system to tell when you actually took your breaks, what time you took them?

MS. WILLS: Objection, vague and ambiguous.

BY MR. OZMER:

Q. I'll withdraw that question. If the break shows -- if the system shows, and these documents show you taking a break, how can we tell for each occasion where it shows that you're taking a break, how can we tell if you were working or if you were actually taking a break?

A. The supervisors can see us still at our desk when it's supposed to be our break time, so they knew that we were sitting at our desk working on breaks.

Q. That's not my question. Turn to the second page please. Look at 8-1-12. On that day you have

18 minutes of time in break?
A. Uh-huh.
Q. How can we tell what of that 18 minutes was actual break time and what of that was -- might have been work time? Is there any way we can tell?
MS. WILLS: Objection, calls for speculation.
MR. OZMER: In your case.
MS. WILLS: Objection, calls for speculation, calls for a legal conclusion, calls for expert witness testimony.
THE WITNESS: Can you repeat the question?
BY MR. OZMER:
Q. Sure. Let's go to August 6, 2012. There it shows that you had one hour and six minutes of break time, right?
A. It could be break or lunch.
Q. No, because it has time and lunch next to it, right? It has time and lunch 58 minutes and 57 seconds, right? Am I correct?
A. Yes.
Q. So there is a separate column for the time you spent on your lunch break, correct?
A. Yes.
Q. So on August 6, you spent an hour and six

minutes in a rest break status on the Avaya phone system, correct?

A. Yes, because most of the time we're working on our breaks, so even say we take a call and there is stuff that we have to finish up, there's no way to do it unless another call comes in. The way they told us to do it is to put our self on break, put the notes, and then you go back on the call so that accumulates our break time and then we get in trouble for going over 30 minutes.

Q. I'm going to move to strike as nonresponsive. That's not my question. My question is simply about the break status and what this document shows is that on August 6, you were in a rest break status for a total of one hour, six minutes and 37 seconds, right? Just status on the phone, setting aside what you were actually doing, you were statused on the phone as being in a rest break for one hour, six minutes and 37 seconds; is that correct?

MS. WILLS: Objection, the document speaks for itself. You're misstating the document, asked and answered. But you can do it again.

THE WITNESS: You mean it shows that we are supposed to be on break. It doesn't mean we were

actually on break. Most of us have to follow up with certain e-mails, and those things we have to do on our break time because that's the only time we have to do them, and that's what our supervisors and managers told us to do.

MR. OZMER: Move to strike as nonresponsive.

BY MR. OZMER:

Q. Miss Valladares, for August 6, 2012, what does this document show was the amount of time that your phone, just your phone was in a rest break status?

MS. WILLS: Objection, the document speaks for itself. You are misstating the document. You've now asked her five times, but you can answer it again.

MR. OZMER: I agree the document speaks for itself. It's your client --

MS. WILLS: It doesn't say rest break.

MR. OZMER: You're talking over me.

MS. WILLS: You know it doesn't, it's ridiculous.

MR. OZMER: It's your client that claims the document doesn't speak for itself.

MS. WILLS: It doesn't say rest break, why

are you doing this?
BY MR. OZMER:
Q. Here is my question, where it says time in break, for August 6, 2012, how much does it say that your phone was statused for time and break?
MS. WILLS: The document speaks for itself.
THE WITNESS: Like I said, it says an hour and six minutes and 37 seconds, but that doesn't mean that's what we did on our break time.
BY MR. OZMER:
Q. How can we tell whether that one hour, six minutes and 37 seconds was all break time or some of it was work time? How can we tell that?
A. Like I said our desks are low, the supervisor knows when we're supposed to go to break and they seen us still working on our break time.
Q. You told me earlier that you weren't required to leave the floor for your rest breaks, correct?
MS. WILLS: Objection, vague and ambiguous, misstates the witness' prior testimony.
BY MR. OZMER:
Q. Were you required to leave the floor or not for rest breaks? Not meal breaks, rest breaks?
MS. WILLS: Same objections, go ahead, you

can answer.

THE WITNESS: The requirement, they want you to leave for breaks and lunches, but yet they want you to work on your breaks, so to me it was -- it contradicts itself, why tell us that in a document and anywhere else that we're supposed to take our breaks, and you're telling us that we can go pee whenever we feel like it but yet you're telling me on our manager meeting that all this extra work we have to do has to be done on our break time, so how -- it doesn't seem possible we can do both at the same time.

BY MR. OZMER:

Q. So you think -- you agree with me those are inconsistent instructions that you're testifying to?

MS. WILLS: Objection, asked and answered.

THE WITNESS: Like I said, they tell you to go to break but they tell you that you have to work on your break time.

BY MR. OZMER:

Q. And those are inconsistent, correct?

A. My answer is the same.

MS. WILLS: And it's argumentative and vague and ambiguous.

BY MR. OZMER:

Q. Do you know what the word inconsistent means?
A. It means that it doesn't match up.
Q. Would you agree with me that there's no way for us looking at these documents to tell on August 6, 2012 how much of that one hour and six minutes that's time and break, how much of that might have been work time and how much of it was actual break time, can you agree with that?
MS. WILLS: Objection, calls for a legal conclusion, calls for expert testimony, calls for speculation.
THE WITNESS: That's the thing is our supervisors are telling us to do stuff on our break time, so they know that we're doing it.
MR. OZMER: Move to strike as non responsive.
MS. WILLS: Please let her finish, counsel.
MR. OZMER: She's not answering the question. We'll be here all night if this keeps up.
MS. WILLS: No, we won't be here all night. We're going to leave if you continue this. This is absurd.
MR. OZMER: You'll be bringing her back if you do.

MS. WILLS: We'll do what we have to do, but if this continues, we will leave.

MR. OZMER: And we will move the court to have her brought back.

MS. WILLS: You do that.

MR. OZMER: And you to pay our fees for doing so.

MS. WILLS: We're not paying you anything. You're harassing her and you won't stop. I don't understand. Oh, God.

MR. OZMER: I'm not harassing her.

MS. WILLS: You are, and this is ridiculous.

MR. OZMER: The transcript and the video will speak for itself.

BY MR. OZMER:

Q. My question to you is --

MS. WILLS: In two hours we're leaving, counsel.

MR. OZMER: Is there some way we can tell from this document whether the hour and six minutes that you were in a time and break status on August 6, 2012, is there some way we can tell how much of that was work and how much of that was break time? If there's some way, tell me what that way is.

MS. WILLS: Objection, vague and ambiguous, calls for expert testimony, calls for speculation.

THE WITNESS: Like I said before, the supervisors asked us to do this on our break and lunchtime so --

BY MR. OZMER:

Q. From what you just said, how can I tell when the supervisors asked you to do something on break or lunch, how can I tell from this document how much of that hour and six minutes was work and how much of it was break, whether it was all work or whether it was all break, how can I tell?

A. Because they seen.

Q. So we're supposed to go ask a supervisor what they saw on August 6, 2012, is that your testimony?

A. That's what they asked us to do.

Q. I'm still not understanding how for this particular -- looking at this document, how -- you still haven't told me a way in which I can determine how much of that hour and six minutes that you spent in a break status was actually break and how much was actually work, if any of it was actually work? How can I determine that? How can anyone determine that?

MS. WILLS: Objection --

BY MR. OZMER:

Q. If you don't know, say you don't know?

MS. WILLS: Same objections.

THE WITNESS: My thing is, I mean the supervisors tell us to do this on break so we have to clock out, and they know we're sitting at our desk --

MR. OZMER: Move to strike as nonresponsive.

BY MR. OZMER:

Q. Ma'am, you're not answering my question. My question is very simple, how can I tell from this document how much of that hour and six minutes was work and how much of it was break; whether it was all break? Whether it was all break, how can I tell? If there's not a way, just say there is not a way, but that's what I'm asking, how can I tell?

MS. WILLS: This is pure torture. Same objections for the 10th time.

THE WITNESS: My answer is still the same. The supervisors tell us to do this so we have to clock out.

BY MR. OZMER:

Q. Ma'am, that's not answering my question.

My question is how can I tell from the document whether any of this was -- hour and six minutes was work time, and if so, how much of it was work time? How can I tell that from the document?

MS. WILLS: Same objections.

BY MR. OZMER:

Q. Do you have an answer for that question?

A. My answer is still that they tell us to do this so they tell us to go to work on our breaks.

Q. Do you understand my question, ma'am?

A. Yes.

Q. So if you understand my question, please tell me if there is some way for us to tell what of that hour and six minutes that you spent in a break status on August 6, 2012, if there is some way to tell how much of it was work, how much of it was break, please tell me how we can do that?

A. I mean the supervisor seen us so --

Q. So we would need to go back and ask every supervisor for every day what they recall about whether they saw you at your desk; is that right?

MS. WILLS: Objection, calls for speculation.

THE WITNESS: Can you repeat the question?

BY MR. OZMER:

Q. Sure. Is your explanation for how we can tell how much of that hour and six minutes and 37 seconds that you spent in break on that day, if the answer is your supervisors saw you, then is the way for us to tell to go back and talk to your supervisor about every day that's reflected on this sheet and ask her what she remembers and what she saw?

MS. WILLS: Objection.

BY MR. OZMER:

Q. Is that what you're saying?

MS. WILLS: Objection, calls for speculation. Misstates the witness's testimony, vague and ambiguous, confusing and nonsensical.

BY MR. OZMER:

Q. Is that what you're saying, ma'am?

MS. WILLS: Same objections.

THE WITNESS: I mean they asked us to do this, so --

BY MR. OZMER:

Q. Not my question.

A. This is what they asked of us to do on our breaks and lunches, to clock out, to show that we go to break, but we're supposed to sit there and work the pool.

Q. Ma'am, you said that repeatedly and you've given that answer to every question I've asked, but I'm not asking you that question. That's on the record. Your story on that, okay. My question to you is entirely different. It is simply how can we tell on August 6, 2012 how much of this hour and six minutes that you spent in a break status, how much of that was work and how much of it was break?

MS. WILLS: Same objections. If you don't know, you can just tell him you don't know.

THE WITNESS: I don't know.

BY MR. OZMER:

Q. Go back to the first page, where it says opportunities it says "Patti, watch your break time. It was high again and this can lead to a corrective." Did I read that correctly?

A. Yes.

Q. So you were coached and counseled for your break time being higher than it was supposed to be; is that correct?

A. Yes.

Q. What you were supposed to have was two 15-minute breaks a day; is that right?

A. Yes.

Q. So your average break time per day should

to the bathroom at a different time, so I'm clocking out a different time to break and then coming back and clocking back in, so all those accumulate into my break time per average.

BY MR. OZMER:

Q. Does that make you different from other dispatchers?

MS. WILLS: Objection, misstates the witness's testimony.

MR. OZMER: It's a question, counsel.

THE WITNESS: I mean we should all be the same.

BY MR. OZMER:

Q. So everybody should have 45 minutes of break time?

MS. WILLS: Same objections.

BY MR. OZMER:

Q. They gave you one hour for lunch; is that right?

A. Yes.

Q. If you look at the lunch column here for August 2012 --

MS. WILLS: What page?

MR. OZMER: Page 2.

BY MR. OZMER:

Q. It has a lunch for -- it has a lunch every day except first of August 13, right?

A. Uh-huh.

Q. But August 13 you only worked 27 minutes; is that correct? Look at staffed time.

A. Okay.

Q. So you agree you didn't work a full day on August 13?

A. I didn't work a full day.

Q. Did you ever when you were taking a lunch break or a rest break, did you ever accidentally use the wrong status code?

MS. WILLS: Objection, vague and ambiguous.

THE WITNESS: Not that I can recall.

BY MR. OZMER:

Q. Look down at August 23, 2012. You see where it says time and lunch, it has a zero, do you see that?

A. Yes.

Q. But if you go over to special projects it has an hour and 14 minutes and 13 seconds, correct?

A. Yes.

Q. Is it possible that you were in special projects for your lunch on August 23, 2012?

A. I don't know.

Q. Do you recall ever actually missing lunches -- completely missing lunch breaks?

A. I didn't take a lunch.

Q. At all, where you did not get any lunch break at all, you were just so busy you didn't take any lunch?

A. No.

Q. Turn to what if you look in the bottom right hand corner it will be page 309 -- actually, we'll keep going. That's a duplicate of what we just looked at. Go to page 313. This is feedback for the month of September 2012?

A. Yes.

Q. And again, your average break time for September is 41 minutes; is that correct?

A. Yes.

Q. And if you look down at opportunities, Eunice counseled you again on your break time being high, correct?

A. Yes.

Q. When Eunice would give you these coachings about your break time being high, what would you say to her?

MS. WILLS: Objection, vague and ambiguous.

THE WITNESS: She knew that. I mean I told

them that I was doing something to answering e-mails, things like that, and then also the whole break time which later on I bring in a doctor's note saying that I do have to go to the restroom at times, and there's times where you have to go.

BY MR. OZMER:

Q. Did you ever ask to be allowed to make a statement, a written statement on any of these coaching forms as to what your excuse was for your abnormally high break time?

MS. WILLS: Objection, vague and ambiguous, argumentative, assumes facts not in evidence.

THE WITNESS: Not that I can recall.

BY MR. OZMER:

Q. Did you ever get counseled for being on work time and either looking at something on the Internet you weren't supposed to or otherwise doing non work activities?

MS. WILLS: Objection, vague and ambiguous, compound.

THE WITNESS: No.

BY MR. OZMER:

Q. That never happened?

A. No.

MS. WILLS: Same objections.

BY MR. OZMER:

Q. Go to page 350 for me please. Do you see where it says goals for the next 30 days?

A. Yes.

Q. Do you see where it says "work on not being on your cell phone during business hours, 4-22-14, you were on your cell phone playing a game." Did I read that correctly?

A. Yes.

Q. And you signed this document where it says acknowledgements, right?

A. Yes.

Q. Does that refresh your recollection as to whether you were ever counseled for doing non work activities while you were on the clock?

MS. WILLS: Objection, the document speaks for itself, misstating the document, vague and ambiguous.

THE WITNESS: What was the question?

BY MR. OZMER:

Q. Does reading that refresh your recollection about being counseled for engaging in non work activities while you were on the clock?

MS. WILLS: Same objection.

THE WITNESS: I can't remember.

BY MR. OZMER:

Q. Would you have been on your cell phone playing a game while you were talking to a tech?

A. No.

Q. So at least on this day the calls weren't coming in back to back, were they?

MS. WILLS: Objection, assumes facts not in evidence, calls for speculation.

THE WITNESS: I don't remember.

BY MR. OZMER:

Q. Why would you have been playing a game on your cell phone during business hours?

MS. WILLS: Objection, assumes facts not in evidence, the document speaks for itself.

THE WITNESS: I don't remember.

BY MR. OZMER:

Q. How many other times were you counseled for engaging in non work activities during working hours?

MS. WILLS: Same objections.

BY MR. OZMER:

Q. While you were on the clock?

A. I can't recall.

Q. But more than this, more than the one occasion?

A. Not that I recall.

Q. Weren't you counseled for trying to do things to assist your husband who was a tech or a contractor while you were on the clock and supposed to be working with your Time Warner Cable team?

A. He is part of Time Warner Cable so he's part of the team, the company.

Q. Actually he works for MCI, correct?

A. Yes.

Q. And weren't you counseled about not spending time trying to solve his problems, didn't you get counseled for that?

A. Yes.

Q. Look at the document we were just looking at, 350. Your average break time here was 39 minutes, correct?

A. Yes.

Q. So in April 2014, you're still having issues with being out on your breaks for longer than what was supposed to be, correct?

MS. WILLS: Same objection, misstates the document. The document speaks for itself.

THE WITNESS: Yes.

Can I take another break?

MR. OZMER: Yep.

THE VIDEOGRAPHER: One moment, we're off the record. The time is 1:59.

(Recess taken).

THE VIDEOGRAPHER: We're back on the record. The time is 2:10.

BY MR. OZMER:

Q. What page are you on?

A. 350.

Q. 315?

A. 350.

Q. Go to 315 please. Page 315 is your monthly feedback for October 2012, correct?

A. Yes.

Q. And your average time spent in rest breaks per day for October 2012 was 36 minutes?

A. Yes.

Q. And again, if you look at opportunities, Eunice counseled you to, quote, "continue to work on your break time, it's lower than last month yet improvement is still needed." Is that correct?

MS. WILLS: Objection, the document speaks for itself.

THE WITNESS: Yes.

BY MR. OZMER:

Q. So we look at for August, September and

October 2012, all three months your break time has been over what's permitted, correct?

MS. WILLS: Objection, the document speaks for itself.

THE WITNESS: Yes.

BY MR. OZMER:

Q. Look at page 318 please. Tell us what this document is. And it appears to be an Outlook screen and it has e-mails with Alex Valladares?

A. Yes.

Q. And that's your husband?

A. Yes.

Q. Is this an occasion where Eunice counseled you about working with your husband while you were on the clock to be doing your dispatcher duties?

MS. WILLS: Objection, the document speaks for itself, misstates the document.

THE WITNESS: Can you?

BY MR. OZMER:

Q. Is there an occasion where Eunice counseled you about doing work or trying to help your husband while you were doing your dispatch duties?

A. Yes.

Q. How many times did Eunice talk to you about that?

A. I can't remember.
Q. More than one?
MS. WILLS: Objection, asked and answered.
THE WITNESS: I don't remember.
BY MR. OZMER:
Q. Turn to page 320 please. 320 is your monthly feedback for December 2012, correct?
A. Yes.
Q. And your break time average was 96 minutes; is that correct?
A. Yes.
Q. If you'll go to page 322 that's for this is your monthly feedback for February 2013; is that right?
A. Yes.
Q. And your break time is down to 32 minutes per day for this month, right?
MS. WILLS: Objection, the document speaks for itself.
THE WITNESS: Yes.
BY MR. OZMER:
Q. But you're still over the allowable amount; is that correct?
A. Yes.
Q. So from August of 2012 to February 2013, we

haven't seen a single month where you've been within the break time requirements; is that correct?

MS. WILLS: Objection, the document speaks for itself, argumentative.

THE WITNESS: Yes.

BY MR. OZMER:

Q. When did you first get your doctor's note about having to go to the bathroom frequently?

A. I can't remember.

Q. Can you give me a year?

A. No, I don't remember.

Q. Do you still have it?

A. No, I gave it to them.

Q. Do you know if it was in 2012?

A. I honestly don't remember.

Q. Do you know who your supervisor was?

A. It was Eunice.

Q. But you can't tell if it was in 2015 or 2012?

A. No, I can't, I can't remember.

Q. Go to page 326 and that's your monthly feedback for April 2013?

A. Yes.

Q. And again, you're better, but still two minutes over the allowable amount for break time,

right?

A. Yes.

Q. Then go to page 330 please, and this is June of 2013, right?

A. Yes.

Q. And here your break time is 29 minutes; is that correct?

A. Yes.

Q. So from August of 2012 you went all the way from sometime prior to August 2012, because that wasn't your first counseling, to June of 2013 before you got within the break time average requirements?

MS. WILLS: Objection, the document speaks for itself, misstating the documents.

BY MR. OZMER:

Q. Is that correct?

A. Yes.

Q. What did you change that allowed you to get within the 30 minutes of break time per day in June of 2013, what did you do that allowed you to meet the requirement?

MS. WILLS: Objection, assumes facts not in evidence.

THE WITNESS: I started holding when I had to go to the bathroom.

your break time and all of a sudden if your stomach is not well and you have to go back to the bathroom, so I go to break when I can't hold it anymore.

Q. Can you go to page 333 please. On page 333 in the opportunities it says, "first coaching on taking two full 15-minute breaks and effectively managing your phone." Did I read that correctly?

MS. WILLS: What page is that on, counsel?

MR. OZMER: 333.

THE WITNESS: Yes.

BY MR. OZMER:

Q. What was Eunice telling you about effectively managing your phone?

MS. WILLS: Objection, the document speaks for itself.

THE WITNESS: Like I said, when I had to go to the bathroom because I was getting in trouble for going outside my two 15-minute breaks, I started to try to break them up so that way I stayed within the average, and I got in trouble for doing that.

BY MR. OZMER:

Q. But here you were within -- your average time was 28 minutes, so you were within the requirements, right, for the month?

A. Yes, but I'm still getting in trouble for

not taking the full 15-minute breaks.

Q. For breaking them up into smaller breaks?

A. Yes.

Q. And you believe that's what she meant by effectively manage your phone?

A. Yes.

Q. Go to page 341. This is your feedback for November of 2013?

A. Yes.

Q. And your break time is back up to 35 minutes here; is that right?

A. Yes.

Q. And then down in opportunity she says this is your third coaching in managing your phone effectively/log off your phone daily and take two full 15-minute breaks, correct?

MS. WILLS: Objection, the document speaks for itself.

THE WITNESS: Yes.

BY MR. OZMER:

Q. And as far as effectively managing your phone, is your answer to that the same as before that, this had to do with you taking your two 15-minute breaks and breaking them into additional breaks?

A. Yes.
Q. Go to page 344, please. Here is your monthly feedback for January 2014, correct?
A. Yes.
Q. And your break time is at 38 minutes per day, right?
A. Uh-huh, yes.
Q. So you're eight minutes over; is that right?
A. Yes.
Q. Go to page 348 please. That's your March 2014 monthly feedback form?
A. Yes.
Q. And you're getting closer, but you're still three minutes over at 33 minutes for your average break time per day, right?
A. Yes.
Q. And again, she is counseling you on that and saying work on your break time, it's going up again?
MS. WILLS: Counsel, can you direct her to where you're reading?
BY MR. OZMER:
Q. It's in opportunities, the third line down, "work on your break time, it's going up again, you

Q. Go to page 350 which we looked at before, but this is April 2014 and your break time is 39 minutes per day, right?

A. Yes.

Q. Go to page 354 please, and for May 2014 you're over your break time by three minutes at 33 minutes per day; is that correct?

A. Yes.

Q. And then if you look in opportunities down at the second from the bottom one, she says you still have seven misses with your breaks this month, right?

A. Yes, and again, it's due to like I said they took special projects away from us. Before we used to be able to go on special projects, do what we had to do and answer the phone because calls are back to back, so we can't really do some of our duties while we're logged into the phone, so we go on break really fast to do what we have to do and clock back in and it can also be the whole that I took my 15-minute break I was working on it, so now I'm going to the bathroom.

Q. When you said calls were back to back, the day that you were caught playing the game on your cell phone, the calls weren't back to back that day,

were they?

MS. WILLS: Objection, argumentative.

THE WITNESS: That was back in 2012. This is 2014.

BY MR. OZMER:

Q. Actually it's on page 350 which is 2014, I believe. Yes, April 2014, right, correct?

A. Yes.

Q. So the calls were not back to back that day?

MS. WILLS: Objection, misstates the witness's prior testimony, argumentative.

THE WITNESS: I don't remember.

BY MR. OZMER:

Q. Were the calls back to back on the days you were counseled for doing things to help your husband out with his job for MCI?

A. I don't remember.

Q. Go to 358 please. This is your August 2014 counseling, right?

A. Yes.

Q. Ask your break time is 35 minutes, correct?

A. Yes.

Q. And so again you're five minutes over the allowable break time for this month; is that right?

A. Yes.
Q. Can you turn to page 360 please. And this is your monthly feedback for September 2014, correct?
A. Yes.
Q. And your average break time is 40 minutes per day?
A. Yes.
Q. And that's ten minutes over what's permitted; is that correct?
MS. WILLS: Objection, once again the document speaks for itself.
THE WITNESS: Yes, but that date, too, I was doing a 10-hour shift so I was longer. Ten hours, OT.
BY MR. OZMER:
Q. Which every day wasn't ten hours, was it?
A. No, but on this day it was.
Q. If you worked over ten hours, they would give you an extra 10-minute rest break; is that correct?
A. No --
MS. WILLS: Objection, assumes facts not in evidence.
BY MR. OZMER:

something and the other person got mad about it, so she has to counsel both of us. It wasn't really -- I was just doing what was asked of me and the other person didn't like what I was doing, so she counseled -- she coached both of us.

Q. Who was the another person?

A. I don't remember who it was.

Q. Does that refresh your recollection about during this same counseling her talking to you about honesty?

MS. WILLS: Objection, the document speaks for itself, misstates the witness' testimony, assumes facts not in evidence.

BY MR. OZMER:

Q. I just asked if it refreshed her recollection, counsel?

MS. WILLS: Same objections.

THE WITNESS: No.

BY MR. OZMER:

Q. Go to the page 364. This is October 2014 monthly feedback?

A. Yes.

Q. And your break time average was 46 minutes for October 2014, correct?

A. Yes.

Q. That's the highest we've seen in a while, right?
A. Yes.
Q. Go to page 367 please and it's November 2014, right?
A. Yes.
Q. And your break time average was 43 minutes a day?
A. Yes.
Q. Go to 370 please, January 2015 monthly feedback; is that correct?
A. Yes.
Q. And your break time average is 34 minutes per day, correct?
A. Yes.
MS. WILLS: Same objection.
BY MR. OZMER:
Q. So better than the 43 we saw the previous, but still over the 30 minutes allowed?
MS. WILLS: Objection, the document speaks for itself.
THE WITNESS: Yes.
BY MR. OZMER:
Q. Turn to page 375 please. This is your monthly counseling for February 2015?

A. Yes.

Q. And the average time you spent in breaks for the month of February 2015 was 41 minutes per day, right?

A. Yes.

Q. If you look down at opportunities, do you see the sixth line down in opportunities, it says "work on your adherence, it's still not above 90%, work on taking your lunch on time and continue to minimize your break time," correct? Did I read that correctly?

A. Yes, to take your lunches on time, they want you to take the call first, so if a call takes 30 minutes, how can you take your lunch on time? You can't hang up on a technician because then you get fired just like what happened to me. I went to go to lunch on time, or I went to go to break on time and you're supposed to take your lunch on time, supposed to take your break on time, but realistically they want you to take the next call that comes in, and that call can be anywhere from ten minutes to an hour, so how do you take your lunch on time if you don't know?

Q. You said realistically, but actually if you're on a call and your lunch is coming up, don't

us at that time, at that time they told us that was okay, so it was either Nadine, Eunice, I don't remember who was all there, but that's what they were told to us.

Q. When was this meeting where they told you to use special projects to put yourself in a lunch break instead of using the lunch break code to put yourself in a lunch break, when was that?

A. I don't remember.

Q. Who else attended a meeting?

A. All the dispatchers.

Q. So all the dispatchers should have received that same instruction?

A. Yes.

Q. Go to page 377 please. This is your July 2015 counseling for the month, right?

A. Yes.

MS. WILLS: What page are we on?

MR. OZMER: 377.

BY MR. OZMER:

Q. And you're at 35 minutes of break time, correct?

A. Yes.

Q. And then in opportunities, if you look at the fourth line up from the bottom in opportunities,

A. Yes.

Q. So how many would you look at most months, would you look at both of them or would you look at one of the two of them?

A. Probably both of them.

Q. Would you look at them -- would there be a reason that would cause you to go look at them or like you thought maybe you should have been paid more or maybe you got paid too much, or would you just look at them because you just wanted to look at them?

A. To see how much I got paid.

Q. Did you ever, when you were doing that, did you ever see any meal penalties on your wage statements?

A. Not that I can recall.

MR. OZMER: Let's mark this as the next one.

MS. WILLS: Were these documents previously produced?

MR. OZMER: Yes.

MS. WILLS: My office just informed me there was some new paycheck stubs that were produced, I think.

MR. CARR: Some new what? Huh-uh.

MS. WILLS: Could you mark this as the next exhibit, because you told me some new stuff which came in.

MR. CARR: Just that. No new wage statements, you've got all those.

(The document referred to was marked by the reporter as Exhibit 23 for identification and is attached hereto).

BY MR. OZMER:

Q. The court reporter has handed you what's been marked Exhibit 23. Do you see your name, Patricia Victoria Valladares-Gallegos in that left-hand corner there, top left-hand corner?

A. Yes.

Q. This says it was for the period of April 24, 2015 to 5-7-2015, correct?

A. Yes.

Q. If you look at hours and earnings, do you see hours and earnings, that block?

A. Uh-huh.

Q. Look in the descriptions. Do you see where it says "meal pnlty"?

A. Yes.

Q. Do you understand that to mean meal penalty?

A. Yes.

Q. Does this refresh your recollection as to whether you ever got paid any meal break penalties while you were at Time Warner Cable?

MS. WILLS: Objection, the document speaks for itself.

THE WITNESS: I mean it says, but I never like seen it.

BY MR. OZMER:

Q. So this is not one of the wage statements that you reviewed?

A. Not that I can recall.

Q. Do you know why you would have received this particular meal penalty during that pay period?

A. I was doing OT.

Q. It says that you did .82 hours of overtime during this pay period, right?

A. And if you look down further it says 5.28.

Q. Correct. Do you know why -- how does that relate to the meal penalty?

MS. WILLS: Objection, assumes fact not in evidence, calls for speculation.

MR. OZMER: I'm following up on her question. I asked her if she knew why she got the meal penalty and she said she did OT, and I'm asking

what the relationship is, if there is any.

THE WITNESS: I don't know.

BY MR. OZMER:

Q. So do you know one way or another why you got this meal penalty?

A. No.

Q. Do you know whether it was for a meal break or a rest break?

A. No.

Q. Do you know whether it was for a missed break or a late break?

A. No.

Q. Did you understand it was the company's policy to pay you a penalty if you did not have an opportunity to take a meal break within the time required by law?

A. No.

Q. Did you ever read the employee handbook about meal and rest break requirements?

MS. WILLS: Objection, assumes facts not in evidence. You can answer.

THE WITNESS: No.

BY MR. OZMER:

Q. Did you ever read any other company policies with regard to meal and rest break

scheduled?
A. You put it into the system to show that you went later.
Q. What if it was more than 15 minutes, what if you were going to take your break more than 15 minutes later than it was scheduled, would you have to notify your supervisor then or would you just go in to Aspect and change it yourself?
A. You would have to go in and they would have to approve it, but you're already taking your break. You would get dinged if you were to take it after 15 minutes.
Q. But you could change the break yourself without even a supervisor approval up to 15 minutes in either direction, correct?
A. They still have to approve it, either way you do it. You put it into the system and they, on their end they have to approve the break time, but you still have to.
Q. Were you supposed to modify your break time? Let's say you need to move your break to take it 15 minutes later than what it was scheduled, was the process that they wanted you to follow, was that to make that change in Aspect before you went and took that break or after you took the break, go back

I, GINA M. CLOUD, a certified shorthand reporter for the State of California, do hereby certify:

that prior to being examined, the witness named in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth pursuant to Section No. 2093 of the Code of Civil Procedure;

That said deposition was taken before me pursuant to notice, at the time and place therein set forth, and was taken down by me in shorthand and thereafter reduced to typewriting via computer-aided transcription under my direction;

I further certify that I am neither counsel for, nor related to, any party to said action, nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this ____ day of _____________, 2017.

Gina Cloud

______________________________

GINA M. CLOUD

CSR No. 6315

# EXHIBIT 37

TIME WARNER CABLE

# Dispatcher Feedback

**Name:** Patty Valladares **Month:** August 2012

## Performance Metrics

*Call Monitoring:*

| | Month Scores | |
|---|---|---|
| 1) | 83.00% | Live |
| 2) | 83.00% | |
| 3) | 92.00% | |
| MTD Avg. | 86.00% | |
| YTD Avg. | 91.47% | |
| | *(Goal= min. 90%)* | |

Productivity:

| | | |
|---|---|---|
| ASA Avg | 8secs | *(Goal=60 sec)* |
| Group ASA Avg | 104.04secs | *(Goal=60 sec)* |
| Hold Avg. | 66secs | *(Goal=90 sec)* |
| Break time Avg.: | 45:05 mins | *(Goal=30 min per day)* |
| CSAT: | 96.70% | *(Goal=90%)* |
| OTG Team: | 98.60% | *(Goal=100%)* |
| Assign Team | n/a | *(Goal=100%)* |
| Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 1

*Rolling 6-months:* 3.5

*Warning Level:* N/A

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Patty you are always willing to assist the NAM when you see deficiencies and you volunteer for OT.

**Opportunities**

Patty watch your break time it was high again and this can lead to a corrective. Also work on your opening and closing, dead air, and attendance.

**Patty Valladares : Goals for next 30 days**

Focus on improving your phone calls and Dispatcher level 4 Progression. Work on your break time.

DEPOSITION EXHIBIT 22
PENGAD 800-631-6989

*Acknowledgements:*

[signature] 9/26/12

*Employee* *Date*

[signature] 9/26/12

*Supervisor* *Date*

CONFIDENTIAL TWC-PVG000305

Agent AUX Daily - Gallegos, Patricia

Printed: 9/14/2012 06:58:29

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **180:31:36** | **56:21:15** | **7:19:08** | **15:46:39** | **18:57:40** | **5:23:33** | **3:56:49** | **:00:59** | **4:56:26** | **:00:00** | **:00:00** | **:00:01** |
| 8/1/2012 | 8:59:52 | 5:34:41 | :14:35 | :18:07 | :58:55 | :04:21 | 3:56:49 | :00:00 | :01:54 | :00:00 | :00:00 | :00:00 |
| 8/2/2012 | 9:02:38 | 2:28:00 | :15:56 | :38:07 | 1:00:27 | :02:41 | :00:00 | :00:00 | :30:49 | :00:00 | :00:00 | :00:00 |
| 8/5/2012 | 9:04:06 | 2:25:53 | :28:46 | :41:04 | 1:04:26 | :00:00 | :00:00 | :00:00 | :11:37 | :00:00 | :00:00 | :00:00 |
| 8/6/2012 | 9:06:36 | 3:02:03 | :23:28 | 1:06:37 | :58:57 | :00:00 | :00:00 | :00:00 | :33:01 | :00:00 | :00:00 | :00:00 |
| 8/7/2012 | 8:59:43 | 2:19:58 | :12:49 | :49:35 | 1:00:11 | :00:00 | :00:00 | :00:00 | :17:23 | :00:00 | :00:00 | :00:00 |
| 8/8/2012 | 9:02:15 | 2:43:13 | :47:08 | :46:57 | 1:00:12 | :00:00 | :00:00 | :00:00 | :08:56 | :00:00 | :00:00 | :00:00 |
| 8/9/2012 | 9:00:33 | 2:34:18 | :31:00 | 1:00:49 | :59:14 | :00:00 | :00:00 | :00:00 | :03:15 | :00:00 | :00:00 | :00:00 |
| 8/12/2012 | 8:58:15 | 2:33:16 | :32:49 | :55:31 | 1:00:19 | :00:00 | :00:00 | :00:00 | :04:37 | :00:00 | :00:00 | :00:00 |
| 8/13/2012 | :27:16 | :16:00 | :00:28 | :11:25 | :00:00 | :00:00 | :00:00 | :00:00 | :04:07 | :00:00 | :00:00 | :00:00 |
| 8/14/2012 | 8:59:55 | 2:43:05 | :17:21 | :45:46 | 1:00:32 | :39:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/15/2012 | 8:58:38 | 2:16:04 | :21:55 | :53:45 | 1:00:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/16/2012 | 9:01:32 | 3:02:06 | :15:22 | :44:49 | :55:34 | 1:00:28 | :00:00 | :00:00 | :05:53 | :00:00 | :00:00 | :00:00 |
| 8/19/2012 | 8:46:30 | 2:14:59 | :26:55 | :47:27 | 1:00:37 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/20/2012 | 9:02:54 | 2:45:38 | :19:41 | :52:02 | 1:01:53 | :16:31 | :00:00 | :00:00 | :15:31 | :00:00 | :00:00 | :00:00 |
| 8/21/2012 | 8:59:56 | 3:25:53 | :11:49 | :40:23 | :56:10 | 1:35:16 | :00:00 | :00:00 | :02:15 | :00:00 | :00:00 | :00:00 |
| 8/22/2012 | 9:01:33 | 3:51:12 | :12:55 | :47:47 | :59:04 | 1:30:40 | :00:00 | :00:00 | :20:46 | :00:00 | :00:00 | :00:00 |
| 8/23/2012 | 9:02:24 | 2:09:59 | :14:01 | :31:08 | :00:00 | :10:36 | :00:00 | :00:00 | 1:14:13 | :00:00 | :00:00 | :00:01 |
| 8/26/2012 | 9:01:26 | 2:30:36 | :20:24 | 1:10:02 | 1:00:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/27/2012 | 8:59:29 | 2:48:42 | :21:04 | :49:25 | :59:11 | :00:00 | :00:00 | :00:00 | :39:02 | :00:00 | :00:00 | :00:00 |
| 8/28/2012 | 8:52:40 | 2:23:13 | :29:31 | :34:32 | 1:01:20 | :03:34 | :00:00 | :00:59 | :13:17 | :00:00 | :00:00 | :00:00 |
| 8/29/2012 | 9:03:25 | 2:12:26 | :21:11 | :41:21 | 1:00:04 | :00:00 | :00:00 | :00:00 | :09:50 | :00:00 | :00:00 | :00:00 |



ACD: ACD

CONFIDENTIAL

TWC-PVG000306

Agent Summary Daily - Gallegos, Patricia

Printed: 9/14/2012 07:07:04 PM

TWC-PVG000307

Agent: **Gallegos, Patricia**

| Date | ACD Calls | Avg ACD Time | Avg ACW Time | % Agent Occup w/ ACW | % Agent Occup w/o ACW | Extn In Calls | Avg Extn In Time | Extn Out Calls | Avg Extn Out Time | ACD Time | ACW Time | Agent Ring Time | Other Time | AUX Time | Avail Time | % Skills Avail | Staffed Time | Trans Out | Held Calls | Avg Hold Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **1795** | **2:03** | **:12** | **61** | **55** | **5** | **:52** | **556.0** | **:57** | **61:29:39** | **8:01:20** | **:00:08** | **4:15:29** | **56:21:15** | **50:23:45** | **99.53** | **180:31:36** | **83** | **497** | **1:06** |
| 8/1/2012 | 37 | 2:29 | :16 | 60 | 54 | 0 | | 19.0 | :51 | 1:31:36 | :13:05 | :00:00 | :12:10 | 5:34:41 | 1:28:20 | 100.00 | 8:59:52 | 1 | 13 | 2:08 |
| 8/2/2012 | 120 | 1:52 | :11 | 71 | 63 | 0 | | 26.0 | :42 | 3:44:12 | :31:29 | :00:00 | :18:04 | 2:28:00 | 2:00:53 | 93.73 | 9:02:38 | 3 | 31 | 1:06 |
| 8/5/2012 | 87 | 1:53 | :12 | 52 | 47 | 0 | | 38.0 | :45 | 2:44:06 | :19:55 | :00:01 | :13:11 | 2:25:53 | 3:21:00 | 100.00 | 9:04:06 | 4 | 35 | 1:02 |
| 8/6/2012 | 101 | 2:19 | :06 | 75 | 71 | 0 | | 33.0 | 1:22 | 3:54:34 | :14:52 | :00:00 | :16:38 | 3:02:03 | 1:38:29 | 100.00 | 9:06:36 | 6 | 25 | 1:40 |
| 8/7/2012 | 85 | 2:30 | :13 | 60 | 56 | 0 | | 20.0 | :54 | 3:31:59 | :18:44 | :00:00 | :07:17 | 2:19:58 | 2:41:45 | 100.00 | 8:59:43 | 1 | 17 | :54 |
| 8/8/2012 | 63 | 2:08 | :11 | 41 | 37 | 0 | | 28.0 | 1:42 | 2:14:16 | :14:21 | :00:00 | :04:18 | 2:43:13 | 3:46:07 | 100.00 | 9:02:15 | 5 | 13 | :48 |
| 8/9/2012 | 104 | 1:42 | :05 | 56 | 53 | 1 | 1:26 | 22.0 | 1:20 | 2:56:55 | :10:50 | :00:00 | :17:12 | 2:34:18 | 3:01:18 | 100.00 | 9:00:33 | 2 | 26 | 1:36 |
| 8/12/2012 | 87 | 1:56 | :10 | 54 | 49 | 0 | | 36.0 | :59 | 2:48:44 | :20:04 | :00:01 | :12:18 | 2:33:16 | 3:03:52 | 100.00 | 8:58:15 | 1 | 27 | 1:07 |
| 8/13/2012 | 2 | 1:20 | :00 | 100 | 26 | 0 | | 1.0 | :23 | :02:40 | :08:34 | :00:00 | :00:02 | :16:00 | :00:00 | | :27:16 | 0 | 1 | :25 |
| 8/14/2012 | 98 | 2:01 | :12 | 63 | 55 | 0 | | 29.0 | :42 | 3:18:00 | :28:39 | :00:01 | :03:39 | 2:43:05 | 2:26:31 | 100.00 | 8:59:55 | 3 | 26 | :44 |
| 8/15/2012 | 82 | 2:04 | :10 | 50 | 46 | 0 | | 33.0 | :47 | 2:50:03 | :15:52 | :00:00 | :10:39 | 2:16:04 | 3:26:00 | 100.00 | 8:58:38 | 3 | 21 | 1:01 |
| 8/16/2012 | 82 | 1:50 | :04 | 49 | 46 | 0 | | 27.0 | :32 | 2:30:33 | :14:16 | :00:02 | :07:07 | 3:02:06 | 3:07:28 | 100.00 | 9:01:32 | 9 | 27 | :41 |
| 8/19/2012 | 106 | 2:00 | :19 | 73 | 63 | 0 | | 35.0 | :43 | 3:32:26 | :39:44 | :00:01 | :26:57 | 2:14:59 | 1:52:23 | 100.00 | 8:46:30 | 5 | 38 | 1:21 |
| 8/20/2012 | 120 | 2:12 | :15 | 86 | 77 | 0 | | 40.0 | :48 | 4:24:15 | :35:51 | :00:00 | :21:42 | 2:45:38 | :55:28 | 100.00 | 9:02:54 | 6 | 29 | 1:26 |
| 8/21/2012 | 64 | 2:56 | :18 | 68 | 59 | 3 | :12 | 16.0 | :42 | 3:08:08 | :30:37 | :00:00 | :07:55 | 3:25:53 | 1:47:23 | 100.00 | 8:59:56 | 6 | 16 | :54 |
| 8/22/2012 | 66 | 2:07 | :10 | 55 | 50 | 0 | | 20.0 | 1:57 | 2:19:38 | :16:32 | :00:00 | :08:10 | 3:51:12 | 2:26:01 | 100.00 | 9:01:33 | 3 | 17 | 1:14 |
| 8/23/2012 | 61 | 3:16 | :03 | 54 | 53 | 0 | | 14.0 | 1:42 | 3:18:47 | :03:16 | :00:00 | :14:44 | 2:09:59 | 3:15:38 | 100.00 | 9:02:24 | 3 | 13 | 1:49 |
| 8/26/2012 | 143 | 1:23 | :15 | 70 | 60 | 0 | | 39.0 | :31 | 3:18:25 | :41:23 | :00:01 | :26:42 | 2:30:36 | 2:04:19 | 100.00 | 9:01:26 | 4 | 46 | 1:01 |
| 8/27/2012 | 137 | 2:02 | :18 | 92 | 80 | 0 | | 47.0 | :36 | 4:40:13 | :44:59 | :00:01 | :15:57 | 2:48:42 | :29:37 | 100.00 | 8:59:29 | 12 | 45 | :43 |
| 8/28/2012 | 86 | 1:47 | :19 | 53 | 42 | 1 | 2:19 | 15.0 | 1:50 | 2:33:56 | :42:30 | :00:00 | :04:35 | 2:23:13 | 3:08:26 | 100.00 | 8:52:40 | 3 | 17 | :43 |
| 8/29/2012 | 64 | 1:58 | :10 | 37 | 33 | 0 | | 18.0 | 1:05 | 2:06:13 | :15:47 | :00:00 | :06:12 | 2:12:26 | 4:22:47 | 100.00 | 9:03:25 | 3 | 14 | :50 |

CONFIDENTIAL



ACD: ACD_1

Agent:

| Staffed Time | AUX Time | ACW | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 180:31:36 | 56:21:15 | 7:19:08 | 15:46:39 | 18:57:40 | 5:23:33 | 3:56:49 | 0:00:59 | 4:56:26 | 0:00:00 | 0:00:00 | 0:00:01 |

Averages

| Staffed Time | AUX Time | ACW | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:35:47 | 2:41:01 | 0:20:55 | [redacted] | 0:59:53 | 0:35:57 | 3:56:49 | 0:00:59 | 0:17:26 | 0:00:00 | 0:00:00 | 0:00:01 |

TIME WARNER CABLE

# Dispatcher Feedback

**Name:** Patty Valladares **Month:** August 2012

## Performance Metrics

| *Call Monitoring:* | Month Scores | | Productivity: | | |
|---|---|---|---|---|---|
| 1) | 83.00% | Live | ASA Avg | 8secs | (Goal=60 sec) |
| 2) | 83.00% | | Group ASA Avg | 104.04secs | (Goal=60 sec) |
| 3) | 92.00% | | Hold Avg. | 66secs | (Goal=90 sec) |
| MTD Avg. | 86.00% | | Break time Avg.: | 45:05 mins | (Goal=30 min per day) |
| YTD Avg. | 91.47% | | CSAT: | 96.70% | (Goal=90%) |
| | (Goal= min. 90%) | | OTG Team: | 98.60% | (Goal=100%) |
| | | | Assign Team | n/a | (Goal=100%) |
| | | | Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 1

*Rolling 6-months:* 3.5

*Warning Level:* N/A

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Patty you are always willing to assist the NAM when you see deficiencies and you volunteer for OT.

**Opportunities**

Patty watch your break time it was high again and this can lead to a corrective. Also work on your opening and closing, dead air, and attendance.

**Patty Valladares : Goals for next 30 days**

Focus on improving your phone calls and Dispatcher level 4 Progression. Work on your break time.

*Acknowledgements:*

[signature] 9/26/12 [signature] 9/26/12

*Employee* *Date* *Supervisor* *Date*

CONFIDENTIAL TWC-PVG000309

Agent AUX Daily - Gallegos, Patricia

Printed: 9/14/2012 06:58:29 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **180:31:36** | **56:21:15** | **7:19:08** | **15:46:39** | **18:57:40** | **5:23:33** | **3:56:49** | **:00:59** | **4:56:26** | **:00:00** | **:00:00** | **:00:01** |
| 8/1/2012 | 8:59:52 | 5:34:41 | :14:35 | :18:07 | :58:55 | :04:21 | 3:56:49 | :00:00 | :01:54 | :00:00 | :00:00 | :00:00 |
| 8/2/2012 | 9:02:38 | 2:28:00 | :15:56 | :38:07 | 1:00:27 | :02:41 | :00:00 | :00:00 | :30:49 | :00:00 | :00:00 | :00:00 |
| 8/5/2012 | 9:04:06 | 2:25:53 | :28:46 | :41:04 | 1:04:26 | :00:00 | :00:00 | :00:00 | :11:37 | :00:00 | :00:00 | :00:00 |
| 8/6/2012 | 9:06:36 | 3:02:03 | :23:28 | 1:06:37 | :58:57 | :00:00 | :00:00 | :00:00 | :33:01 | :00:00 | :00:00 | :00:00 |
| 8/7/2012 | 8:59:43 | 2:19:58 | :12:49 | :49:35 | 1:00:11 | :00:00 | :00:00 | :00:00 | :17:23 | :00:00 | :00:00 | :00:00 |
| 8/8/2012 | 9:02:15 | 2:43:13 | :47:08 | :46:57 | 1:00:12 | :00:00 | :00:00 | :00:00 | :08:56 | :00:00 | :00:00 | :00:00 |
| 8/9/2012 | 9:00:33 | 2:34:18 | :31:00 | 1:00:49 | :59:14 | :00:00 | :00:00 | :00:00 | :03:15 | :00:00 | :00:00 | :00:00 |
| 8/12/2012 | 8:58:15 | 2:33:16 | :32:49 | :55:31 | 1:00:19 | :00:00 | :00:00 | :00:00 | :04:37 | :00:00 | :00:00 | :00:00 |
| 8/13/2012 | :27:16 | :16:00 | :00:28 | :11:25 | :00:00 | :00:00 | :00:00 | :00:00 | :04:07 | :00:00 | :00:00 | :00:00 |
| 8/14/2012 | 8:59:55 | 2:43:05 | :17:21 | :45:46 | 1:00:32 | :39:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/15/2012 | 8:58:38 | 2:16:04 | :21:55 | :53:45 | 1:00:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/16/2012 | 9:01:32 | 3:02:06 | :15:22 | :44:49 | :55:34 | 1:00:28 | :00:00 | :00:00 | :05:53 | :00:00 | :00:00 | :00:00 |
| 8/19/2012 | 8:46:30 | 2:14:59 | :26:55 | :47:27 | 1:00:37 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/20/2012 | 9:02:54 | 2:45:38 | :19:41 | :52:02 | 1:01:53 | :16:31 | :00:00 | :00:00 | :15:31 | :00:00 | :00:00 | :00:00 |
| 8/21/2012 | 8:59:56 | 3:25:53 | :11:49 | :40:23 | :56:10 | 1:35:16 | :00:00 | :00:00 | :02:15 | :00:00 | :00:00 | :00:00 |
| 8/22/2012 | 9:01:33 | 3:51:12 | :12:55 | :47:47 | :59:04 | 1:30:40 | :00:00 | :00:00 | :20:46 | :00:00 | :00:00 | :00:00 |
| 8/23/2012 | 9:02:24 | 2:09:59 | :14:01 | :31:08 | :00:00 | :10:36 | :00:00 | :00:00 | 1:14:13 | :00:00 | :00:00 | :00:01 |
| 8/26/2012 | 9:01:26 | 2:30:36 | :20:24 | 1:10:02 | 1:00:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8/27/2012 | 8:59:29 | 2:48:42 | :21:04 | :49:25 | :59:11 | :00:00 | :00:00 | :00:00 | :39:02 | :00:00 | :00:00 | :00:00 |
| 8/28/2012 | 8:52:40 | 2:23:13 | :29:31 | :34:32 | 1:01:20 | :03:34 | :00:00 | :00:59 | :13:17 | :00:00 | :00:00 | :00:00 |
| 8/29/2012 | 9:03:25 | 2:12:26 | :21:11 | :41:21 | 1:00:04 | :00:00 | :00:00 | :00:00 | :09:50 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

TWC-PVG000310

Agent Summary Daily - Gallegos, Patricia

Printed: 9/14/2012 07:07:04 PM

Agent: **Gallegos, Patricia**

| Date | ACD Calls | Avg ACD Time | Avg ACW Time | % Agent Occup w/ ACW | % Agent Occup w/o ACW | Extn In Calls | Avg Extn In Time | Extn Out Calls | Avg Extn Out Time | ACD Time | ACW Time | Agent Ring Time | Other Time | AUX Time | Avail Time | % Skills Avail | Staffed Time | Trans Out | Held Calls | Avg Hold Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **1795** | **2:03** | **:12** | **61** | **55** | **5** | **:52** | **556.0** | **:57** | **61:29:39** | **8:01:20** | **:00:08** | **4:15:29** | **56:21:15** | **50:23:45** | **99.53** | **180:31:36** | **83** | **497** | **1:06** |
| 8/1/2012 | 37 | 2:29 | :16 | 60 | 54 | 0 | | 19.0 | :51 | 1:31:36 | :13:05 | :00:00 | :12:10 | 5:34:41 | 1:28:20 | 100.00 | 8:59:52 | 1 | 13 | 2:08 |
| 8/2/2012 | 120 | 1:52 | :11 | 71 | 63 | 0 | | 26.0 | :42 | 3:44:12 | :31:29 | :00:00 | :18:04 | 2:28:00 | 2:00:53 | 93.73 | 9:02:38 | 3 | 31 | 1:06 |
| '2012 | 87 | 1:53 | :12 | 52 | 47 | 0 | | 38.0 | :45 | 2:44:06 | :19:55 | :00:01 | :13:11 | 2:25:53 | 3:21:00 | 100.00 | 9:04:06 | 4 | 35 | 1:02 |
| 6/6/2012 | 101 | 2:19 | :06 | 75 | 71 | 0 | | 33.0 | 1:22 | 3:54:34 | :14:52 | :00:00 | :16:38 | 3:02:03 | 1:38:29 | 100.00 | 9:06:36 | 6 | 25 | 1:40 |
| 8/7/2012 | 85 | 2:30 | :13 | 60 | 56 | 0 | | 20.0 | :54 | 3:31:59 | :18:44 | :00:00 | :07:17 | 2:19:58 | 2:41:45 | 100.00 | 8:59:43 | 1 | 17 | :54 |
| 8/8/2012 | 63 | 2:08 | :11 | 41 | 37 | 0 | | 28.0 | 1:42 | 2:14:16 | :14:21 | :00:00 | :04:18 | 2:43:13 | 3:46:07 | 100.00 | 9:02:15 | 5 | 13 | :48 |
| 8/9/2012 | 104 | 1:42 | :05 | 56 | 53 | 1 | 1:26 | 22.0 | 1:20 | 2:56:55 | :10:50 | :00:00 | :17:12 | 2:34:18 | 3:01:18 | 100.00 | 9:00:33 | 2 | 26 | 1:36 |
| 8/12/2012 | 87 | 1:56 | :10 | 54 | 49 | 0 | | 36.0 | :59 | 2:48:44 | :20:04 | :00:01 | :12:18 | 2:33:16 | 3:03:52 | 100.00 | 8:58:15 | 1 | 27 | 1:07 |
| 8/13/2012 | 2 | 1:20 | :00 | 100 | 26 | 0 | | 1.0 | :23 | :02:40 | :08:34 | :00:00 | :00:02 | :16:00 | :00:00 | | :27:16 | 0 | 1 | :25 |
| 8/14/2012 | 98 | 2:01 | :12 | 63 | 55 | 0 | | 29.0 | :42 | 3:18:00 | :28:39 | :00:01 | :03:39 | 2:43:05 | 2:26:31 | 100.00 | 8:59:55 | 3 | 26 | :44 |
| 8/15/2012 | 82 | 2:04 | :10 | 50 | 46 | 0 | | 33.0 | :47 | 2:50:03 | :15:52 | :00:00 | :10:39 | 2:16:04 | 3:26:00 | 100.00 | 8:58:38 | 3 | 21 | 1:01 |
| 8/16/2012 | 82 | 1:50 | :04 | 49 | 46 | 0 | | 27.0 | :32 | 2:30:33 | :14:16 | :00:02 | :07:07 | 3:02:06 | 3:07:28 | 100.00 | 9:01:32 | 9 | 27 | :41 |
| 8/19/2012 | 106 | 2:00 | :19 | 73 | 63 | 0 | | 35.0 | :43 | 3:32:26 | :39:44 | :00:01 | :26:57 | 2:14:59 | 1:52:23 | 100.00 | 8:46:30 | 5 | 38 | 1:21 |
| 8/20/2012 | 120 | 2:12 | :15 | 86 | 77 | 0 | | 40.0 | :48 | 4:24:15 | :35:51 | :00:00 | :21:42 | 2:45:38 | :55:28 | 100.00 | 9:02:54 | 6 | 29 | 1:26 |
| 8/21/2012 | 64 | 2:56 | :18 | 68 | 59 | 3 | :12 | 16.0 | :42 | 3:08:08 | :30:37 | :00:00 | :07:55 | 3:25:53 | 1:47:23 | 100.00 | 8:59:56 | 6 | 16 | :54 |
| 8/22/2012 | 66 | 2:07 | :10 | 55 | 50 | 0 | | 20.0 | 1:57 | 2:19:38 | :16:32 | :00:00 | :08:10 | 3:51:12 | 2:26:01 | 100.00 | 9:01:33 | 3 | 17 | 1:14 |
| 8/23/2012 | 61 | 3:16 | :03 | 54 | 53 | 0 | | 14.0 | 1:42 | 3:18:47 | :03:16 | :00:00 | :14:44 | 2:09:59 | 3:15:38 | 100.00 | 9:02:24 | 3 | 13 | 1:49 |
| 8/26/2012 | 143 | 1:23 | :15 | 70 | 60 | 0 | | 39.0 | :31 | 3:18:25 | :41:23 | :00:01 | :26:42 | 2:30:36 | 2:04:19 | 100.00 | 9:01:26 | 4 | 46 | 1:01 |
| 8/27/2012 | 137 | 2:02 | :18 | 92 | 80 | 0 | | 47.0 | :36 | 4:40:13 | :44:59 | :00:01 | :15:57 | 2:48:42 | :29:37 | 100.00 | 8:59:29 | 12 | 45 | :43 |
| 8/28/2012 | 86 | 1:47 | :19 | 53 | 42 | 1 | 2:19 | 15.0 | 1:50 | 2:33:56 | :42:30 | :00:00 | :04:35 | 2:23:13 | 3:08:26 | 100.00 | 8:52:40 | 3 | 17 | :43 |
| /2012 | 64 | 1:58 | :10 | 37 | 33 | 0 | | 18.0 | 1:05 | 2:06:13 | :15:47 | :00:00 | :06:12 | 2:12:26 | 4:22:47 | 100.00 | 9:03:25 | 3 | 14 | :50 |



ACD: ACD_1

TWC-PVG000311

CONFIDENTIAL

Agent:

| Staffed Time | AUX Time | ACW | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 180:31:36 | 56:21:15 | 7:19:08 | 15:46:39 | 18:57:40 | 5:23:33 | 3:56:49 | 0:00:59 | 4:56:26 | 0:00:00 | 0:00:00 | 0:00:01 |

Averages

| Staffed Time | AUX Time | ACW | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:35:47 | 2:41:01 | 0:20:55 | [redacted] | 0:59:53 | 0:35:57 | 3:56:49 | 0:00:59 | 0:17:26 | 0:00:00 | 0:00:00 | 0:00:01 |

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** September 2012

## Performance Metrics

| *Call Monitoring:* | Month Scores | Productivity: | | Industry |
|---|---|---|---|---|
| 1) | | ASA Avg. | 20.57 sec | (Goal= 60 sec) |
| 2) | | Hold Avg. | 63 sec | (Goal= 90 sec) |
| 3) | | Break Time Avg. | 41 min | (Goal= 30 min per day) |
| MTD Avg. | #DIV/0! | Adherence Avg. | 77% | |
| YTD Avg. | | ACW Total | 5:26:42 hrs | (Goal= 0) |
| | (Goal= min. 85%) | | | |
| | | CSAT: | 95.2% | (Goal= 95%) |
| | | OTG Industry NAM: | 99.23% | (Goal= 95%) |
| | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 0.5

*Rolling 6-months:* 4.5

*Warning Level:* Pending

4/25/2012- left early 4.75hrs- 1 occurrence
5/28/2012-14 min late arrival-0.5 occurrence
7/1/2012- 1 day out - 1 occurrence
8/13/2012-left early 7.5hrs-1 occurrence
9/10/2012 thru 9/11/2012- 1 day out - 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good hold time

**Opportunities**

Work on your break time it's high
Work on you ACW time it should be at "0"
Work on your attendance

**Goals for next 30 days**

You will be given additional responsibilities that will prepare you to move in your progression
You will be responsible for distributing the morning pre-calls

***Acknowledgements:***

[signature] 10-11-2012 [signature] 10-11-2012

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 10/9/2012 10:20:56 A

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **160:34:40** | **47:10:45** | **6:06:17** | **12:25:44** | **17:26:09** | **3:20:55** | **1:54:54** | **1:05:51** | **4:40:42** | **:00:00** | **:10:06** | **:00:07** |
| 9/2/2012 | 9:00:16 | 2:37:35 | :24:49 | :46:30 | :59:49 | :00:00 | :00:00 | :00:00 | :26:27 | :00:00 | :00:00 | :00:00 |
| 9/4/2012 | 9:00:54 | 2:21:43 | :21:56 | :51:56 | 1:02:40 | :00:00 | :00:00 | :00:00 | :05:11 | :00:00 | :00:00 | :00:00 |
| 9/5/2012 | 9:02:56 | 2:26:03 | :17:40 | :35:20 | 1:00:03 | :00:00 | :00:00 | :07:47 | :25:13 | :00:00 | :00:00 | :00:00 |
| 9/6/2012 | 8:58:29 | 2:18:13 | :23:44 | :43:31 | 1:00:30 | :00:00 | :00:00 | :00:00 | :10:28 | :00:00 | :00:00 | :00:00 |
| 9/9/2012 | 9:00:45 | 2:33:38 | :32:19 | :58:30 | 1:00:01 | :00:00 | :00:00 | :00:00 | :02:48 | :00:00 | :00:00 | :00:00 |
| 9/12/2012 | 8:50:42 | 5:22:38 | :11:33 | :30:50 | :52:25 | :00:00 | 1:19:10 | :08:22 | 2:20:18 | :00:00 | :00:00 | :00:00 |
| 9/13/2012 | 7:29:35 | 1:33:30 | :06:51 | :43:24 | :31:24 | :00:00 | :00:00 | :00:00 | :11:51 | :00:00 | :00:00 | :00:00 |
| 9/16/2012 | 9:04:45 | 2:06:53 | :25:08 | :33:20 | 1:00:32 | :00:00 | :00:00 | :00:00 | :07:53 | :00:00 | :00:00 | :00:00 |
| 9/17/2012 | 9:00:24 | 2:17:20 | :13:12 | 1:04:12 | :59:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9/18/2012 | 9:00:37 | 4:07:50 | :23:28 | :33:45 | 1:01:00 | 1:18:59 | :00:00 | :49:42 | :00:51 | :00:00 | :00:00 | :00:05 |
| 9/19/2012 | 9:01:52 | 2:11:31 | :19:49 | :37:38 | :59:17 | :08:31 | :00:00 | :00:00 | :06:14 | :00:00 | :00:00 | :00:02 |
| 9/20/2012 | 8:59:57 | 2:34:14 | :09:34 | :52:57 | :58:38 | :08:25 | :24:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9/23/2012 | 9:00:50 | 1:50:55 | :13:17 | :35:17 | 1:02:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9/24/2012 | 9:00:53 | 1:50:00 | :32:12 | :14:38 | 1:01:29 | :00:00 | :00:00 | :00:00 | :01:41 | :00:00 | :00:00 | :00:00 |
| 9/25/2012 | 9:01:40 | 3:24:58 | :17:01 | :48:59 | :59:07 | 1:06:18 | :07:42 | :00:00 | :05:51 | :00:00 | :00:00 | :00:00 |
| 9/26/2012 | 9:00:32 | 2:51:15 | :20:17 | :43:53 | :58:50 | :38:42 | :00:00 | :00:00 | :09:33 | :00:00 | :00:00 | :00:00 |
| 9/27/2012 | 9:00:03 | 2:40:33 | :36:10 | :37:41 | :57:35 | :00:00 | :03:22 | :00:00 | :15:39 | :00:00 | :10:06 | :00:00 |
| 9/30/2012 | 8:59:30 | 2:01:56 | :17:17 | :33:23 | 1:00:32 | :00:00 | :00:00 | :00:00 | :10:44 | :00:00 | :00:00 | :00:00 |



ACD: ACD_

CONFIDENTIAL

TWC-PVG000314

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** October 2012

## Performance Metrics

*Call Monitoring:*

| | Monthly Scores |
|---|---|
| 1) | 93.00% |
| 2) | 100.00% |
| MTD Avg. | 96.50% |
| YTD Avg. | 92.31% |
| | (Goal= min. 86%) |

Productivity:

| | | Industry |
|---|---|---|
| ASA Avg. | 8.69 sec | (Goal= 60 sec) |
| Hold Avg. | 60 sec | (Goal= 50 sec) |
| Break Time Avg. | 36 min | (Goal= 30 min per day) |
| Adherence Avg. | 91% | |
| ACW Total | 3:50:42 hr | (Goal= 0) |
| CSAT: | 94.5% | (Goal= 95%) |
| OTG Industry NAM: | 98.86% | (Goal= 95%) |
| Assigned Team OTG: | N/A | (Goal= 100%) |
| Overall Productivity: | Meeting | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 0 |
| *Rolling 6-months:* | 3.5 |
| *Warning Level:* | Pending |

5/28/2012-14 min late arrival-0.5 occurrence
7/1/2012- 1 day out - 1 occurrence
8/13/2012-left early 7.5hrs-1 occurrence
9/10/2012 thru 9/11/2012- 1 day out - 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Call on Oct 21st @ 4:35 good job in explaining the charges and compatibility of the customer own modems
Good job in consistently sending out the Pre-call report and providing daily feedback

**Opportunities**

Call on Oct 16@11:40 work on your dead air and your closing / also try to pre-call his route to help him out and provide feedback to management on illogical moves made when job is being routed
Continue to work in filling the routes to capacity and calling for EA work
Work on your ACW time it's at almost 4hrs and it should be at "0"
Continue to work on your break time its lower than last month yet improvement is still needed
Work on your project time you are @ 6hrs- project time needs to be pre-approved. Manage your time effectively.

**Goals for next 30 days**

Work on running pass all the routes in the morning and making sure all techs are here- specially Willy/Sergio team
Work on adding urgency to the OTP escalations twice this month I had to address this issue with you
Work on not helping your husband over email or any other form of communication since this was the reason for your move
Call on Oct 24@11:05 also. Spoke to you about this on Oct 30th and on Oct 31st again you made contact with your husband
You will be part of the repeat tc buster team
Work on your self evaluation for 2012

*Acknowledgements:*

[signature] 11-15-2012 [signature] 11-15-2012

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 11/14/2012 04:49:11 P

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **203:10:50** | **61:30:16** | **13:16:43** | **13:49:08** | **21:17:08** | **3:07:02** | **:41:06** | **:00:00** | **6:10:35** | **:00:00** | **3:08:16** | **:00:18** |
| 10/1/2012 | 9:01:31 | 2:14:03 | :25:06 | :46:02 | :59:28 | :00:00 | :00:00 | :00:00 | :02:13 | :00:00 | :01:14 | :00:00 |
| 10/2/2012 | 9:00:54 | 2:24:46 | :46:35 | :31:54 | :59:26 | :00:00 | :00:00 | :00:00 | :06:51 | :00:00 | :00:00 | :00:00 |
| 10/3/2012 | 8:56:20 | 2:24:43 | :30:34 | :29:57 | :56:32 | :00:00 | :00:00 | :00:00 | :09:49 | :00:00 | :17:49 | :00:02 |
| 10/4/2012 | 8:55:33 | 2:23:17 | :16:06 | 1:01:41 | :59:25 | :00:00 | :00:00 | :00:00 | :05:59 | :00:00 | :00:06 | :00:00 |
| 10/7/2012 | 9:03:13 | 2:31:51 | :44:59 | :38:24 | 1:01:28 | :00:00 | :00:00 | :00:00 | :07:00 | :00:00 | :00:00 | :00:00 |
| 10/8/2012 | 9:03:24 | 2:11:24 | :32:12 | :32:01 | 1:00:41 | :00:00 | :00:00 | :00:00 | :06:30 | :00:00 | :00:00 | :00:00 |
| 10/9/2012 | 9:02:39 | 3:23:48 | :37:37 | :33:39 | :58:38 | 1:13:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10/11/2012 | 9:03:20 | 2:15:52 | :07:52 | :49:14 | :59:48 | :15:56 | :00:00 | :00:00 | :03:02 | :00:00 | :00:00 | :00:00 |
| 10/14/2012 | 9:01:32 | 2:33:58 | :35:49 | :33:43 | :56:19 | :00:00 | :00:00 | :00:00 | :28:02 | :00:00 | :00:03 | :00:02 |
| 10/15/2012 | 8:59:50 | 3:17:47 | 1:14:07 | :31:18 | :57:02 | :00:00 | :00:00 | :00:00 | :33:36 | :00:00 | :01:44 | :00:00 |
| 10/16/2012 | 8:54:24 | 3:01:45 | :36:13 | :34:24 | :58:21 | :19:07 | :00:00 | :00:00 | :33:40 | :00:00 | :00:00 | :00:00 |
| 10/17/2012 | 9:01:50 | 2:18:54 | :10:38 | :30:11 | :58:04 | :00:00 | :00:00 | :00:00 | :40:01 | :00:00 | :00:00 | :00:00 |
| 10/18/2012 | 9:02:00 | 2:24:01 | :24:13 | :45:48 | :57:32 | :00:00 | :00:00 | :00:00 | :16:28 | :00:00 | :00:00 | :00:00 |
| 10/21/2012 | 9:02:36 | 2:38:49 | :40:39 | :36:27 | :56:39 | :00:00 | :00:00 | :00:00 | :25:02 | :00:00 | :00:00 | :00:02 |
| 10/22/2012 | 9:05:13 | 3:13:34 | 1:10:18 | :33:33 | :58:09 | :00:00 | :00:00 | :00:00 | :31:34 | :00:00 | :00:00 | :00:00 |
| 10/23/2012 | 9:01:55 | 3:51:41 | :44:09 | :30:51 | :57:21 | :00:00 | :41:06 | :00:00 | :43:46 | :00:00 | :14:24 | :00:04 |
| 10/24/2012 | 9:01:08 | 2:30:25 | :34:47 | :33:01 | :58:09 | :00:00 | :00:00 | :00:00 | :02:27 | :00:00 | :21:58 | :00:03 |
| 10/25/2012 | 9:06:15 | 2:38:02 | :30:50 | :33:41 | :57:50 | :00:00 | :00:00 | :00:00 | :13:06 | :00:00 | :22:35 | :00:00 |
| 10/27/2012 | 4:31:26 | :38:38 | :03:06 | :18:03 | :00:00 | :00:00 | :00:00 | :00:00 | :12:53 | :00:00 | :04:33 | :00:03 |
| 10/28/2012 | 9:01:55 | 2:35:46 | :46:30 | :31:07 | :52:41 | :00:00 | :00:00 | :00:00 | :08:20 | :00:00 | :17:08 | :00:00 |
| 10/29/2012 | 9:09:12 | 2:51:31 | :25:59 | :32:44 | :58:23 | :00:00 | :00:00 | :00:00 | :23:35 | :00:00 | :30:48 | :00:02 |
| 10/30/2012 | 9:02:03 | 3:53:45 | :28:53 | :43:36 | :57:15 | 1:18:05 | :00:00 | :00:00 | :16:01 | :00:00 | :09:55 | :00:00 |
| 10/31/2012 | 9:02:37 | 3:11:56 | :49:31 | :37:49 | :57:57 | :00:00 | :00:00 | :00:00 | :00:40 | :00:00 | :45:59 | :00:00 |

**To:** Martinez, Eunice
**Subject:** Patty's Break

Hi Eunice,

Not sure what Patty's start time is for today but she's on break at 9:06am seemed odd.

| Login ID | Agent Name | Extn | State | Time | Active Split/Skill | AUX Reason |
|---|---|---|---|---|---|---|
| 1831703 | Basinger, Yolanda | 1834568 | OTHER | :00:28 | | |
| 1831700 | Adkison, Floyd | 1834578 | AUX | :31:13 | LAMDag | Special Project |
| 1831790 | Sutherland, Richard | 1834561 | AUX | :09:00 | LAMEnDCofln | |
| 1831729 | Gallegos, Patricia | 1834556 | AUX | :06:53 | | Break |
| 1831759 | Mella, Glissia | 1834526 | AUX | :01:08 | LAMEnDConfr | |

Thanks,

**Nadine Solis**
Dispatch Manager
Time Warner Cable
Southern California – North
550 N. Continental Blvd.
El Segundo, CA 90245
Tel (310) 563-5824
Cell (626) 255-8526

Go Green! Print this email only when necessary. Thank you for helping Time Warner Cable be environmentally responsible.

Favorites
Inbox (1)
Unread Mail (102)
Sent Items

patricia.valladares-gallegos@...
Inbox (1)
CC
Contractor Sups
Contractors
Daniel Masry
Discounts
DNOC / RNOC (97)
Edie Meyer
Eunice Martinez
Feedback
Gina Roe
HR
Important INFO
Junera White
Nadine Solis
OTP Help
Personal
Project / Precalls
Rochelle Truby
Sup Techs
TWC News (4)
Drafts (1)
Sent Items
Deleted Items (597)
Conversation History
Junk E-mail

| From | Subject | Received | Size | Categories |
|---|---|---|---|---|
| **Date: Today** | | | | |
| Alex Valladares | RE: Hello | Wed 10/24/2012 11:00 AM | 1 | |
| Alex Valladares | RE: Hello | Wed 10/24/2012 10:05 AM | 1 | |
| Alex Valladares | RE: Hello | Wed 10/24/2012 9:54 AM | 1 | |
| Valladares, Patri... | things i need for new computer | Wed 10/24/2012 9:49 AM | 4 | |
| Alex Valladares | RE: Hello | Wed 10/24/2012 9:36 AM | 1 | |
| Alex Valladares | RE: Hello | Wed 10/24/2012 9:08 AM | 1 | |
| Valladares, Patri... | FW: Precalls 10.23.2012 | Wed 10/24/2012 9:03 AM | 1 | |
| Alex Valladares | Hello | Wed 10/24/2012 8:46 AM | 9 | |
| **Date: Yesterday** | | | | |
| **Date: Monday** | | | | |

**RE: Hello**

Alex Valladares <alxv89@gmail.com>

You replied to this message on 10/24/2012 11:00 AM.

Sent: Wed 10/24/2012 11:00 AM

To: Valladares, Patricia

Heading to ma next job... Can u call em pls

On Oct 24, 2012 10:20 AM, "Valladares, Patricia" <patricia.valladares-gallegos@twcable.com> wrote:

Ok

spoke to her about this being the final coaching
10/31/2012

CONFIDENTIAL TWC-PVG000318

**Martinez, Eunice**

**From:** Martinez, Eunice
**Sent:** Monday, November 12, 2012 10:14 AM
**To:** Martinez, Eunice
**Subject:** RE: Patty's Break

El Segundo Dispatch Hourly Average Speed to Answer (ASA) for 11/12/12

| Time | Dispatch Bellflower ASA (MM:SS) (302) | Dispatch Eagle Rock ASA (MM:SS) (303) | Dispatch City of Industry ASA (MM:SS) (304) | Dispatch Hollywood Central ASA (MM:SS) (305) | Dispatch LA West ASA (MM:SS) (306) | Dispatch South Bay ASA (MM:SS) (307) | Dispatch Contractors ASA (MM:SS) (308) | Dispatch Westchester/ Beaches ASA (MM:SS) (309) | El Segundo Dispatch Service Level % |
|---|---|---|---|---|---|---|---|---|---|
| 8:00am | 0:00 | 1:57 | 0:20 | 0:11 | 0:00 | 0:00 | 10:47 | 0:00 | 34% |
| 9:00am | | | | | | | | | |

Eunice Martinez
TSC Supervisor
Time Warner Cable | ENJOY BETTER
550 N. Continental Blvd
El Segundo, CA 90245
Tel (310) 563-5820
Cell (310)864-3629 pvt 341
Mon- Friday 9:30am-6:30pm

**From:** Solis, Nadine
**Sent:** Monday, November 12, 2012 9:07 AM

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** December 2012

## Performance Metrics

*Call Monitoring:*

| | Monthly Scores |
|---|---|
| 1) | |
| 2) | |
| MTD Avg. | #DIV/0! |
| YTD Avg. | |
| | (Goal= min. 86%) |

Productivity:

| | | Industry |
|---|---|---|
| ASA Avg. | 21.92 sec | (Goal= 60 sec) |
| Hold Avg. | 48 sec | (Goal= 90 sec) |
| Break Time Avg. | 96 min | (Goal= 30 min per day) |
| Adherence Avg. | 91% | |
| ACW Total | 0:07:10 | (Goal= 0) |
| CSAT: | 95.2% | (Goal= 95%) |
| OTG Industry NAM: | 98.94% | (Goal= 95%) |
| Assigned Team OTG: | N/A | (Goal= 100%) |
| Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 1

*Rolling 6-months:* 3

*Warning Level:* 12/26/2012

12/19/2012 thru 12/20/2012= 2 days =1 occurrence
9/10/2012 thru 9/11/2012=2 days out= 1 occurrence
8/13/2012-left early 7.5hrs=1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job with sending the pre-calls to the team every day you are here
Good job with your hold time

**Opportunities**

Work on your attendance
Work on effectively managing your break time and your phone since you left your phone logged on 12/11 and this greatly impacted your break time for this month
Work in providing daily feedback on your pre-calls

**Goals for next 30 days**

Start to develop a training for the department
You will be trained to do break exceptions/ Quota management

***Acknowledgements:***

[signature] 1-22-2013 [signature] 1/22/2013

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 1/18/2013 11:11:52 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **175:15:20** | **65:10:07** | **9:02:43** | **29:03:44** | **16:25:02** | **2:05:56** | **:23:59** | **:00:00** | **:21:20** | **:00:02** | **7:47:03** | **:00:18** | **:00:00** |
| 12/2/2012 | 9:01:32 | 2:03:37 | :12:49 | :29:58 | :57:18 | :00:00 | :00:00 | :00:00 | :02:09 | :00:02 | :21:21 | :00:00 | :00:00 |
| 12/3/2012 | 9:04:57 | 2:15:28 | :25:47 | :38:18 | :58:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :12:27 | :00:00 | :00:00 |
| 12/4/2012 | 9:01:29 | 4:34:18 | :32:11 | :51:17 | :57:19 | :00:00 | :23:59 | :00:00 | :13:35 | :00:00 | 1:35:57 | :00:00 | :00:00 |
| 12/5/2012 | 9:02:31 | 3:29:11 | :30:11 | :36:56 | :57:38 | :04:20 | :00:00 | :00:00 | :00:00 | :00:00 | 1:20:04 | :00:02 | :00:00 |
| 12/6/2012 | 9:01:23 | 3:49:01 | :39:15 | :30:41 | :57:34 | 1:21:39 | :00:00 | :00:00 | :00:00 | :00:00 | :19:52 | :00:00 | :00:00 |
| 12/9/2012 | 9:01:28 | 1:47:53 | :12:26 | :35:26 | :58:51 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:10 | :00:00 | :00:00 |
| 12/10/2012 | 9:03:49 | 2:39:22 | :47:12 | :28:46 | :58:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :24:57 | :00:00 | :00:00 |
| 12/11/2012 | 15:31:31 | 13:03:06 | :03:18 | 12:41:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :18:34 | :00:00 | :00:00 |
| 12/12/2012 | 16:20:25 | 10:18:11 | :33:49 | 7:43:01 | :57:43 | :34:02 | :00:00 | :00:00 | :00:00 | :00:00 | :29:34 | :00:02 | :00:00 |
| 12/13/2012 | 9:01:56 | 2:30:21 | :51:58 | :31:10 | :58:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:43 | :00:01 | :00:00 |
| 12/16/2012 | 9:01:06 | 2:02:06 | :24:45 | :26:55 | :57:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :12:46 | :00:00 | :00:00 |
| 12/17/2012 | 9:01:06 | 2:42:26 | :40:52 | :30:15 | 1:00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:20 | :00:04 | :00:00 |
| 12/23/2012 | 9:01:26 | 2:30:51 | :28:09 | :37:59 | :57:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :27:29 | :00:02 | :00:00 |
| 12/24/2012 | 7:56:19 | 2:15:19 | :36:37 | :26:42 | :57:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :14:41 | :00:00 | :00:00 |
| 12/26/2012 | 9:01:55 | 2:12:37 | :21:06 | :41:01 | :57:54 | :05:55 | :00:00 | :00:00 | :00:00 | :00:00 | :06:41 | :00:00 | :00:00 |
| 12/27/2012 | 9:02:44 | 2:44:41 | :37:50 | :39:09 | :57:03 | :00:00 | :00:00 | :00:00 | :05:36 | :00:00 | :24:59 | :00:04 | :00:00 |
| 12/30/2012 | 9:00:43 | 2:06:37 | :09:59 | :30:49 | :59:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :26:14 | :00:03 | :00:00 |
| 12/31/2012 | 8:59:00 | 2:05:02 | :54:29 | :04:07 | :55:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :11:14 | :00:00 | :00:00 |



ACD: ACD_

CONFIDENTIAL

TWC-PVG000321

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** February 2013

## Performance Metrics

| Call Monitoring: | Month Scores | | Productivity: | | Industry |
|---|---|---|---|---|---|
| 1) | 90.00% | | ASA Avg. | 11.92 sec | (Goal= 60 sec) |
| 2) | 82.00% | | Hold Avg. | 51 sec | (Goal= 90 sec) |
| 3) | 94.00% | (live) | Break Time Avg. | 32 min | (Goal= 30 min per day) |
| MTD Avg. | 88.67% | | Adherence Avg. | 92% | (>86%) |
| YTD Avg. | 84.34% | | ACW Total | 0:00:01 | (Goal= 0) |
| | (Goal= min. 86%) | | Buffer Error: | 0 | (Goal= 0) |
| | | | Routed Points Per Hour: | 8.51 points | (Goal= 9.5) |
| | | | CSAT: | 95.4% | (Goal= 94%) |
| | | | OTG Industry NAM: | 99.15% | (Goal= 98.2%) |
| | | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | | Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 1.5

*Rolling 6-months:* 3.5

*Warning Level:* 12/26/2012

2/20/2013-1 min late arrival =0.5 occurrence
2/17/2013-8hr sick =1 occurrence
12/19/2012 thru 12/20/2012= 2 days =1 occurrence
9/10/2012 thru 9/11/2012=2 days out= 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

### Strengths/Contributions

Great job with your hold time
Good job in providing feedback on your pre-calls
Good job in having no buffer errors in two months

### Opportunities

Work on providing an update on the worked discos on the days you are responsible for this
Work on providing a daily update on your pre-calls
Call on Feb 10@9:50 work on verifying every address before working on an account /where did you go? (listen to the call)
Call on Feb 18@4:51 follow the disco process/tech must contact field supervisor if not able to complete the disco /good job in pro-actively fixing errors
Call on Feb 27@10:20 work on not automatically placing them on site /no closing
Work on your attendance

### Goals for next 30 days

Continue to work in giving out work to maintain our routed points per hour at 9.5
Provide a draft on the full training document for Pre-calling/reporting for progression
Continue to email the supervisors on your findings with techs not helping or pulling their weight (copy me)

*Acknowledgements:*

[signature] 3-6-2013 [signature] 3/6/2013

*Employee* *Date* *Supervisor* *Date*

# TIMECARD

Loaded: 10:09AM

Name & ID: Valladares-Gallegos, | 1135774

Time Period: Current Pay Period

Save | Actions ▾ | Punch ▾ | Amount ▾ | Comment ▾ | Approvals ▾ | Reports ▾

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fri 12/07 | | | | | | | | | | | |
| Sat 12/08 | | | | | | | | | | | |
| Sun 12/09 | | | 8:28AM | | 1:30PM | 2:29PM | | 5:30PM | 8.0 | 8.0 | 8.0 |
| Mon 12/10 | | | 8:26AM | | 1:33PM | 2:31PM | | 5:30PM | 8.0 | 8.0 | 16.0 |
| Tue 12/11 | | | 8:28AM | | 11:30AM | | | | 3.0 | | |
| Tue 12/11 | Sick Time-Family | 5.0 | | | | | | | | 8.0 | 24.0 |
| Wed 12/12 | | | 8:28AM | | 1:50PM | 2:48PM | | 5:37PM | 8.0 | 8.0 | 32.0 |
| Thu 12/13 | | | 8:28AM | | 1:30PM | 2:28PM | | 5:30PM | 8.0 | 8.0 | 40.0 |
| Fri 12/14 | | | | | | | | | | | 40.0 |
| Sat 12/15 | | | | | | | | | | | 40.0 |
| Sun 12/16 | | | 8:28AM | | 1:40PM | 2:37PM | | 5:30PM | 8.0 | 8.0 | 48.0 |
| Mon 12/17 | | | 8:28AM | | 1:33PM | 2:33PM | | 5:30PM | 8.0 | 8.0 | 56.0 |
| Tue 12/18 | Personal Time No ... | 8.0 | | | | | | | | 8.0 | 64.0 |
| Wed 12/19 | Sick Time | 3.75 | | | | | | | | | |
| Wed 12/19 | Vacation No Consec | 4.25 | | | | | | | | 8.0 | 72.0 |
| Thu 12/20 | Vacation No Consec | 8.0 | | | | | | | | 8.0 | 80.0 |

TOTALS & SCHEDULE | ACCRUALS | AUDITS | COMMENTS | SIGN-OFFS & APPROVALS

| Action Taken | Date | Time | Amount | User | Start Date | End Date | Comment |
|---|---|---|---|---|---|---|---|
| Approved by Manager | 12/20/2012 | 12:43PM | | E092293 | 12/07/2012 | 12/20/2012 | |



CONFIDENTIAL TWC-PVG000323

11:30am - 12:15

Agent AUX Interval - Gallegos, Patricia

Printed: 3/5/2013 12:10:39 PM

Date: **2/5/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:01:11** | **2:09:54** | **:09:00** | **:34:14** | **:59:12** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:27:28** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :01:04 | :01:04 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:59 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :04:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:58 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:28 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :05:07 | :00:40 | :04:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :01:12 | :01:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :08:40 | :00:00 | :08:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :06:27 | :00:00 | :06:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :01:36 | :00:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:16 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :16:03 | :01:22 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :14:41 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :25:45 | :00:00 | :00:00 | :25:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :05:54 | :00:00 | :00:00 | :03:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:27 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :13:01 | :00:48 | :12:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :02:27 | :00:00 | :02:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :04:05 | :04:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :03:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:07 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :00:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |

who are you helping this gal



ACD: ACD

CONFIDENTIAL

TWC-PVG000324

Agent AUX Daily - Gallegos, Patricia

Printed: 3/5/2013 12:08:01 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **145:52:52** | **38:54:49** | **4:35:48** | **9:15:49** | **15:23:36** | **4:51:11** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **4:48:23** | **:00:02** | **:00:00** |
| 2/3/2013 | 9:01:51 | 2:03:14 | :11:13 | :35:12 | :56:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :20:31 | :00:00 | :00:00 |
| 2/4/2013 | 9:00:56 | 2:05:40 | :14:21 | :34:13 | :55:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :21:41 | :00:02 | :00:00 |
| 2/5/2013 | 9:01:11 | 2:09:54 | :09:00 | :34:14 | :59:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :27:28 | :00:00 | :00:00 |
| 2/6/2013 | 9:00:29 | 2:09:05 | :30:00 | :33:07 | :56:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:27 | :00:00 | :00:00 |
| 2/7/2013 | 9:00:56 | 2:32:01 | :39:17 | :31:41 | :58:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :22:19 | :00:00 | :00:00 |
| 2/10/2013 | 6:54:19 | 1:44:32 | :06:11 | :24:40 | :58:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :15:01 | :00:00 | :00:00 |
| 2/11/2013 | 9:02:05 | 2:06:11 | :05:33 | :46:48 | :58:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :15:33 | :00:00 | :00:00 |
| 2/12/2013 | 9:04:38 | 1:59:17 | :06:30 | :23:59 | :56:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :31:58 | :00:00 | :00:00 |
| 2/13/2013 | 9:02:14 | 3:04:26 | :11:33 | :32:28 | :57:57 | 1:07:41 | :00:00 | :00:00 | :00:00 | :00:00 | :14:47 | :00:00 | :00:00 |
| 2/18/2013 | 9:05:55 | 2:13:44 | :11:55 | :40:46 | :58:41 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :22:22 | :00:00 | :00:00 |
| 2/19/2013 | 9:01:31 | 3:38:32 | :31:15 | :35:27 | :56:28 | 1:07:43 | :00:00 | :00:00 | :00:00 | :00:00 | :27:39 | :00:00 | :00:00 |
| 2/20/2013 | 3:59:10 | :28:37 | :06:24 | :16:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:12 | :00:00 | :00:00 |
| 2/24/2013 | 8:31:18 | 2:07:33 | :21:17 | :31:00 | 1:00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :14:31 | :00:00 | :00:00 |
| 2/25/2013 | 9:02:03 | 2:47:41 | :15:04 | :30:41 | :56:43 | :54:38 | :00:00 | :00:00 | :00:00 | :00:00 | :10:35 | :00:00 | :00:00 |
| 2/26/2013 | 9:01:38 | 3:30:02 | :10:34 | :29:58 | :58:44 | 1:41:09 | :00:00 | :00:00 | :00:00 | :00:00 | :09:37 | :00:00 | :00:00 |
| 2/27/2013 | 9:00:58 | 2:08:51 | :23:08 | :38:47 | :57:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:46 | :00:00 | :00:00 |
| 2/28/2013 | 9:01:40 | 2:05:29 | :22:33 | :36:47 | :57:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:56 | :00:00 | :00:00 |



ACD: ACD_

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** April 2013

## Performance Metrics

*Call Monitoring:*

| | Month Scores | |
|---|---|---|
| 1) | 97.00% | |
| 2) | 100.00% | (live) |
| MTD Avg. | 98.50% | |
| YTD Avg. | 90.04% | |
| | *(Goal= min. 86%)* | |

| | | Industry |
|---|---|---|
| Positive Completion: | 87.50% | *(Goal=92%)* |
| ASA Avg. | 11 sec | *(Goal= 60 sec)* |
| Hold Avg. | 56 sec | *(Goal= 90 sec)* |
| Break Time Avg. | 32 min | *(Goal= 30 min per day)* |
| Adherence Avg. | System was down | *(>86%)* |
| ACW Total | 0:00:00 | *(Goal= 0)* |
| Buffer Error: | 1 | *(Goal= 0)* |
| Routed Points Per Hour: | 8.02 | *(Goal= 5.5)* |
| CSAT: | 96.2% | *(Goal= 54%)* |
| OTG Industry NAM: | 99.40% | *(Goal= 98.2%)* |
| Assigned Team OTG: | N/A | *(Goal= 100%)* |
| Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 0

*Rolling 6-months:* 3.5

*Warning Level:* 12/26/2012

3/21/2103-8hrs sick=1 occurrence
2/20/2013-1 min late arrival =0.5 occurrence
2/17/2013-8hr sick =1 occurrence
12/19/2012 thru 12/20/2012= 2 days =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Call on April 16@4:04 good job in explaining the error to the tech and allowing him to close out his job
Very good hold time
Great job with your participation in the F& R committee
Thank you for supporting the Nam with OT

**Opportunities**

Call on April 8@5:16 no closing
Continue to work in taking ownership of all teams as the day shift leaves for the day to minimize OTG hits
Continue to work on positive completion and routed points per hour
Work on your break time and taking two full 15min breaks only
Work on your buffer errors
Continue to practice email the correct people on your break exceptions

**Goals for next 30 days**

Finalize your training document
Form a presentation for one of our team meetings
Continue with your progression classes

**Acknowledgements:**

[signature] 5-7-2013 [signature] 5-7-2013

*Employee* *Date* *Supervisor* *Date*

Agent AUX Interval - Gallegos, Patricia

Printed: 5/7/2013 01:50:19 PM

Date: **4/21/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:02:55** | **2:18:44** | **:19:04** | **:45:45** | **:57:08** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:16:47** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :01:45 | :00:08 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:03 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :09:32 | :00:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:09 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :07:14 | :07:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :04:57 | :01:35 | :03:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:11 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :01:12 | :01:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :07:25 | :07:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :13:07 | :00:00 | :13:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :06:00 | :00:05 | :05:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :30:00 | :00:00 | :00:25 | :29:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :27:33 | :00:00 | :00:00 | :27:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :00:28 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :07:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :07:24 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :10:33 | :00:00 | :10:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :13:11 | :00:37 | :12:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :01:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

TWC-PVG000327

Agent AUX Interval - Gallegos, Patricia

Printed: 5/7/2013 01:48:31 PM

Date: **4/10/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:01:24** | **2:54:23** | **:15:43** | **:49:03** | **:57:06** | **:48:28** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:04:03** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :00:57 | :00:05 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :02:14 | :02:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:31 | :00:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :03:11 | :03:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:56 | :00:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :01:08 | :01:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:03 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :12:00 | :00:33 | :11:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :06:18 | :00:00 | :06:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:34 | :01:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :22:35 | :00:00 | 7 :05:51 | :00:00 | :16:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :28:16 | :01:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :28:50 | :00:00 | :00:00 | :28:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :12:11 | :04:17 | :07:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :18:49 | :01:16 | :17:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :00:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

TWC-PVG000328

Agent AUX Daily - Gallegos, Patricia

Printed: 5/7/2013 01:46:32 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **168:36:54** | **51:12:02** | **6:03:16** | **10:45:34** | **17:14:14** | **6:31:46** | **:00:00** | **:00:00** | **6:19:56** | **:00:00** | **4:17:12** | **:00:04** | **:00:00** |
| 4/1/2013 | 9:04:01 | 2:19:27 | :13:18 | :30:12 | :57:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :38:02 | :00:02 | :00:00 |
| 4/2/2013 | 9:17:21 | 3:04:37 | :12:12 | :34:19 | :56:39 | :00:00 | :00:00 | :00:00 | 1:18:06 | :00:00 | :03:21 | :00:00 | :00:00 |
| 4/3/2013 | 9:02:01 | 4:05:48 | :08:40 | :35:46 | :54:15 | 1:56:33 | :00:00 | :00:00 | :27:59 | :00:00 | :02:35 | :00:00 | :00:00 |
| 4/4/2013 | 9:03:00 | 3:49:43 | :10:27 | :33:29 | :56:45 | :00:00 | :00:00 | :00:00 | 1:50:58 | :00:00 | :18:04 | :00:00 | :00:00 |
| 4/7/2013 | 9:00:58 | 2:01:24 | :20:28 | :34:09 | :57:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:17 | :00:02 | :00:00 |
| 4/8/2013 | 8:58:35 | 2:34:49 | :56:27 | :31:18 | :58:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:16 | :00:00 | :00:00 |
| 4/9/2013 | 9:02:14 | 3:47:13 | :30:59 | :34:02 | :59:01 | :00:00 | :00:00 | :00:00 | 1:33:38 | :00:00 | :09:33 | :00:00 | :00:00 |
| 4/10/2013 | 9:01:24 | 2:54:23 | :15:43 | :49:03 | :57:06 | :48:28 | :00:00 | :00:00 | :00:00 | :00:00 | :04:03 | :00:00 | :00:00 |
| 4/11/2013 | 1:37:53 | :15:12 | :00:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :14:30 | :00:00 | :00:00 |
| 4/14/2013 | 9:01:57 | 1:56:34 | :25:09 | :35:05 | :55:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:57 | :00:00 | :00:00 |
| 4/15/2013 | 9:02:22 | 2:06:13 | :20:03 | :31:56 | 1:00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :13:29 | :00:00 | :00:00 |
| 4/16/2013 | 9:01:56 | 3:21:56 | :31:20 | :26:29 | :55:18 | 1:27:22 | :00:00 | :00:00 | :00:00 | :00:00 | :01:27 | :00:00 | :00:00 |
| 4/17/2013 | 9:10:00 | 5:01:57 | :10:01 | :33:05 | :56:47 | 2:19:23 | :00:00 | :00:00 | :54:00 | :00:00 | :08:41 | :00:00 | :00:00 |
| 4/18/2013 | 8:55:13 | 2:11:45 | :06:25 | :38:24 | :58:58 | :00:00 | :00:00 | :00:00 | :15:15 | :00:00 | :12:43 | :00:00 | :00:00 |
| 4/20/2013 | 4:01:22 | :21:43 | :05:20 | :16:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4/21/2013 | 9:02:55 | 2:18:44 | :19:04 | :45:45 | :57:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :16:47 | :00:00 | :00:00 |
| 4/22/2013 | 9:06:11 | 2:26:06 | :30:19 | :39:40 | :58:37 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :17:30 | :00:00 | :00:00 |
| 4/28/2013 | 9:00:40 | 2:10:24 | :05:51 | :31:34 | :57:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :35:16 | :00:00 | :00:00 |
| 4/29/2013 | 9:02:55 | 1:54:45 | :17:43 | :31:03 | :56:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:05 | :00:00 | :00:00 |
| 4/30/2013 | 9:03:56 | 2:29:19 | :23:05 | :33:52 | :58:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :33:36 | :00:00 | :00:00 |



ACD: ACD_1

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** June 2013

## Performance Metrics

| *Call Monitoring:* | Month Scores |
|---|---|
| 1) | 90.00% |
| 2) | 97.00% |
| MTD Avg. | 93.50% |
| YTD Avg. | 91.70% |
| | *(Goal= min. 86%)* |

| | | Industry |
|---|---|---|
| Positive Completion: | N/A | *(Goal=92%)* |
| ASA Avg. | 12.59 sec | *(Goal= 60 sec)* |
| Hold Avg. | 61 sec | *(Goal= 90 sec)* |
| Break Time Avg. | 29 min | *(Goal= 30 min per day)* |
| Adherence Avg. | 92% | *(>86%)* |
| ACW Total | 0:06:59 | *(Goal= 0)* |
| Buffer Error: | 0 | *(Goal= 0)* |
| Routed Points Per Hour: | 8.31 | *(Goal= 9.5)* |
| CSAT: | 95.8% | *(Goal= 94%)* |
| OTG Industry : | 98.92% | *(Goal= 98.2%)* |
| Assigned Team OTG: | N/A | *(Goal= 100%)* |
| Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 2

*Rolling 6-months:* 4.5

*Warning Level:* Pending

6/25/2013 thru 6/26/2013= 1 occurrence
6/23/2013 -8hrs sick =1 occurrence
3/21/2103 -8hrs sick =1 occurrence
2/20/2013-1 min late arrival =0.5 occurrence
2/17/2013-8hr sick =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Very good hold time and ACW time
Great job in putting the F&R notes together and providing additional detail

**Opportunities**

Call on June 12@9:23 do not make negative comments about other departments /Tech should only get the easy connect
the other call should have been xo/ no closing (listen)
Call on June 17@1:16 good job in calling for early access/also focus on all day calls already routed/no closing
Work on your attendance
Work on your routed points per hour
Continue to work in having two full 15 min breaks

**Goals for next 30 days**

Provide and update on steps taking to improve your routing /monitoring of routes
Continue to challenge yourself by having one constructive/feedback email generated to management monthly
Continue to work in calling all techs when giving them work in the last 30min of the hour

***Acknowledgements:***

[signature] 7-17-2013 [signature] 7/17/2013

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 7/1/2013 06:32:58 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **151:01:29** | **43:42:13** | **7:29:32** | **8:52:12** | **15:18:57** | **5:50:11** | **:00:00** | **:00:00** | **5:14:13** | **:00:00** | **:57:08** | **:00:00** | **:00:00** |
| 6/1/2013 | 4:34:02 | :35:18 | :17:47 | :10:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:43 | :00:00 | :00:00 |
| 6/2/2013 | 9:03:49 | 2:33:14 | :53:13 | :35:20 | :57:24 | :00:00 | :00:00 | :00:00 | :04:52 | :00:00 | :02:25 | :00:00 | :00:00 |
| 6/3/2013 | 9:01:46 | 2:15:50 | :32:43 | :30:25 | :59:13 | :00:00 | :00:00 | :00:00 | :13:07 | :00:00 | :00:22 | :00:00 | :00:00 |
| 6/4/2013 | 8:01:04 | 3:23:41 | :28:07 | :34:27 | :56:48 | 1:18:36 | :00:00 | :00:00 | :07:31 | :00:00 | :00:12 | :00:00 | :00:00 |
| 6/5/2013 | 9:13:55 | 2:22:51 | :27:41 | :26:35 | :55:45 | :00:00 | :00:00 | :00:00 | :29:11 | :00:00 | :03:39 | :00:00 | :00:00 |
| 6/6/2013 | 9:02:22 | 1:57:49 | :11:06 | :28:36 | :58:21 | :00:00 | :00:00 | :00:00 | :17:01 | :00:00 | :02:45 | :00:00 | :00:00 |
| 6/9/2013 | 9:01:53 | 2:10:08 | :38:34 | :29:40 | :57:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:54 | :00:00 | :00:00 |
| 6/10/2013 | 9:01:33 | 2:01:45 | :18:11 | :37:02 | :56:51 | :00:00 | :00:00 | :00:00 | :04:34 | :00:00 | :05:07 | :00:00 | :00:00 |
| 6/11/2013 | 4:32:50 | 3:41:37 | :01:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | 3:37:40 | :00:00 | :02:23 | :00:00 | :00:00 |
| 6/12/2013 | 9:15:43 | 3:59:46 | :09:25 | :31:10 | :55:34 | 2:03:30 | :00:00 | :00:00 | :17:40 | :00:00 | :02:27 | :00:00 | :00:00 |
| 6/17/2013 | 9:07:12 | 2:09:40 | :30:17 | :34:01 | :56:58 | :00:00 | :00:00 | :00:00 | :02:37 | :00:00 | :05:47 | :00:00 | :00:00 |
| 6/18/2013 | 9:03:51 | 3:21:26 | :33:02 | :33:25 | :58:22 | 1:12:38 | :00:00 | :00:00 | :00:00 | :00:00 | :03:59 | :00:00 | :00:00 |
| 6/19/2013 | 9:02:04 | 1:51:06 | :13:26 | :37:35 | :56:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:42 | :00:00 | :00:00 |
| 6/20/2013 | 9:03:31 | 3:17:20 | :32:12 | :26:04 | :57:37 | 1:17:27 | :00:00 | :00:00 | :00:00 | :00:00 | :04:00 | :00:00 | :00:00 |
| 6/24/2013 | 9:01:45 | 2:04:54 | :21:11 | :41:25 | 1:00:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:06 | :00:00 | :00:00 |
| 6/25/2013 | 6:49:08 | 2:07:55 | :21:03 | :47:34 | :57:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:47 | :00:00 | :00:00 |
| 6/27/2013 | 9:02:12 | 1:44:54 | :26:24 | :16:35 | :58:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:17 | :00:00 | :00:00 |
| 6/30/2013 | 9:02:49 | 2:02:59 | :33:36 | :31:30 | :56:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:33 | :00:00 | :00:00 |



ACD: ACD_1

Agent AUX Interval - Gallegos, Patricia

Printed: 7/1/2013 06:35:05 PM

Date: **6/25/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in 0 | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in N/A | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **6:49:08** | **2:07:55** | **:21:03** | **:47:34** | **:57:31** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:01:47** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :01:39 | :01:39 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:34 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:14 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:13 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :03:04 | :03:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :02:11 | :02:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :02:31 | :02:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :09:46 | :09:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :14:29 | :00:01 | :14:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :03:27 | :02:43 | :00:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :11:46 | :00:00 | :11:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :30:00 | :00:00 | :03:46 | :26:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :01:57 | :00:40 | :00:00 | :01:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :17:29 | :16:50 | :00:00 | :16:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000332

CONFIDENTIAL

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** August 2013

## Performance Metrics

| Call Monitoring: | Month Scores | | | Industry |
|---|---|---|---|---|
| | | Positive Completion: | N/A | (Goal=92%) |
| 1) | 93.00% | ASA Avg. | 18.36 sec | (Goal= 60 sec) |
| 2) | 90.00% | Hold Avg. | 40 sec | (Goal= 90 sec) |
| MTD Avg. | 91.50% | Break Time Avg. | 28 min | (Goal= 30 min per day) |
| YTD Avg. | 91.67% | Adherence Avg. | 93% | (>86%) |
| | (Goal= min. 85%) | ACW Total | 0:08:10 | (Goal= 0) |
| | | Buffer Error: | 1 | (Goal= 0) |
| | | Routed Points Per Hour: | 9.12 | (Goal= 9.5) |
| | | CSAT: | 97.6% | (Goal= 94%) |
| | | OTG Industry: | 98.50% | (Goal= 98.2%) |
| | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 1.5

*Rolling 6-months:* 4.5

*Warning Level:* Verbal 7/17/2013

8/29/2013=left early 7.5hrs =1 occurrence
8/11/2013 -5min late lunch=0.5 occurrence
6/25/2013 thru 6/26/2013= 1 occurrence
6/23/2013 -8hrs sick =1 occurrence
3/21/2103 -8hrs sick =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in providing feedback on misses from both the techs and the dispatchers
Very good hold time
Good ACW time
Good participation with the China event

**Opportunities**

Call on August 12@2:39 no closing /dead air/ good job of giving the tech the IH contact number
Call on August 19@9:59 confirm the address on all calls/ no closing / dead air / use the order screen to add/move equipment
1st coaching on taking 2 full 15min breaks and effectively managing your phone
Continue to work in not locking all jobs on the techs routes
Accurately document all escalations to management when techs are not following process
Work on sending a daily update on your pre-calls/work on sorting the pre-calls on your assigned day
Work on your buffer errors
Continue to work in accepting change and honestly communicating with management

**Goals for next 30 days**

Continue to work on your attendance
Finish training the team with sorting the pre-calls (deadline of September)
Develop a presentation for our team meeting
Work in taking 2 full 15min breaks daily
Work in emailing the community with all completed discos on your assigned day

*Acknowledgements:*

[signature] 9-19-2013 [signature] 9-19-2013

*Employee* *Date* *Supervisor* *Date*

Agent AUX Interval - Gallegos, Patricia

Printed: 9/10/2013 06:20:16 PM

Due to F&R

Date: 8/20/2013

Agent: Gallegos, Patricia

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:01:42** | **4:49:14** | **:08:44** | **:13:57** | **:56:56** | **:00:00** | **:00:00** | **:00:00** | **3:27:18** | **:00:00** | **:02:19** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :01:24 | :01:24 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:19 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :29:00 | :00:00 | :01:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 0:00 - 10:30AM | :30:00 | :06:59 | :00:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:46 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :23:06 | :00:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :22:24 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :14:12 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :14:10 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :27:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :27:54 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :28:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :28:10 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :15:22 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :15:22 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :03:56 | :00:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:32 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :20:54 | :00:00 | :00:00 | :20:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :06:50 | :00:48 | :00:00 | :06:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :01:29 | :01:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :11:16 | :00:01 | :11:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :02:43 | :00:01 | :02:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :04:59 | :04:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :00:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000334

CONFIDENTIAL

Agent AUX Daily - Gallegos, Patricia

Printed: 9/10/2013 06:14:29 PM

Late if Kronos does not capture

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **173:26:21** | **58:02:45** | **6:21:39** | **9:59:11** | **17:16:51** | **7:57:49** | **:00:00** | **:00:00** | **14:46:55** | **:00:00** | **1:40:20** | **:00:00** | **:00:00** |
| 8/1/2013 | 8:46:52 | 2:31:03 | :27:30 | :41:54 | 1:07:32 | :00:00 | :00:00 | :00:00 | :09:47 | :00:00 | :04:20 | :00:00 | :00:00 |
| 8/4/2013 | 9:01:14 | 2:06:07 | :26:52 | :38:53 | :56:16 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:06 | :00:00 | :00:00 |
| 8/5/2013 | 9:01:59 | 2:00:44 | :32:56 | :22:22 | :57:26 | :00:00 | :00:00 | :00:00 | :04:13 | :00:00 | :03:47 | :00:00 | :00:00 |
| 8/6/2013 | 9:05:08 | 4:03:57 | :03:27 | :29:44 | :55:02 | 1:17:10 | :00:00 | :00:00 | 1:15:37 | :00:00 | :02:57 | :00:00 | :00:00 |
| 8/7/2013 | 8:58:03 | 4:22:45 | :07:09 | :18:44 | :52:48 | 1:07:33 | :00:00 | :00:00 | 1:53:59 | :00:00 | :02:32 | :00:00 | :00:00 |
| 8/8/2013 | 9:02:55 | 3:02:31 | :14:04 | :33:53 | :57:12 | 1:09:04 | :00:00 | :00:00 | :00:51 | :00:00 | :07:27 | :00:00 | :00:00 |
| 8/11/2013 | 9:04:25 | 2:03:51 | :17:04 | :31:53 | 1:04:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:57 | :00:00 | :00:00 |
| 8/12/2013 | 9:02:34 | 2:01:12 | :31:35 | :22:08 | :59:09 | :00:00 | :00:00 | :00:00 | :06:00 | :00:00 | :02:20 | :00:00 | :00:00 |
| 8/13/2013 | 9:04:45 | 3:36:08 | :14:15 | :40:23 | :57:33 | 1:36:25 | :00:00 | :00:00 | :03:24 | :00:00 | :04:08 | :00:00 | :00:00 |
| 8/14/2013 | 9:03:44 | 2:06:11 | :14:40 | :28:48 | :59:24 | :00:00 | :00:00 | :00:00 | :19:14 | :00:00 | :04:05 | :00:00 | :00:00 |
| 8/15/2013 | 9:01:46 | 3:42:38 | :22:04 | :33:22 | :55:54 | :00:00 | :00:00 | :00:00 | 1:44:42 | :00:00 | :06:36 | :00:00 | :00:00 |
| 8/18/2013 | 9:01:22 | 3:55:20 | :24:37 | :45:25 | :55:09 | :00:00 | :00:00 | :00:00 | 1:47:07 | :00:00 | :03:02 | :00:00 | :00:00 |
| 8/19/2013 | 5:00:39 | 1:10:27 | :02:56 | :20:56 | :00:00 | :00:00 | :00:00 | :00:00 | :42:38 | :00:00 | :03:57 | :00:00 | :00:00 |
| 8/20/2013 | 9:01:42 | 4:49:14 | :08:44 | :13:57 | :56:56 | :00:00 | :00:00 | :00:00 | 3:27:18 | :00:00 | :02:19 | :00:00 | :00:00 |
| 8/21/2013 | 9:02:51 | 6:07:25 | :04:57 | :28:59 | :56:24 | 2:47:37 | :00:00 | :00:00 | 1:45:36 | :00:00 | :03:52 | :00:00 | :00:00 |
| 8/22/2013 | 9:02:55 | 2:05:39 | :36:17 | :13:17 | :57:07 | :00:00 | :00:00 | :00:00 | :09:52 | :00:00 | :09:06 | :00:00 | :00:00 |
| 8/25/2013 | 9:01:40 | 1:50:21 | :23:19 | :25:04 | :57:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:47 | :00:00 | :00:00 |
| 8/26/2013 | 9:02:59 | 2:58:15 | :59:22 | :41:37 | :58:13 | :00:00 | :00:00 | :00:00 | :14:23 | :00:00 | :04:40 | :00:00 | :00:00 |
| 8/27/2013 | 5:34:02 | 1:30:29 | :04:01 | :23:06 | :00:00 | :00:00 | :00:00 | :00:00 | :58:53 | :00:00 | :04:29 | :00:00 | :00:00 |
| 8/28/2013 | :22:23 | :10:51 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:08 | :00:00 | :07:37 | :00:00 | :00:00 |
| 8/29/2013 | 9:02:23 | 1:47:37 | :05:44 | :44:46 | :52:38 | :00:00 | :00:00 | :00:00 | :00:13 | :00:00 | :04:16 | :00:00 | :00:00 |



ACD: ACD_

Agent AUX Interval - Gallegos, Patricia

Printed: 9/10/2013 06:19:56 PM

Date: **8/29/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:02:23** | **1:47:37** | **:05:44** | **:44:46** | **:52:38** | **:00:00** | **:00:00** | **:00:00** | **:00:13** | **:00:00** | **:04:16** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :02:13 | :02:13 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:08 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :02:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:07 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:50 | :00:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:39 | :00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :10:56 | :00:00 | :10:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :13:49 | :00:00 | :13:49 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :00:57 | :00:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :23:11 | :00:00 | :00:00 | :23:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :29:27 | :00:00 | :00:00 | :29:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :16:53 | :00:00 | :16:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :04:43 | :01:35 | :03:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :01:40 | :01:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :00:10 | :00:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:09 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000336

CONFIDENTIAL

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** September 2013

## Performance Metrics

| Call Monitoring: | Month Scores | | | Industry |
|---|---|---|---|---|
| | | Positive Completion: | N/A | (Goal=92%) |
| 1) | 87.00% | ASA Avg. | 15.74 sec | (Goal= 60 sec) |
| 2) | 93.00% | Hold Avg. | 40 sec | (Goal= 90 sec) |
| MTD Avg. | 90.00% | Break Time Avg. | 27 min | (Goal= 30 min per day) |
| YTD Avg. | 91.46% | Adherence Avg. | 91% | (>86%) |
| | (Goal= min. 86%) | ACW Total | 0:06:47 | (Goal= 0) |
| | | Buffer Error: | 0 | (Goal= 0) |
| | | Routed Points Per Hour: | 9.05 | (Goal= 9.5) |
| | | CSAT: | 96.4% | (Goal= 94%) |
| | | OTG Industry: | 98.40% | (Goal= 98.2%) |
| | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | Overall Productivity: | Meeting | |

## Attendance

| | | |
|---|---|---|
| *Occurrence points this month:* | 0 | 8/29/2013=left early 7.5hrs =1 occurrence<br>8/11/2013 -5min late lunch=0.5 occurrence |
| *Rolling 6-months:* | 3.5 | 6/25/2013 thru 6/26/2013= 1 occurrence<br>6/23/2013 -8hrs sick =1 occurrence |
| *Warning Level:* | Verbal 7/17/2013 | |
| *Prefect attendance:* | September | |

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in providing feedback on opportunities with the techs and opening communication with the field
Very good hold time
Good job with the Dispatch Fair event

**Opportunities**

Call on Sep 19 @ 11:14 you didn't confirm the address/hierarchy needs to be done in the order screen/no closing
Call on Sep 25@9:50 didn't confirm the address /your hold time was too high on this call
2nd coaching in managing your phone effectively/log of your phone daily and take 2 full 15 min breaks
Be available at the start of your shift
Continue to work on OTG for all of COI
Continue to work in not assigning work in CSG since you put the routes in over constrain

**Goals for next 30 days**

Develop a presentation for our team (progression)
Own Jorge's team and provide key examples as needed
Provide one positive feedback next month for a tech
Continue to work on your attendance
Continue to work in having a positive spin with things related to the field and F&R misses

***Acknowledgements:***

[signature] 10/10 [signature] 10/10

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 10/4/2013 12:23:49 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default ******** | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **181:46:04** | **57:21:44** | **4:28:43** | **9:16:43** | **18:50:30** | **7:17:52** | **:17:26** | **:00:00** | **15:34:39** | **:00:00** | **1:35:51** | **:00:00** | **:00:00** |
| 9/1/2013 | 9:00:47 | 1:44:20 | :10:56 | :29:55 | :56:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:57 | :00:00 | :00:00 |
| 9/3/2013 | 9:01:35 | 1:44:11 | :18:43 | :26:43 | :56:55 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :01:45 | :00:00 | :00:00 |
| 9/4/2013 | 9:07:45 | 2:55:23 | :09:40 | :26:54 | :55:54 | 1:19:44 | :00:00 | :00:00 | :00:00 | :00:00 | :03:11 | :00:00 | :00:00 |
| 9/5/2013 | 9:05:07 | 1:23:41 | :09:17 | :04:53 | :55:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :13:55 | :00:00 | :00:00 |
| 9/8/2013 | 9:02:31 | 2:09:53 | :12:14 | 1:00:22 | :53:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:56 | :00:00 | :00:00 |
| 9/9/2013 | 9:04:05 | 1:29:34 | :09:38 | :10:12 | :57:07 | :00:00 | :00:00 | :00:00 | :08:15 | :00:00 | :04:22 | :00:00 | :00:00 |
| 9/10/2013 | 9:02:11 | 3:54:40 | :18:26 | :35:03 | :56:43 | 1:26:01 | :00:00 | :00:00 | :35:16 | :00:00 | :03:11 | :00:00 | :00:00 |
| 9/11/2013 | 7:02:04 | 1:45:34 | :09:27 | :36:08 | :55:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:17 | :00:00 | :00:00 |
| 9/12/2013 | 9:03:39 | 3:25:35 | :13:02 | :36:00 | :57:46 | 1:19:29 | :00:00 | :00:00 | :15:47 | :00:00 | :03:31 | :00:00 | :00:00 |
| 9/15/2013 | 8:41:02 | 2:27:32 | :39:12 | :36:13 | :59:32 | :00:00 | :00:00 | :00:00 | :01:29 | :00:00 | :11:06 | :00:00 | :00:00 |
| 9/16/2013 | 9:02:25 | 1:48:25 | :21:48 | :21:00 | :56:02 | :02:46 | :00:00 | :00:00 | :00:00 | :00:00 | :06:49 | :00:00 | :00:00 |
| 9/17/2013 | 9:02:50 | 6:07:16 | :11:13 | :15:05 | :56:48 | :00:00 | :00:00 | :00:00 | 4:37:23 | :00:00 | :06:47 | :00:00 | :00:00 |
| 9/18/2013 | 9:02:08 | 3:20:21 | :12:08 | :36:56 | :55:24 | 1:22:46 | :00:00 | :00:00 | :10:10 | :00:00 | :02:57 | :00:00 | :00:00 |
| 9/19/2013 | 9:02:44 | 2:25:09 | :06:14 | :36:54 | :58:12 | :39:33 | :00:00 | :00:00 | :00:00 | :00:00 | :04:16 | :00:00 | :00:00 |
| 9/22/2013 | 9:02:02 | 1:23:50 | :09:19 | :18:35 | :55:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:08 | :00:00 | :00:00 |
| 9/24/2013 | 12:13:31 | 4:34:27 | :03:14 | :20:16 | :55:45 | 1:07:33 | :00:00 | :00:00 | 2:05:00 | :00:00 | :02:39 | :00:00 | :00:00 |
| 9/25/2013 | 9:01:56 | 5:32:49 | :10:10 | :14:22 | :59:16 | :00:00 | :17:26 | :00:00 | 3:48:38 | :00:00 | :02:57 | :00:00 | :00:00 |
| 9/26/2013 | 9:03:23 | 5:21:59 | :04:25 | :31:07 | :54:28 | :00:00 | :00:00 | :00:00 | 3:49:01 | :00:00 | :02:58 | :00:00 | :00:00 |
| 9/29/2013 | 9:01:39 | 1:54:51 | :19:34 | :27:06 | :59:03 | :00:00 | :00:00 | :00:00 | :02:29 | :00:00 | :06:39 | :00:00 | :00:00 |
| 9/30/2013 | 9:02:40 | 1:52:14 | :20:03 | :32:59 | :54:36 | :00:00 | :00:00 | :00:00 | :01:06 | :00:00 | :03:30 | :00:00 | :00:00 |



ACD: ACD_1



CONFIDENTIAL

TWC-PVG000338

Agent AUX Interval - Gallegos, Patricia

Printed: 10/4/2013 12:25:39 PM

Date: **9/15/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **8:41:02** | **2:27:32** | **:39:12** | **:36:13** | **:59:32** | **:00:00** | **:00:00** | **:00:00** | **:01:29** | **:00:00** | **:11:06** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :08:23 | :08:23 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:17 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :08:24 | :03:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:49 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :05:21 | :05:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:52 | :04:52 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :01:06 | :01:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :16:36 | :03:06 | :13:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :10:15 | :06:12 | :04:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:21 | :00:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :02:11 | :02:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :22:59 | :00:00 | :00:00 | :22:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :07:23 | :00:50 | :00:00 | :06:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :03:55 | :03:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :21:22 | :02:42 | :18:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :04:55 | :04:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :02:39 | :01:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:29 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

TWC-PVG000339

Agent AUX Interval - Gallegos, Patricia

Printed: 10/4/2013 12:24:38 PM

Date: 9/8/2013

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:02:31** | **2:09:53** | **:12:14** | **1:00:22** | **:53:21** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:03:56** | **:00:00** | **:00:00** |
| 8:00 - 8:30AM | :02:08 | :02:08 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:02 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :02:32 | :00:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:54 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :01:40 | :01:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :07:39 | :00:45 | :06:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :01:41 | :01:41 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :03:36 | :02:22 | :01:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :15:41 | :00:00 | :15:41 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :14:40 | :00:48 | :13:52 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:38 | :00:00 | :01:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :01:20 | :01:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :23:24 | :00:00 | :00:00 | :23:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :29:57 | :00:00 | :00:00 | :29:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:30 | :00:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :07:59 | :00:01 | :07:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :12:35 | :00:00 | :12:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :01:32 | :01:02 | :00:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:45 | :00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:36 | :00:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :00:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |

CONFIDENTIAL



ACD: ACD_1

TWC-PVG000340

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** November 2013

## Performance Metrics

| Call Monitoring: | Month Scores | | | Industry |
|---|---|---|---|---|
| | | Positive Completion: | N/A | (Goal=92%) |
| 1) | 93.00% | ASA Avg. | 9.85 sec | (Goal= 60 sec) |
| 2) | 90.00% | Hold Avg. | 41 sec | (Goal= 90 sec) |
| MTD Avg. | 91.50% | Break Time Avg. | 35min | (Goal= 30 min per day) |
| YTD Avg. | 91.62% | Adherence Avg. | 91% | (>86%) |
| | (Goal= min. 86%) | ACW Total | 0:08:54 | (Goal= 0) |
| | | Buffer Error: | 0 | (Goal= 0) |
| | | Routed Points Per Hour: | 9.09 | (Goal= 9.5) |
| | | CSAT: | 97.1% | (Goal= 94%) |
| | | OTG Industry : | 97.31% | (Goal= 98.2%) |
| | Jorge | Assigned Team OTG: | 97.69% | (Goal= 100%) |
| | | Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 0

*Rolling 6-months:* 4.5

*Warning Level:* Verbal 7/17/2013

*Prefect attendance:* September

10/1/2013=left early 6.75hrs=1 occurrence
8/29/2013=left early 7.5hrs =1 occurrence
8/11/2013 -5min late lunch=0.5 occurrence
6/25/2013 thru 6/26/2013= 1 occurrence
6/23/2013 -8hrs sick =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in providing feedback on missed opportunities from the field
Very good hold time
Goo job on routed points per hour
Good job in having positive feedback on the field techs (good improvement with this)

**Opportunities**

Call on Nov 17@9:50 dead air /no closing
Call on Nov 19@1:28 dead air/ no closing/ second conversation
3rd coaching in managing your phone effectively/log of your phone daily and take 2 full 15 min breaks
Work in helping with the community emails/help desk

**Goals for next 30 days**

Work on your attendance
Develop a presentation for progression
Work on providing root cause of missed OTG's
Continue to work in developing your communication with the team (development for level 4 is to provide a win win resolution)
Work the disco report and send an update to the community DL on your assigned dates (this has been minimal from your part)

***Acknowledgements:***

[signature] 12-16-2013 [signature] 12/16/2013

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 12/5/2013 09:17:49 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **142:20:37** | **38:46:02** | **6:01:49** | **9:21:11** | **15:07:25** | **4:46:20** | **:00:00** | **:00:00** | **2:21:12** | **:00:00** | **1:08:05** | **:00:00** | **:00:00** |
| 11/3/2013 | 7:33:13 | 1:47:54 | :09:10 | :33:14 | :57:45 | :00:00 | :00:00 | :00:00 | :02:23 | :00:00 | :05:22 | :00:00 | :00:00 |
| 11/4/2013 | 9:02:54 | 2:13:48 | :35:50 | :32:04 | :55:46 | :00:00 | :00:00 | :00:00 | :05:48 | :00:00 | :04:20 | :00:00 | :00:00 |
| 11/5/2013 | 9:02:31 | 2:07:28 | :15:27 | :48:09 | :56:27 | :00:00 | :00:00 | :00:00 | :03:42 | :00:00 | :03:43 | :00:00 | :00:00 |
| 11/6/2013 | 9:08:46 | 2:47:10 | :32:10 | :35:26 | :54:14 | :35:59 | :00:00 | :00:00 | :00:59 | :00:00 | :08:22 | :00:00 | :00:00 |
| 11/7/2013 | 9:00:42 | 1:56:08 | :25:40 | :28:15 | :56:07 | :00:00 | :00:00 | :00:00 | :02:13 | :00:00 | :03:53 | :00:00 | :00:00 |
| 11/11/2013 | 8:03:19 | 2:33:22 | :13:34 | :30:07 | :57:32 | :00:00 | :00:00 | :00:00 | :48:38 | :00:00 | :03:31 | :00:00 | :00:00 |
| 11/12/2013 | 9:03:30 | 3:22:32 | :19:54 | :35:46 | :56:02 | 1:18:29 | :00:00 | :00:00 | :08:18 | :00:00 | :04:03 | :00:00 | :00:00 |
| 11/13/2013 | 9:02:41 | 2:32:59 | :18:58 | :37:49 | :55:49 | :36:06 | :00:00 | :00:00 | :01:41 | :00:00 | :02:36 | :00:00 | :00:00 |
| 11/14/2013 | 9:02:38 | 2:00:06 | :19:04 | :39:10 | :57:32 | :00:00 | :00:00 | :00:00 | :00:55 | :00:00 | :03:25 | :00:00 | :00:00 |
| 11/17/2013 | 9:03:04 | 2:08:15 | :27:19 | :43:06 | :55:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:29 | :00:00 | :00:00 |
| 11/18/2013 | 9:03:23 | 2:10:02 | :19:41 | :30:59 | :57:28 | :00:00 | :00:00 | :00:00 | :16:37 | :00:00 | :05:17 | :00:00 | :00:00 |
| 11/19/2013 | 9:02:21 | 2:55:20 | :16:25 | :37:08 | :56:46 | 1:00:05 | :00:00 | :00:00 | :02:37 | :00:00 | :02:19 | :00:00 | :00:00 |
| 11/24/2013 | 9:01:57 | 2:23:26 | :31:26 | :31:58 | :55:57 | :00:00 | :00:00 | :00:00 | :18:01 | :00:00 | :06:04 | :00:00 | :00:00 |
| 11/25/2013 | 9:03:13 | 2:33:11 | :38:13 | :34:08 | :57:27 | :00:00 | :00:00 | :00:00 | :19:50 | :00:00 | :03:33 | :00:00 | :00:00 |
| 11/26/2013 | 9:04:10 | 2:58:30 | :08:23 | :25:08 | 1:00:05 | 1:15:41 | :00:00 | :00:00 | :03:32 | :00:00 | :05:41 | :00:00 | :00:00 |
| 11/27/2013 | 9:02:15 | 2:15:51 | :30:35 | :38:44 | :57:07 | :00:00 | :00:00 | :00:00 | :05:58 | :00:00 | :03:27 | :00:00 | :00:00 |

Agent AUX Interval - Gallegos, Patricia

Printed: 12/5/2013 09:19:06 AM

Date: **11/5/2013**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:02:31** | **2:07:28** | **:15:27** | **:48:09** | **:56:27** | **:00:00** | **:00:00** | **:00:00** | **:03:42** | **:00:00** | **:03:43** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :02:19 | :02:19 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:14 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :10:33 | :00:40 | :08:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:28 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:24 | :00:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :02:23 | :02:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :14:25 | :01:13 | :13:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :02:51 | :00:01 | :02:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:50 | :01:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :00:59 | :00:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :29:40 | :00:00 | :00:00 | :29:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :26:47 | :00:00 | :00:00 | :26:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :04:05 | :04:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :19:29 | :00:48 | :14:59 | :00:00 | :00:00 | :00:00 | :00:00 | :03:42 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :00:11 | :00:00 | :00:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :02:11 | :02:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:45 | :00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :08:32 | :00:00 | :08:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:12 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

TWC-PVG000343

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** January 2014

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 90.00% |
| 2) | 91.00% |
| MTD Avg. | 90.50% |
| YTD Avg. | 90.50% |
| | (Goal= min. 86%) |

| | | |
|---|---|---|
| ASA Avg. | 12.54 sec | (Goal= 60 sec) |
| Hold Avg. | 46 sec | (Goal= 90 sec) |
| Break Time Avg. | 38 min (not meeting) | (Goal= 30 min per day) |
| Adherence Avg. | 90% | (>86%) |
| ACW Total | 0:12:47 | (Goal= 0) |
| Buffer Error: | Pending | (Goal= 0) |
| Routed Points Per Hour: | 9.48 | (Goal= 9.5) |
| CSAT: | 96.8% | (Goal= 94%) |
| OTG Industry : | 98.37% | (Goal= 98.2%) |
| Jorge Assigned Team OTG: | 98.56% | (Goal= 100%) |
| Overall Productivity: | Partial | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 0 |
| *Rolling 6-months:* | 4.5 |
| *Warning Level:* | Verbal 7/17/2013 & WW 12/26/2013 |
| *Prefect attendance:* | |

12/18/2013 =left early 3.75hrs = 1 occurrence
12/9/2013 thru 12/10/2013 = 2 days =1 occurrence
10/1/2013=left early 6.75hrs=1 occurrence
8/29/2013=left early 7.5hrs =1 occurrence
8/11/2013 -5min late lunch=0.5 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Great job in building your communication with the Jorge and the techs
Good job with your routed points per hour and keeping the techs busy
Good job with meeting OTG
Good hold time /ACW time

**Opportunities**

Call on Jan 26@10:09 you didn't confirm the address/no closing /dead air
Call on Jan 30@1:14 you didn't confirm he address/no closing /not actively listening to the tech at the start of the call
Work on your break time it's not meeting - final coaching - make sure you are taking 2 full 15min breaks
Enhance your participation with community OTP escalations /Community escalations
Continue to assist with the specialty job routing on Sundays since you received training for this
Work in being available at the start of your shift

**Goals for next 30 days**

You will be set for a ride out
You will be given a presentation for our team meeting
Continue to work in having consistence with all your D3 responsibilities

*Acknowledgements:*

[signature] 2-19-2014 [signature] 2/19/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 2/12/2014 11:36:07 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **150:55:46** | **40:55:09** | **7:06:11** | **10:58:13** | **16:26:26** | **4:00:08** | **:00:00** | **:00:00** | **1:15:17** | **:00:00** | **1:08:54** | **:00:00** | **:00:00** |
| 1/2/2014 | 9:01:54 | 2:00:30 | :20:38 | :34:16 | :57:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:11 | :00:00 | :00:00 |
| 1/5/2014 | 9:02:17 | 2:17:43 | :44:37 | :31:32 | :57:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:59 | :00:00 | :00:00 |
| 1/6/2014 | 9:03:07 | 2:37:24 | :29:36 | 1:06:06 | :57:07 | :00:00 | :00:00 | :00:00 | :01:57 | :00:00 | :02:38 | :00:00 | :00:00 |
| 1/12/2014 | 9:04:37 | 1:54:12 | :25:04 | :23:18 | 1:00:45 | :00:00 | :00:00 | :00:00 | :01:00 | :00:00 | :04:05 | :00:00 | :00:00 |
| 1/13/2014 | 9:03:13 | 2:34:18 | :28:43 | :52:16 | :58:46 | :00:00 | :00:00 | :00:00 | :12:03 | :00:00 | :02:30 | :00:00 | :00:00 |
| 1/14/2014 | 9:00:42 | 3:24:10 | :17:00 | :51:56 | :57:22 | 1:13:37 | :00:00 | :00:00 | :02:14 | :00:00 | :02:01 | :00:00 | :00:00 |
| 1/15/2014 | 9:02:50 | 2:17:54 | :16:38 | :50:54 | :59:26 | :00:00 | :00:00 | :00:00 | :07:57 | :00:00 | :02:59 | :00:00 | :00:00 |
| 1/16/2014 | 9:04:12 | 2:23:09 | :17:20 | :36:25 | :56:50 | :00:00 | :00:00 | :00:00 | :26:32 | :00:00 | :06:02 | :00:00 | :00:00 |
| 1/19/2014 | 9:04:12 | 1:55:10 | :17:46 | :34:24 | :57:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:00 | :00:00 | :00:00 |
| 1/20/2014 | 9:04:17 | 2:07:21 | :35:51 | :30:46 | :55:15 | :00:00 | :00:00 | :00:00 | :00:14 | :00:00 | :05:15 | :00:00 | :00:00 |
| 1/21/2014 | 6:02:41 | 1:45:35 | :13:48 | :23:57 | :59:22 | :00:00 | :00:00 | :00:00 | :05:41 | :00:00 | :02:47 | :00:00 | :00:00 |
| 1/22/2014 | 9:05:41 | 1:58:18 | :17:31 | :39:06 | :56:36 | :00:00 | :00:00 | :00:00 | :00:45 | :00:00 | :04:20 | :00:00 | :00:00 |
| 1/26/2014 | 9:03:21 | 2:06:38 | :24:49 | :35:58 | :57:56 | :00:00 | :00:00 | :00:00 | :03:09 | :00:00 | :04:46 | :00:00 | :00:00 |
| 1/27/2014 | 9:02:54 | 2:02:14 | :28:19 | :31:59 | :58:39 | :00:00 | :00:00 | :00:00 | :01:09 | :00:00 | :02:08 | :00:00 | :00:00 |
| 1/28/2014 | 9:02:41 | 4:48:51 | :24:12 | :28:22 | :58:27 | 2:46:31 | :00:00 | :00:00 | :08:55 | :00:00 | :02:24 | :00:00 | :00:00 |
| 1/29/2014 | 9:03:34 | 2:32:31 | :35:54 | :49:11 | :59:07 | :00:00 | :00:00 | :00:00 | :03:41 | :00:00 | :04:38 | :00:00 | :00:00 |
| 1/30/2014 | 9:03:33 | 2:09:11 | :28:25 | :37:47 | :58:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:11 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000345

CONFIDENTIAL

Agent AUX Interval - Gallegos, Patricia

Printed: 2/12/2014 11:37:59 AM

Date: **1/15/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:02:50** | **2:17:54** | **:16:38** | **:50:54** | **:59:26** | **:00:00** | **:00:00** | **:00:00** | **:07:57** | **:00:00** | **:02:59** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :02:32 | :02:32 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:27 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :01:47 | :01:16 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:31 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :01:07 | :00:02 | :01:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :10:00 | :02:32 | :07:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:55 | :00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :16:50 | :02:40 | :14:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :02:40 | :00:01 | :02:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :00:55 | :00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :28:11 | :00:36 | :00:00 | :27:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :01:51 | :00:00 | :00:00 | :01:51 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :04:52 | :00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:13 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :09:52 | :00:18 | :05:50 | :00:00 | :00:00 | :00:00 | :00:00 | :03:44 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :11:25 | :00:00 | :11:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :08:49 | :00:32 | :08:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :05:58 | :05:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :00:09 | :00:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:18 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000346

CONFIDENTIAL

Agent AUX Interval - Gallegos, Patricia

Printed: 2/12/2014 11:39:04 AM

TWC-PVG000347

Date: 1/29/2014

Agent: Gallegos, Patricia

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:03:34** | **2:32:31** | **:35:54** | **:49:11** | **:59:07** | **:00:00** | **:00:00** | **:00:00** | **:03:41** | **:00:00** | **:04:38** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :03:24 | :03:24 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:18 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :08:56 | :00:24 | :07:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:19 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:08 | :00:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:27 | :04:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :13:35 | :00:27 | :13:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :03:36 | :01:29 | :02:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:49 | :00:49 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:59 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :01:31 | :01:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :26:08 | :00:00 | :00:00 | :26:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :05:08 | :02:09 | :00:00 | :02:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :00:34 | :00:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :15:28 | :00:05 | :12:41 | :00:00 | :00:00 | :00:00 | :00:00 | :02:42 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :07:29 | :01:42 | :05:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :11:09 | :11:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :13:30 | :05:15 | :08:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :05:39 | :05:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:10 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

## Dispatcher Feedback

**Name:** Patricia Valladares **Month:** March 2014

### Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 90.00% |
| 2) | 89.00% |
| MTD Avg. | 89.50% |
| YTD Avg. | 90.33% |
| | (Goal= min. 86% will be 90%) |

| | | |
|---|---|---|
| ASA Avg. | 17.20 sec | (Goal= 60 sec) |
| Hold Avg. | 44 min | (Goal= 90 sec) |
| Break Time Avg. | 33 min | (Goal= 30 min per day) |
| Adherence Avg. | 90% | (>86%) will be (90%) |
| ACW Total | 0:19:52 | (Goal= 0) |

| | | |
|---|---|---|
| Routed Points Per Hour: | 10.10 | (Goal= 9.5) |
| CSAT: | 95.9% | (Goal= 94% )will be (97%) |
| COI OTG : | 97.23% | (Goal= 98.2%)will be(96.3%) |
| Jorge Assigned Team OTG: | 97.84% | (Goal= 100%) |
| Overall Productivity: | Meeting | |

### Attendance

*Occurrence points this month:* 1

*Rolling 6-months:* 4

*Warning Level:* WW 12/26/2013

*Prefect attendance:*

10/1/2013=left early 6.75hrs=1 occurrence
12/9/2013 thru 12/10/2013 = 2 days =1 occurrence
12/18/2013=left early 3.75 hrs. =1 occurrence
3/5-3/6=2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Outstanding job in having the most productive team for both COI/ER
Good job with your hold time

**Opportunities**

March 24@ 5:21 confirm the address/ wait for the tech to respond on the hold/ no closing
March 30@11:16 wait for the tech to respond on the hold/ dead air - should have called and confirm to avoid a truck roll
Work on your break time its going up again - you had 7 misses this month -
Work in being more proactive with owning other teams when others are out
Provide root cause on any tech running late for COI ( your performance with this has diminish)
Further participation is needed from your part on community escalations
Work on your QA monitoring since the goal is changing to 90%

**Goals for next 30 days**

Work on your attendance
Start to lead by example in preparation for progression - take the lead in the team
You will be doing a presentation for our team meeting in May

*Acknowledgements:*

[signature] 4-30-2014 [signature] 4/30/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 4/28/2014 06:10:01 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **186:54:53** | **54:50:30** | **7:27:49** | **11:03:28** | **19:42:58** | **3:35:50** | **:00:00** | **:01:18** | **8:25:45** | **3:04:38** | **1:28:44** | **:00:00** | **:00:00** |
| 3/2/2014 | 9:04:51 | 2:08:58 | :25:29 | :34:15 | :58:09 | :00:00 | :00:00 | :00:00 | :08:27 | :00:00 | :02:38 | :00:00 | :00:00 |
| 3/3/2014 | 9:03:25 | 2:26:16 | :38:34 | :37:50 | :59:17 | :00:00 | :00:00 | :00:00 | :03:48 | :00:00 | :06:47 | :00:00 | :00:00 |
| 3/4/2014 | 9:02:55 | 1:58:23 | :14:42 | :23:06 | :58:46 | :00:27 | :00:00 | :00:00 | :17:28 | :00:00 | :03:54 | :00:00 | :00:00 |
| 3/9/2014 | 9:03:20 | 2:02:58 | :17:04 | :41:25 | :57:45 | :00:00 | :00:00 | :00:00 | :02:02 | :00:00 | :04:42 | :00:00 | :00:00 |
| 3/10/2014 | 9:03:11 | 1:56:29 | :16:10 | :24:06 | :59:08 | :00:00 | :00:00 | :00:00 | :11:51 | :00:00 | :05:14 | :00:00 | :00:00 |
| 3/11/2014 | 9:01:07 | 3:52:45 | :30:46 | :36:38 | :57:37 | 1:31:23 | :00:00 | :00:00 | :07:42 | :00:00 | :08:39 | :00:00 | :00:00 |
| 3/12/2014 | 8:59:04 | 3:17:36 | :14:10 | :29:34 | :59:06 | 1:19:49 | :00:00 | :00:00 | :01:44 | :10:25 | :02:48 | :00:00 | :00:00 |
| 3/13/2014 | 8:52:19 | 2:16:11 | :07:20 | :39:34 | 1:01:19 | :00:00 | :00:00 | :00:00 | :00:00 | :23:13 | :04:45 | :00:00 | :00:00 |
| 3/16/2014 | 9:03:47 | 2:26:07 | :33:33 | :29:28 | :59:05 | :00:00 | :00:00 | :00:00 | :00:00 | :22:12 | :01:49 | :00:00 | :00:00 |
| 3/17/2014 | 9:03:03 | 2:42:03 | :20:06 | :30:52 | :59:30 | :00:00 | :00:00 | :00:00 | :00:00 | :46:55 | :04:40 | :00:00 | :00:00 |
| 3/18/2014 | 9:01:25 | 2:45:54 | :24:43 | :29:15 | :59:05 | :00:00 | :00:00 | :00:00 | :00:00 | :47:46 | :05:05 | :00:00 | :00:00 |
| 3/19/2014 | 9:05:36 | 2:46:13 | :27:26 | :29:33 | 1:00:17 | :39:43 | :00:00 | :00:00 | :00:00 | :03:55 | :05:19 | :00:00 | :00:00 |
| 3/20/2014 | 9:02:05 | 2:04:56 | :21:46 | :33:52 | 1:00:48 | :03:27 | :00:00 | :01:18 | :00:00 | :00:00 | :03:45 | :00:00 | :00:00 |
| 3/23/2014 | 9:02:44 | 1:55:43 | :12:04 | :31:14 | :59:44 | :00:00 | :00:00 | :00:00 | :00:00 | :10:03 | :02:38 | :00:00 | :00:00 |
| 3/24/2014 | 9:06:33 | 3:33:39 | :36:44 | :32:12 | :58:17 | :00:00 | :00:00 | :00:00 | 1:14:10 | :06:33 | :05:43 | :00:00 | :00:00 |
| 3/25/2014 | 9:03:52 | 1:57:28 | :15:22 | :38:08 | :58:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:25 | :00:00 | :00:00 |
| 3/26/2014 | 9:03:45 | 1:49:48 | :11:49 | :33:46 | :59:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:08 | :00:00 | :00:00 |
| 3/27/2014 | 9:03:31 | 2:31:11 | :41:34 | :33:56 | :58:40 | :00:00 | :00:00 | :00:00 | :00:00 | :13:36 | :03:25 | :00:00 | :00:00 |
| 3/30/2014 | 9:04:51 | 2:04:53 | :22:09 | :38:32 | :59:27 | :00:00 | :00:00 | :00:00 | :02:02 | :00:00 | :02:43 | :00:00 | :00:00 |
| 3/31/2014 | 15:03:29 | 8:12:59 | :16:18 | :36:12 | :59:20 | :01:01 | :00:00 | :00:00 | 6:16:31 | :00:00 | :03:37 | :00:00 | :00:00 |

System times

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** April 2014

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 93.00% |
| 2) | 90.00% |
| MTD Avg. | 91.50% |
| YTD Avg. | 90.63% |
| | (Goal= 90%) |

| | | |
|---|---|---|
| ASA Avg. | 20.69 | (Goal= 60 sec) |
| Hold Avg. | 36 sec | (Goal= 90 sec) |
| Break Time Avg. | 39 min | (Goal= 30 min per day) |
| Adherence Avg. | Pending | (Goal=90%) |
| ACW Total | 0:16:34 | (Goal= 0) |

| | | |
|---|---|---|
| Routed Points Per Hour: | 9.76 | (Goal= 9.5) |
| CSAT: | 96.5% | (Goal= 97%) |
| COI OTG : | 97.63% | (Goal= 96.3%) |
| Jorge Assigned Team OTG: | 98.32% | (Goal= 100%) |
| Overall Productivity: | Partial | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 1 |
| *Rolling 6-months:* | 4 |
| *Warning Level:* | WW 12/26/2013/ Pending VW |
| *Prefect attendance:* | |

12/9/2013 thru 12/10/2013 = 2 days =1 occurrence
12/18/2013=left early 3.75 hrs. =1 occurrence
3/5-3/6=2 days out =1 occurrence
4/27-4/28 =2 days out= 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job with routed points her hour and being the top performer for COI
Good job with your hold time
Good job in meeting routed points her hour

**Opportunities**

call on April 23@1:26 didn't confirm the address/Dead air - good job in keeping the tech busy
call on April 29@3:30 dead air/wait for the tech to respond on the hold/no closing- good job in keeping the ER tech busy
Continue to work on your OTG even though you have the highest numbers for COI - provide feedback on root cause with direct examples like you use to
Work on your attendance
Work on your break time its going up again - you had 12 excessive misses this month - moving to next steps
Log off your phone daily - issue on 4/1 that caused you to have 8:34 hrs. of SP time
Work in automatically routing specialty jobs when no closer is available

**Goals for next 30 days**

Work in not being on your cell phone during business hours - 4/22/2014- you were on your cell phone playing a game
As a D3 lead by example by proactively taking on additional responsibilities
Work the help desk escalations /Communicator escalations - this is a D3 expectation
You will be set for a ride out

*Acknowledgements:*

[signature] 5-13-2014 [signature] 5/13/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 5/12/2014 02:28:23 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **173:23:12** | **51:02:10** | **7:25:39** | **12:28:52** | **16:40:44** | **2:44:27** | **:52:34** | **:07:35** | **9:08:06** | **:04:43** | **1:29:30** | **:00:00** | **:00:00** |
| 4/1/2014 | 17:40:47 | 10:39:39 | :21:35 | :36:58 | :57:11 | :00:00 | :00:00 | :02:09 | 8:34:59 | :00:00 | :06:47 | :00:00 | :00:00 |
| 4/2/2014 | 9:04:49 | 2:01:55 | :12:10 | :46:32 | :58:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:01 | :00:00 | :00:00 |
| 4/3/2014 | 2:37:10 | :25:29 | :00:41 | :17:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :07:08 | :00:00 | :00:00 |
| 4/6/2014 | 8:06:21 | 1:03:41 | :22:13 | :33:36 | :03:33 | :00:00 | :00:00 | :00:00 | :00:55 | :00:00 | :03:24 | :00:00 | :00:00 |
| 4/7/2014 | 9:02:42 | 2:20:11 | :36:21 | :35:01 | :59:28 | :00:00 | :00:00 | :00:00 | :05:55 | :00:00 | :03:26 | :00:00 | :00:00 |
| 4/8/2014 | 9:01:57 | 2:50:24 | :02:06 | :36:35 | :56:44 | 1:11:31 | :00:00 | :00:00 | :01:06 | :00:00 | :02:22 | :00:00 | :00:00 |
| 4/9/2014 | 9:04:43 | 2:10:46 | :27:12 | :43:28 | :59:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:56 | :00:00 | :00:00 |
| 4/10/2014 | 9:04:22 | 2:09:39 | :24:20 | :41:13 | :58:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:18 | :00:00 | :00:00 |
| 4/13/2014 | 9:05:16 | 2:16:46 | :20:08 | :52:02 | :57:32 | :00:00 | :00:00 | :00:00 | :01:57 | :00:27 | :04:40 | :00:00 | :00:00 |
| 4/14/2014 | 9:03:30 | 2:16:02 | :25:35 | :43:51 | :57:56 | :00:00 | :00:00 | :00:00 | :04:23 | :00:00 | :04:17 | :00:00 | :00:00 |
| 4/15/2014 | 9:03:41 | 2:28:18 | :26:05 | :56:10 | :59:02 | :00:00 | :00:00 | :00:00 | :02:45 | :00:00 | :04:16 | :00:00 | :00:00 |
| 4/16/2014 | 9:03:58 | 2:51:42 | :12:41 | :39:34 | :57:42 | :00:00 | :52:34 | :05:26 | :00:00 | :00:00 | :03:45 | :00:00 | :00:00 |
| 4/17/2014 | 9:05:28 | 2:34:53 | :34:47 | :44:39 | :59:19 | :00:00 | :00:00 | :00:00 | :07:27 | :00:00 | :08:41 | :00:00 | :00:00 |
| 4/21/2014 | 9:03:28 | 2:15:07 | :28:51 | :36:15 | 1:00:29 | :00:00 | :00:00 | :00:00 | :02:25 | :00:00 | :07:07 | :00:00 | :00:00 |
| 4/22/2014 | 9:03:42 | 2:00:15 | :21:42 | :33:52 | :58:51 | :00:00 | :00:00 | :00:00 | :01:12 | :00:00 | :04:38 | :00:00 | :00:00 |
| 4/23/2014 | 9:03:53 | 3:54:21 | :46:39 | :32:48 | :58:54 | 1:31:28 | :00:00 | :00:00 | :00:00 | :00:00 | :04:32 | :00:00 | :00:00 |
| 4/24/2014 | 9:03:34 | 2:22:59 | :30:34 | :42:38 | 1:00:16 | :00:00 | :00:00 | :00:00 | :05:02 | :00:00 | :04:29 | :00:00 | :00:00 |
| 4/29/2014 | 9:00:57 | 2:06:03 | :28:12 | :34:41 | :58:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:38 | :00:00 | :00:00 |
| 4/30/2014 | 9:02:54 | 2:14:00 | :23:47 | :41:19 | :59:05 | :01:28 | :00:00 | :00:00 | :00:00 | :04:16 | :04:05 | :00:00 | :00:00 |

Agent AUX Interval - Gallegos, Patricia

Printed: 5/12/2014 02:31:51 PM

TWC-PVG000352

Date: **4/13/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:05:16** | **2:16:46** | **:20:08** | **:62:02** | **:57:32** | **:00:00** | **:00:00** | **:00:00** | **:01:57** | **:00:27** | **:04:40** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :04:14 | :04:14 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:08 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :03:02 | :02:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:31 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :03:34 | :00:00 | :03:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:43 | :04:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :13:55 | :00:37 | :13:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :03:25 | :00:03 | :03:22 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :10:44 | :02:57 | :05:26 | :00:00 | :00:00 | :00:00 | :00:00 | :01:54 | :00:27 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :25:00 | :00:35 | :00:00 | :24:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :11:18 | :00:57 | :07:14 | :03:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :01:30 | :01:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :14:47 | :00:00 | :14:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :00:19 | :00:02 | :00:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:31 | :00:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:18 | :00:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :09:17 | :05:13 | :04:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :01:02 | :00:07 | :00:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:03 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

CONFIDENTIAL

Agent AUX Interval - Gallegos, Patricia

Printed: 5/12/2014 02:32:23 PM

Date: **4/17/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:05:28** | **2:34:53** | **:34:47** | **:44:39** | **:59:19** | **:00:00** | **:00:00** | **:00:00** | **:07:27** | **:00:00** | **:08:41** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :05:25 | :05:25 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:20 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :03:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:20 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :02:26 | :02:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :02:47 | :01:40 | :01:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :20:47 | :00:04 | :15:37 | :00:00 | :00:00 | :00:00 | :00:00 | :05:06 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :06:36 | :03:37 | :02:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :09:21 | :09:21 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :10:36 | :00:42 | :09:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :01:15 | :01:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :24:25 | :00:00 | :00:00 | :22:04 | :00:00 | :00:00 | :00:00 | :02:21 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :08:29 | :01:14 | :00:00 | :07:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :01:31 | :01:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :15:02 | :00:00 | :15:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :08:10 | :08:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :01:25 | :01:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :01:03 | :01:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :02:12 | :02:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:03 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000353

CONFIDENTIAL

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** May 2014

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores | | | |
|---|---|---|---|---|
| 1) | 79.00% | ASA Avg. | 20.01 sec | (Goal= 60 sec) |
| 2) | 93.00% | Hold Avg. | 54 sec | (Goal= 90 sec) |
| MTD Avg. | 86.00% | Break Time Avg. | 33 min | (Goal= 30 min per day) |
| YTD Avg. | 89.70% | Adherence Avg. | 91% | (Goal=90%) |
| | (Goal= 90%) | ACW Total | 0:39:55 | (Goal= 0) |
| | | Routed Points Per Hour: | 9.88 | (Goal= 9.5) |
| | | CSAT: | 96.9% | (Goal= 97%) |
| | | COI OTG : | 98.07% | (Goal= 96.3%) |
| | Jorge | Assigned Team OTG: | 97.68% | (Goal= 100%) |
| | | Overall Productivity: | Partial | |

## Attendance

*Occurrence points this month:* 0

*Rolling 6-months:* 4

*Warning Level:* WW 12/26/2013 / DC 5/13/2014

*Prefect attendance:* May

12/9/2013 thru 12/10/2013 = 2 days =1 occurrence
12/18/2013=left early 3.75 hrs. =1 occurrence
3/5-3/6=2 days out =1 occurrence
4/27-4/28 =2 days out= 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in already completing the mandatory training due August
Good phone management with your SP/Coaching
Good job in capturing the Manager meeting notes for May
Good job with routed points per hour
Good job in having perfect attendance for May
Good job with your adherence/hold time

**Opportunities**

Call on May 25@3:21 confirm the entire serial number on removals of equipment /use the order screen to position equipment / dead air
Call on May 26@3:37 dead air/ wrap up your calls to avoid placing the next tech on hold at the start of the call/
Work on your QA's you are a bit low from meeting
work on your OTG you have the 2nd to last on the report for COI - continue to provide root cause
You still have 7 misses with your break this month
Mover work to minimize OTG for both areas /ensure the moves are fully complete

**Goals for next 30 days**

Continue with progression training
You will be set for a ride out
Get more involved with the contractor piece and provide feedback
Continue to work in developing your skills with help desk escalations/community escalations

*Acknowledgements:*

[signature] 6-24-2014 [signature] 6/24/2014
*Employee* *Date* *Supervisor* *Date*

Agent AUX Interval - Gallegos, Patricia

Printed: 6/2/2014 04:29:54 PM

Date: **5/7/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:04:56** | **3:55:44** | **:39:17** | **:42:10** | **:58:34** | **:00:00** | **1:30:06** | **:00:00** | **:00:41** | **:00:00** | **:04:56** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :04:47 | :04:47 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:42 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:49 | :00:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:14 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :02:45 | :02:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:58 | :04:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :11:24 | :01:36 | :09:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :11:04 | :01:45 | :07:04 | :00:00 | :00:00 | :02:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :27:51 | :00:00 | :00:00 | :00:00 | :00:00 | :27:51 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :26:36 | :00:00 | :00:00 | :25:55 | :00:00 | :00:00 | :00:00 | :00:41 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :08:05 | :05:26 | :00:00 | :02:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :06:27 | :06:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :06:23 | :06:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :18:15 | :00:39 | :17:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :06:24 | :06:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :09:50 | :02:08 | :07:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :00:06 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000355

CONFIDENTIAL

Agent AUX Interval - Gallegos, Patricia

Printed: 6/2/2014 04:30:56 PM

Date: **5/18/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:04:04** | **2:39:31** | **:56:01** | **:39:23** | **:59:04** | **:00:00** | **:00:00** | **:00:00** | **:00:21** | **:00:00** | **:04:42** | **:00:00** | **:00:00** |
| 8:30 - 9:00AM | :03:54 | :03:54 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:48 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :03:04 | :02:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:54 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :03:01 | :03:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :02:09 | :02:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :09:51 | :02:23 | :07:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :17:56 | :00:00 | :17:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:33 | :00:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:58 | :00:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :12:30 | :12:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :25:28 | :00:00 | :00:00 | :25:07 | :00:00 | :00:00 | :00:00 | :00:21 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :08:48 | :04:51 | :00:00 | :03:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :04:43 | :04:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :16:17 | :02:18 | :13:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :04:27 | :04:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :03:54 | :03:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :07:50 | :07:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :04:06 | :04:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD_1

TWC-PVG000356

CONFIDENTIAL

Agent AUX Daily - Gallegos, Patricia

Printed: 6/2/2014 04:28:24 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **184:55:04** | **50:22:17** | **10:22:35** | **11:02:39** | **19:40:59** | **4:24:53** | **1:35:00** | **:20:00** | **1:09:14** | **:03:02** | **1:43:55** | **:00:00** | **:00:00** |
| 5/1/2014 | 9:05:58 | 2:24:37 | :26:48 | :44:12 | :58:50 | :00:00 | :04:54 | :00:00 | :03:45 | :00:00 | :06:08 | :00:00 | :00:00 |
| 5/4/2014 | 9:04:24 | 2:01:13 | :20:31 | :36:14 | 1:00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:24 | :00:00 | :00:00 |
| 5/5/2014 | 9:03:58 | 2:21:00 | :35:31 | :38:00 | :59:44 | :00:00 | :00:00 | :00:00 | :02:31 | :00:00 | :05:14 | :00:00 | :00:00 |
| 5/6/2014 | 9:01:42 | 3:39:21 | :44:29 | :35:11 | :59:50 | 1:16:32 | :00:00 | :00:00 | :00:50 | :00:00 | :02:29 | :00:00 | :00:00 |
| 5/7/2014 | 9:04:56 | 3:55:44 | :39:17 | :42:10 | :58:34 | :00:00 | 1:30:06 | :00:00 | :00:41 | :00:00 | :04:56 | :00:00 | :00:00 |
| 5/8/2014 | 9:01:11 | 2:21:19 | :40:43 | :36:03 | :59:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:55 | :00:00 | :00:00 |
| 5/12/2014 | 9:10:36 | 2:12:55 | :31:29 | :26:43 | :58:37 | :00:00 | :00:00 | :00:00 | :10:12 | :00:00 | :05:54 | :00:00 | :00:00 |
| 5/13/2014 | 9:02:41 | 2:38:34 | :22:26 | :33:40 | :59:36 | :35:51 | :00:00 | :00:00 | :01:32 | :00:00 | :05:29 | :00:00 | :00:00 |
| 5/14/2014 | 9:03:11 | 2:18:20 | :33:11 | :30:37 | :58:51 | :00:00 | :00:00 | :07:29 | :04:24 | :00:00 | :03:48 | :00:00 | :00:00 |
| 5/15/2014 | 8:45:18 | 2:31:27 | :22:01 | :32:41 | :59:13 | :00:00 | :00:00 | :11:49 | :20:51 | :00:00 | :04:52 | :00:00 | :00:00 |
| 5/18/2014 | 9:04:04 | 2:39:31 | :56:01 | :39:23 | :59:04 | :00:00 | :00:00 | :00:00 | :00:21 | :00:00 | :04:42 | :00:00 | :00:00 |
| 5/19/2014 | 9:04:07 | 2:15:43 | :28:39 | :38:10 | :57:17 | :00:00 | :00:00 | :00:00 | :02:28 | :03:02 | :06:07 | :00:00 | :00:00 |
| 5/20/2014 | 9:04:45 | 3:29:54 | :18:05 | :36:46 | :59:31 | 1:21:36 | :00:00 | :00:00 | :09:19 | :00:00 | :04:37 | :00:00 | :00:00 |
| 5/21/2014 | 9:03:59 | 1:52:49 | :18:46 | :28:49 | :59:16 | :00:00 | :00:00 | :00:42 | :00:00 | :00:00 | :05:16 | :00:00 | :00:00 |
| 5/22/2014 | 10:02:35 | 3:00:48 | :15:20 | :32:33 | :57:48 | 1:10:54 | :00:00 | :00:00 | :01:20 | :00:00 | :02:53 | :00:00 | :00:00 |
| 5/25/2014 | 8:55:36 | 1:48:14 | :15:24 | :28:01 | :58:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:21 | :00:00 | :00:00 |
| 5/26/2014 | 9:03:13 | 2:24:13 | :50:32 | :23:19 | :59:05 | :00:00 | :00:00 | :00:00 | :08:28 | :00:00 | :02:49 | :00:00 | :00:00 |
| 5/27/2014 | 10:04:51 | 2:07:29 | :29:07 | :29:28 | :58:30 | :00:00 | :00:00 | :00:00 | :01:21 | :00:00 | :09:03 | :00:00 | :00:00 |
| 5/28/2014 | 10:03:08 | 2:03:03 | :34:24 | :22:55 | :59:25 | :00:00 | :00:00 | :00:00 | :01:03 | :00:00 | :05:16 | :00:00 | :00:00 |
| 5/29/2014 | 10:04:51 | 2:16:03 | :39:51 | :27:44 | :59:38 | :00:00 | :00:00 | :00:00 | :00:08 | :00:00 | :08:42 | :00:00 | :00:00 |

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** August 2014

**Performance Metrics** City of Industry

*Call Monitoring:* Month Scores

| | Month Scores | | | |
|---|---|---|---|---|
| 1) | 94.00% | ASA Avg. | 17.18 sec | (Goal= 60 sec) |
| 2) | 97.00% | Hold Avg. | 43 sec | (Goal= 90 sec) |
| MTD Avg. | 95.50% | Break Time Avg. | 35 min (OT worked) | (Goal= 30 min per day) |
| YTD Avg. | 91.21% | Adherence Avg. | 91% | (Goal=90%) |
| | (Goal= 90%) | | | |

| | | | |
|---|---|---|---|
| | Routed Points Per Hour: | 9.44 | (Goal= 9.5) |
| | CSAT: | 96.5% | (Goal= 97%) |
| | COI OTG : | 96.89% | (Goal= 96.3%) |
| Jorge | Assigned Team OTG: | 96.51% | (Goal= 100%) |
| | Overall Productivity: | meeting | |

**Attendance**

| | | |
|---|---|---|
| *Occurrence points this month:* | 1 | 8/4-8/5/2014=2 days = 1 occurrence<br>6/29/2014 =1 day out =1 occurrence |
| *Rolling 6-months:* | 4 | 6/18-6/19/2014 =2 days out =1 occurrence<br>4/27-4/28=2 days out =1 occurrence |
| *Warning Level:* | WW 12/26/2013 / DC 5/13/2014 | |
| *Prefect attendance:* | May /July | |

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Thank you for all the overtime you have been working to help support the team
Good job in having great team work with Jorge and his techs
Good job in providing feedback on missed OTG jobs (add a little more detail -rep that moved work)
Good job with your hold time and meeting adherence

**Opportunities**

Always verify the address/street the job is on - call on 8/6 @ 10:09a and on 8/31 @12:13p - no address verification.
Work on using proper standard closing - call on 8/6 @ 10:09a - no closing.
Continue to work on your attendance
Continue to work on routed points per hour your are almost there
Work on OTG still not meeting
you had 8 misses with your break - continue to work on this

**Goals for next 30 days**

Continue to effectively communicate with the team and help motivate working the pool
Own making sure all team have coverage
Continue the participation on community escalations / include help desk

***Acknowledgements:***

[signature] 10-8-2014 [signature] 10/8/2014

*Employee* *Date* *Supervisor* *Date*

CONFIDENTIAL TWC-PVG000358

Agent AUX Daily - Gallegos, Patricia

Printed: 10/6/2014 06:41:07 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **207:28:23** | **48:39:19** | **8:40:28** | **13:07:40** | **18:59:50** | **3:14:26** | **:00:00** | **:02:46** | **2:04:24** | **:03:23** | **2:26:22** | **:00:00** | **:00:00** |
| 8/3/2014 | 9:02:21 | 1:54:42 | :15:51 | :31:28 | 1:01:01 | :00:00 | :00:00 | :00:00 | :01:25 | :00:00 | :04:57 | :00:00 | :00:00 |
| 8/6/2014 | 9:01:57 | 3:10:33 | :23:35 | :29:50 | :58:39 | 1:03:42 | :00:00 | :00:00 | :06:08 | :00:00 | :08:39 | :00:00 | :00:00 |
| 8/7/2014 | 9:07:26 | 2:28:04 | :29:43 | :37:28 | :58:31 | :09:39 | :00:00 | :00:00 | :09:09 | :01:06 | :02:28 | :00:00 | :00:00 |
| 8/10/2014 | 9:02:36 | 1:46:07 | :10:13 | :33:27 | :54:54 | :00:00 | :00:00 | :02:46 | :02:29 | :00:00 | :02:18 | :00:00 | :00:00 |
| 8/11/2014 | 9:01:35 | 2:32:51 | :27:15 | :25:49 | :57:50 | :24:52 | :00:00 | :00:00 | :14:33 | :02:17 | :00:15 | :00:00 | :00:00 |
| 8/12/2014 | 9:03:36 | 2:17:25 | :18:34 | :42:18 | 1:00:41 | :00:00 | :00:00 | :00:00 | :11:45 | :00:00 | :04:07 | :00:00 | :00:00 |
| 8/13/2014 | 4:03:05 | :33:34 | :07:43 | :19:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:53 | :00:00 | :00:00 |
| 8/14/2014 | 9:02:01 | 2:10:08 | :25:08 | :37:45 | 1:00:20 | :00:00 | :00:00 | :00:00 | :03:02 | :00:00 | :03:53 | :00:00 | :00:00 |
| 8/15/2014 | 5:03:59 | :28:49 | :09:20 | :12:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:49 | :00:00 | :00:00 |
| 8/17/2014 | 10:34:52 | 2:13:14 | :18:41 | :46:21 | :59:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:41 | :00:00 | :00:00 |
| 8/18/2014 | 10:35:15 | 2:42:40 | :44:08 | :40:51 | :59:32 | :00:00 | :00:00 | :00:00 | :11:19 | :00:00 | :06:50 | :00:00 | :00:00 |
| 8/19/2014 | 10:35:59 | 1:48:10 | :14:03 | :25:05 | :57:24 | :00:00 | :00:00 | :00:00 | :00:49 | :00:00 | :10:49 | :00:00 | :00:00 |
| 8/20/2014 | 10:34:38 | 2:03:10 | :22:42 | :31:39 | :58:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :10:16 | :00:00 | :00:00 |
| 8/21/2014 | 10:34:06 | 3:49:32 | :21:59 | :37:50 | 1:00:39 | 1:36:13 | :00:00 | :00:00 | :05:17 | :00:00 | :07:34 | :00:00 | :00:00 |
| 8/22/2014 | 6:33:56 | 1:06:53 | :18:00 | :12:34 | :27:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:46 | :00:00 | :00:00 |
| 8/24/2014 | 11:04:17 | 2:07:46 | :19:46 | :42:25 | :53:15 | :00:00 | :00:00 | :00:00 | :04:01 | :00:00 | :08:19 | :00:00 | :00:00 |
| 8/25/2014 | 11:03:51 | 3:09:02 | :55:08 | :49:52 | :58:46 | :00:00 | :00:00 | :00:00 | :12:19 | :00:00 | :12:57 | :00:00 | :00:00 |
| 8/26/2014 | 11:03:22 | 2:20:50 | :18:06 | :56:35 | :59:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:30 | :00:00 | :00:00 |
| 8/27/2014 | 11:04:26 | 2:12:22 | :15:34 | :51:21 | :59:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:56 | :00:00 | :00:00 |
| 8/28/2014 | 11:06:34 | 2:31:29 | :24:58 | :52:13 | :56:42 | :00:00 | :00:00 | :00:00 | :08:38 | :00:00 | :08:58 | :00:00 | :00:00 |
| 8/29/2014 | 9:03:30 | 2:31:13 | :30:36 | :29:31 | :58:44 | :00:00 | :00:00 | :00:00 | :27:45 | :00:00 | :04:37 | :00:00 | :00:00 |
| 8/31/2014 | 11:05:01 | 2:40:45 | :49:25 | :40:40 | :58:05 | :00:00 | :00:00 | :00:00 | :05:45 | :00:00 | :06:50 | :00:00 | :00:00 |

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** September 2014

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | |
| 2) | |
| MTD Avg. | #DIV/0! |
| YTD Avg. | |
| | (Goal= 90%) |

| | | |
|---|---|---|
| ASA Avg. | 25.79 sec | (Goal= 60 sec) |
| Hold Avg. | 52 sec | (Goal= 90 sec) |
| Break Time Avg. | 40 min (10hrsOT) | (Goal= 30 min per day) |
| Adherence Avg. | 90% | (Goal=90%) |
| Routed Points Per Hour: | 9.53 | (Goal= 9.5) |
| CSAT: | 96.0% | (Goal= 97%) |
| COI OTG : | 97.04% | (Goal= 96.3%) |
| Jorge Assigned Team OTG: | 97.83% | (Goal= 100%) |
| Overall Productivity: | Meeting | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 0 |
| *Rolling 6-months:* | 4 |
| *Warning Level:* | WW 12/26/2013 / DC 5/13/2014 |
| *Prefect attendance:* | May /July |

8/4-8/5/2014=2 days = 1 occurrence
6/29/2014 =1 day out =1 occurrence
6/18-6/19/2014 =2 days out =1 occurrence
4/27-4/28=2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Great job in providing feedback on OTG misses and being consistent
Good job of reporting issues to the WA team
Good job of getting work out and making sure the techs are busy during the day
Good job of monitoring tech status
Thank you for working OT and helping support call flow
Good job with routed point per hour

**Opportunities**

Continue to further develop your communication with the team and explain your thought behind it to build stronger relations with all since you do have a reason for your moves such as the contractor moves you made by keeping the in house team busy vs. the contractors
Work on your breaks you had 9 misses this month
Work in being fair with your moves and not moving work last minute (treat all techs as your team )
Continue to work on your OTG

**Goals for next 30 days**

Complete mandatory training
You will be training the new hires in effective monitoring
You will be set for your final ride out

*Acknowledgements:*

[signature] 10-8-2014 [signature] 10/8/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 10/6/2014 05:09:32 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **240:51:55** | **58:25:42** | **11:25:38** | **16:00:18** | **19:38:00** | **1:37:31** | **:00:00** | **:09:16** | **5:33:20** | **:00:00** | **4:01:39** | **:00:00** | **:00:00** |
| 9/1/2014 | 9:30:06 | 2:32:22 | :22:15 | :52:03 | :57:47 | :00:00 | :00:00 | :00:00 | :09:07 | :00:00 | :11:10 | :00:00 | :00:00 |
| 9/2/2014 | 11:03:12 | 3:25:48 | :51:36 | :42:35 | :59:32 | :00:00 | :00:00 | :00:00 | :41:01 | :00:00 | :11:04 | :00:00 | :00:00 |
| 9/3/2014 | 11:06:44 | 2:43:58 | :35:13 | :43:58 | :57:45 | :00:00 | :00:00 | :00:00 | :17:27 | :00:00 | :09:35 | :00:00 | :00:00 |
| 9/4/2014 | 11:06:04 | 2:56:28 | :16:44 | :38:40 | :59:34 | :00:00 | :00:00 | :00:00 | :45:11 | :00:00 | :16:19 | :00:00 | :00:00 |
| 9/5/2014 | 6:02:29 | 1:00:23 | :12:21 | :16:43 | :00:00 | :00:00 | :00:00 | :00:00 | :27:08 | :00:00 | :04:11 | :00:00 | :00:00 |
| 9/7/2014 | 11:01:50 | 2:15:22 | :23:19 | :48:54 | :59:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:51 | :00:00 | :00:00 |
| 9/8/2014 | 11:04:00 | 2:34:49 | :23:21 | 1:05:43 | :58:52 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:53 | :00:00 | :00:00 |
| 9/9/2014 | 11:06:43 | 2:15:05 | :31:41 | :42:11 | :59:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:19 | :00:00 | :00:00 |
| 9/10/2014 | 6:01:53 | :41:53 | :13:56 | :19:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:46 | :00:00 | :07:17 | :00:00 | :00:00 |
| 9/11/2014 | 10:59:49 | 2:16:45 | :12:06 | :53:21 | :59:06 | :00:00 | :00:00 | :09:16 | :00:00 | :00:00 | :02:56 | :00:00 | :00:00 |
| 9/12/2014 | 5:01:50 | :36:39 | :09:52 | :17:19 | :00:00 | :00:00 | :00:00 | :00:00 | :03:11 | :00:00 | :06:17 | :00:00 | :00:00 |
| 9/14/2014 | 11:04:48 | 3:03:54 | :38:52 | :33:37 | 1:00:45 | :00:00 | :00:00 | :00:00 | :03:40 | :00:00 | :47:00 | :00:00 | :00:00 |
| 9/15/2014 | 11:05:10 | 2:36:01 | :40:29 | :32:40 | :58:45 | :00:00 | :00:00 | :00:00 | :15:21 | :00:00 | :08:46 | :00:00 | :00:00 |
| 9/16/2014 | 11:04:37 | 3:47:14 | :29:52 | :31:36 | :59:29 | 1:37:31 | :00:00 | :00:00 | :00:38 | :00:00 | :08:08 | :00:00 | :00:00 |
| 9/17/2014 | 11:05:22 | 2:24:23 | :20:53 | :26:59 | 1:00:19 | :00:00 | :00:00 | :00:00 | :24:33 | :00:00 | :11:39 | :00:00 | :00:00 |
| 9/18/2014 | 11:04:39 | 2:46:21 | :52:12 | :47:09 | :58:22 | :00:00 | :00:00 | :00:00 | :01:12 | :00:00 | :07:26 | :00:00 | :00:00 |
| 9/21/2014 | 11:04:52 | 3:03:01 | :29:09 | :54:07 | :59:42 | :00:00 | :00:00 | :00:00 | :26:22 | :00:00 | :13:41 | :00:00 | :00:00 |
| 9/22/2014 | 10:53:50 | 3:20:55 | :36:26 | :45:57 | :58:09 | :00:00 | :00:00 | :00:00 | :52:41 | :00:00 | :07:42 | :00:00 | :00:00 |
| 9/23/2014 | 11:03:33 | 2:53:47 | :48:16 | :37:52 | :58:33 | :00:00 | :00:00 | :00:00 | :17:29 | :00:00 | :11:37 | :00:00 | :00:00 |
| 9/24/2014 | 11:02:41 | 2:11:02 | :19:33 | :47:30 | :57:41 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:18 | :00:00 | :00:00 |
| 9/25/2014 | 11:08:35 | 2:22:49 | :29:44 | :44:36 | :56:32 | :00:00 | :00:00 | :00:00 | :02:37 | :00:00 | :09:20 | :00:00 | :00:00 |
| 9/28/2014 | 4:05:01 | :30:52 | :04:05 | :18:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:04 | :00:00 | :00:00 |
| 9/29/2014 | 11:04:46 | 3:08:58 | :44:32 | :45:44 | :58:57 | :00:00 | :00:00 | :00:00 | :26:17 | :00:00 | :13:28 | :00:00 | :00:00 |
| 9/30/2014 | 10:59:21 | 2:56:53 | :39:11 | :52:27 | :58:58 | :00:00 | :00:00 | :00:00 | :18:39 | :00:00 | :07:38 | :00:00 | :00:00 |

- Also spoke about honesty & not RS work n XO to meet OTG

- To get along with others and working both areas not just COI

- minimize questions to router when they are working.

Page 1 of 1

ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 10/6/2014 05:13:51 PM

Date: **9/8/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **11:04:00** | **2:34:49** | **:23:21** | **1:05:43** | **:58:52** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:06:53** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :03:54 | :03:54 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:49 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :03:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:04 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :12:30 | :01:15 | :11:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:14 | :00:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:04 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :03:46 | :00:49 | :02:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :14:36 | :00:00 | :14:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :01:36 | :01:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :01:46 | :01:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :06:21 | :01:19 | :05:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :02:02 | :00:30 | :00:00 | :01:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :27:24 | :00:04 | :00:00 | :27:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :06:09 | :06:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :03:25 | :03:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :15:00 | :00:02 | :14:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :08:51 | :02:12 | :06:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :00:07 | :00:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:04 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :09:02 | :00:00 | :09:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :04:14 | :03:00 | :01:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :30:00 | :00:39 | :00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00PM | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000362



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 10/6/2014 05:14:18 PM

Date: **9/21/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **11:04:52** | **3:03:01** | **:29:09** | **:54:07** | **:59:42** | **:00:00** | **:00:00** | **:00:00** | **:26:22** | **:00:00** | **:13:41** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :04:43 | :04:43 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:37 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :09:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:04 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :07:01 | :00:32 | :06:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :04:04 | :01:26 | :02:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :05:38 | :01:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:51 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :01:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:46 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :30:00 | :00:00 | :13:10 | :00:00 | :00:00 | :00:00 | :00:00 | :16:50 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :05:48 | :02:02 | :03:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :06:58 | :06:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:15 | :00:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :20:00 | :00:00 | :00:00 | :20:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :09:42 | :00:00 | :00:00 | :09:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :05:35 | :05:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :12:29 | :01:25 | :11:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :02:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:46 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :01:11 | :01:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :04:26 | :01:00 | :03:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :02:23 | :02:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :07:35 | :00:30 | :07:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :10:24 | :03:55 | :06:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :30:00 | :01:13 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:09 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00PM | :00:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

CONFIDENTIAL

TWC-PVG000363

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** October 2014

**Performance Metrics** City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | |
| 2) | |
| MTD Avg. | #DIV/0! |
| YTD Avg. | |
| | (Goal- 90%) |

| Metric | Value | Goal |
|---|---|---|
| ASA Avg. | 36.69 | (Goal- 60 sec) |
| Hold Avg. | 58 sec | (Goal- 90 sec) |
| Break Time Avg. | 46 min | (Goal- 30 min per day) |
| Adherence Avg. | 85% | (Goal-90%) |
| Routed Points Per Hour: | 9.59 | (Goal- 9.5) |
| CSAT: | 96.4% | (Goal- 97%) |
| COI OTG : | 95.85% | (Goal- 96.3%) |
| Jorge Assigned Team OTG: | 97.31% | (Goal- 100%) |
| Overall Productivity: | Partial | |

**Attendance**

| | |
|---|---|
| *Occurrence points this month:* | 1 |
| *Rolling 6-months:* | 3 |
| *Warning Level:* | DC 5/13/2014 |
| *Prefect attendance:* | May /July |

10/23/2014-1 day out =1 occurrence
6/29/2014 =1 day out =1 occurrence
6/18-6/19/2014 =2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job with routed points
Good job in having the highest OTG for COI - continue to provide feedback on all missed OTG - very good job
Thank you for working overtime and helping the team at opening time
Good job in moving work from the pool and between techs (make sure to call them for all jobs given after the 30min mark)
Good job in working with Jorge and his team - good team work

**Opportunities**

Work on your breaks they are extremely excessive
update your lunch as needed - for 10/22 team meeting was not added
Continue to work on OTG and provide root cause all- you have the top score for COI sups
Work on your attendance
Communicate effectively with management for any personal concern you might have
Continue to work in owning escalations and not reschedule calls if in wrong pool/incorrect work order

**Goals for next 30 days**

You will be signed up for self development classes to help you handle escalated calls
Continue to enhance your communication with the ER team even is short staff in COI for the day
Start to provide examples on IPAD issues you find
Continue to work on OTP/help desk escalations ( lead by example )

*Acknowledgements:*

[signature] 11-25-2014 [signature] 11/25/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 11/12/2014 06:39:21 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **215:17:40** | **60:49:45** | **10:06:31** | **15:26:16** | **19:30:34** | **5:50:05** | **1:32:18** | **:14:30** | **5:04:29** | **:00:00** | **3:05:02** | **:00:00** | **:00:00** |
| 10/1/2014 | 11:03:15 | 2:31:04 | :33:48 | :37:14 | 1:01:41 | :00:00 | :00:00 | :00:00 | :06:12 | :00:00 | :12:09 | :00:00 | :00:00 |
| 10/2/2014 | 7:04:50 | 2:11:28 | :16:54 | :41:16 | :59:52 | :00:00 | :00:00 | :00:00 | :06:42 | :00:00 | :06:44 | :00:00 | :00:00 |
| 10/5/2014 | 11:12:50 | 3:04:40 | :25:18 | :59:23 | :57:45 | :00:00 | :00:00 | :00:00 | :27:49 | :00:00 | :14:25 | :00:00 | :00:00 |
| 10/6/2014 | 11:03:21 | 3:39:34 | 1:02:21 | :46:51 | :58:06 | :00:00 | :00:00 | :00:00 | :43:51 | :00:00 | :08:25 | :00:00 | :00:00 |
| 10/7/2014 | 10:20:40 | 2:33:56 | :27:22 | :56:32 | :57:35 | :00:00 | :00:00 | :00:00 | :05:44 | :00:00 | :07:43 | :00:00 | :00:00 |
| 10/8/2014 | 11:04:07 | 3:46:58 | :16:19 | :50:40 | :58:12 | :49:35 | :39:43 | :00:00 | :04:04 | :00:00 | :08:25 | :00:00 | :00:00 |
| 10/9/2014 | 11:03:33 | 3:06:09 | :52:23 | :62:10 | 1:00:02 | :00:00 | :00:00 | :00:00 | :09:47 | :00:00 | :11:47 | :00:00 | :00:00 |
| 10/12/2014 | 11:03:18 | 2:46:49 | :25:55 | :45:26 | :58:07 | :00:00 | :00:00 | :00:00 | :29:53 | :00:00 | :07:28 | :00:00 | :00:00 |
| 10/13/2014 | 11:05:16 | 3:26:53 | :37:47 | :53:31 | :56:21 | :00:00 | :00:00 | :00:00 | :51:45 | :00:00 | :07:29 | :00:00 | :00:00 |
| 10/14/2014 | 11:05:26 | 5:19:57 | :19:31 | :54:34 | :59:02 | 2:03:14 | :52:35 | :00:00 | :12:49 | :00:00 | :08:12 | :00:00 | :00:00 |
| 10/15/2014 | 11:05:04 | 2:21:53 | :23:42 | :43:27 | :55:15 | :00:00 | :00:00 | :00:00 | :11:15 | :00:00 | :08:14 | :00:00 | :00:00 |
| 10/19/2014 | 11:01:20 | 1:56:53 | :12:55 | :42:48 | :58:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:24 | :00:00 | :00:00 |
| 10/20/2014 | 11:04:06 | 2:24:39 | :28:55 | :48:38 | 1:00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :07:04 | :00:00 | :00:00 |
| 10/21/2014 | 11:03:55 | 4:40:50 | :21:13 | :43:07 | :58:46 | 1:48:25 | :00:00 | :00:00 | :40:51 | :00:00 | :08:28 | :00:00 | :00:00 |
| 10/22/2014 | 10:50:37 | 3:24:17 | :21:11 | :44:21 | :58:12 | 1:08:51 | :00:00 | :00:00 | :02:40 | :00:00 | :09:02 | :00:00 | :00:00 |
| 10/26/2014 | 11:06:39 | 2:47:40 | 1:00:32 | :35:15 | :56:42 | :00:00 | :00:00 | :00:00 | :08:57 | :00:00 | :06:14 | :00:00 | :00:00 |
| 10/27/2014 | 9:42:04 | 2:32:19 | :22:30 | :45:56 | :58:19 | :00:00 | :00:00 | :00:00 | :02:15 | :00:00 | :23:19 | :00:00 | :00:00 |
| 10/28/2014 | 11:05:04 | 2:24:54 | :17:04 | :39:43 | :59:40 | :00:00 | :00:00 | :14:30 | :04:31 | :00:00 | :09:26 | :00:00 | :00:00 |
| 10/29/2014 | 11:06:10 | 3:00:38 | :44:10 | :48:48 | :58:42 | :00:00 | :00:00 | :00:00 | :19:20 | :00:00 | :09:38 | :00:00 | :00:00 |
| 10/30/2014 | 11:06:05 | 2:48:14 | :36:41 | :47:36 | :59:27 | :00:00 | :00:00 | :00:00 | :16:04 | :00:00 | :08:26 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 11/12/2014 06:41:13 PM

Date: **10/20/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **11:04:06** | **2:24:39** | **:28:55** | **:48:38** | **1:00:02** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:07:04** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :03:54 | :03:54 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:49 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :03:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:15 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :00:47 | :00:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :02:04 | :02:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :01:33 | :01:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :04:29 | :01:03 | :03:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :14:14 | :01:47 | :12:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :04:10 | :04:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :04:44 | :04:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:34 | :00:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :21:02 | :00:02 | :00:00 | :21:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :09:47 | :00:45 | :00:00 | :09:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :00:39 | :00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :02:28 | :02:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :14:39 | :00:00 | :14:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :06:00 | :00:30 | :05:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :02:44 | :02:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :02:05 | :02:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :30:00 | :15:27 | :02:51 | :12:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00PM | :00:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

TWC-PVG000366

CONFIDENTIAL

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** November 2014

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores | | | |
|---|---|---|---|---|
| 1) | 90.00% | ASA Avg. | 32.28 sec | (Goal= 60 sec) |
| 2) | 96.00% | Hold Avg. | 54 sec | (Goal= 90 sec) |
| MTD Avg. | 93.00% | Break Time Avg. | 43 min | (Goal= 30 min per day) |
| YTD Avg. | 91.44% | Adherence Avg. | 86% | (Goal=90%) |
| | (Goal= 90%) | | | |

| | | |
|---|---|---|
| Routed Points Per Hour: | 9.35 | (Goal= 9.5) |
| CSAT: | 97.0% | (Goal= 97%) |
| COI OTG : | 95.99% | (Goal= 96.3%) |
| Jorge Assigned Team OTG: | 97.58% | (Goal= 100%) |
| Overall Productivity: | Meeting | |

## Attendance

| | | |
|---|---|---|
| *Occurrence points this month:* | 1 | 11/23/2014-1 day out= 1 occurrence<br>10/23/2014-1 day out =1 occurrence |
| *Rolling 6-months:* | 4 | 6/29/2014 =1 day out =1 occurrence<br>6/18-6/19/2014 =2 days out =1 occurrence |
| *Warning Level:* | Pending | |
| *Prefect attendance:* | May /July | |

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in having the best OTG for COI
Good hold time and OTG (still provide feedback on misses )
Good job in helping by working Overtime

**Opportunities**

Drastic improvement is needed with your break time you had 7 misses = OT breaks should be 2=15 and 1=10 (if needed 1/2 lunch)
on 11/12 you took a 30min break and then a lunch - this is not acceptable and part of being a team payer is to manage your phone
(continue to work in being self sufficient)- not meeting adherence
Work on your attendance
Manage your phone to avoid techs being on the phone and you not helping them
Work on avoiding dead air. Call on 11/03/14 @ 4:16p and on 11/25/14 @ 3:42p- dead air
Work on answering the call immediately when technician call in. Call on 11/03/14 @ 4:16p - you're working on something, not acknowledging technician right away when he came on the line. There were moment of silence.
Continue to work on routed points

**Goals for next 30 days**

You will need to improve in being self sufficient to be set to train for routing since this role requires minimal supervisor presence
Maintain consistency with answering community escalations
You will be mentoring a new hire
Continue to be ready at the start of your shift

*Acknowledgements:*

[signature] 12-20-2014 [signature] 12/20/2014

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 12/9/2014 07:04:21 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **143:30:36** | **33:00:33** | **6:35:21** | **9:24:46** | **12:37:47** | **:00:00** | **:00:00** | **:00:00** | **2:42:37** | **:00:00** | **1:40:02** | **:00:00** | **:00:00** |
| 11/2/2014 | 10:54:06 | 2:30:50 | :26:22 | :50:41 | :59:24 | :00:00 | :00:00 | :00:00 | :03:29 | :00:00 | :10:54 | :00:00 | :00:00 |
| 11/3/2014 | 11:03:25 | 3:08:22 | :27:41 | :45:33 | :59:09 | :00:00 | :00:00 | :00:00 | :49:19 | :00:00 | :06:40 | :00:00 | :00:00 |
| 11/4/2014 | 11:04:07 | 2:25:35 | :38:19 | :44:10 | :55:50 | :00:00 | :00:00 | :00:00 | :01:27 | :00:00 | :05:49 | :00:00 | :00:00 |
| 11/5/2014 | 10:50:44 | 2:38:25 | :36:46 | :40:38 | :59:45 | :00:00 | :00:00 | :00:00 | :10:43 | :00:00 | :10:33 | :00:00 | :00:00 |
| 11/6/2014 | 10:59:04 | 2:46:53 | :45:03 | :41:23 | :58:15 | :00:00 | :00:00 | :00:00 | :11:13 | :00:00 | :10:59 | :00:00 | :00:00 |
| 11/9/2014 | 11:04:55 | 2:12:58 | :32:26 | :35:16 | :57:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :07:17 | :00:00 | :00:00 |
| 11/10/2014 | 11:04:56 | 1:55:21 | :24:18 | :28:41 | :57:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:55 | :00:00 | :00:00 |
| 11/11/2014 | 11:05:18 | 2:35:16 | :33:09 | :48:50 | :56:01 | :00:00 | :00:00 | :00:00 | :07:29 | :00:00 | :09:47 | :00:00 | :00:00 |
| 11/12/2014 | 11:04:32 | 3:22:41 | :17:22 | 1:08:35 | :59:10 | :00:00 | :00:00 | :00:00 | :54:38 | :00:00 | :04:56 | :00:00 | :00:00 |
| 11/24/2014 | 11:01:41 | 2:34:15 | :38:14 | :47:53 | :59:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:23 | :00:00 | :00:00 |
| 11/25/2014 | 11:01:22 | 2:32:59 | :26:07 | :45:41 | :57:32 | :00:00 | :00:00 | :00:00 | :13:30 | :00:00 | :10:09 | :00:00 | :00:00 |
| 11/26/2014 | 11:08:25 | 2:17:46 | :36:55 | :35:30 | :59:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:13 | :00:00 | :00:00 |
| 11/30/2014 | 11:08:01 | 1:59:12 | :12:39 | :33:55 | :58:22 | :00:00 | :00:00 | :00:00 | :10:49 | :00:00 | :03:27 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 12/9/2014 07:04:48 PM

TWC-PVG000369

Date: **11/12/2014**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **11:04:32** | **3:22:41** | **:17:22** | **1:06:35** | **:59:10** | **:00:00** | **:00:00** | **:00:00** | **:54:38** | **:00:00** | **:04:56** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :03:48 | :03:48 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:43 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :01:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:12 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:52 | :00:52 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :02:24 | :02:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:04 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :16:17 | :00:04 | :16:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :02:17 | :02:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :03:09 | :00:00 | :03:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :30:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :30:00 | :00:00 | :06:04 | :23:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :29:57 | :00:00 | :00:00 | :05:14 | :00:00 | :00:00 | :00:00 | :24:43 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :29:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :29:55 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :00:55 | :00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :11:09 | :00:00 | :11:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :01:33 | :01:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :03:25 | :03:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :01:45 | :01:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:33 | :00:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :02:32 | :02:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :30:00 | :00:53 | :00:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00PM | :00:44 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** January 2015

## Performance Metrics

City of Industry

*Call Monitoring:* Month Scores

| | | | | |
|---|---|---|---|---|
| 1) | 90.00% | ASA Avg. | 29.29 sec | (Goal= 60 sec) |
| 2) | 87.00% | Hold Avg. | 60 sec | (Goal= 90 sec) |
| MTD Avg. | 88.50% | Break Time Avg. | 34 min | (Goal= 30 min per day) |
| YTD Avg. | 88.50% | Adherence Avg. | 89% | (Goal=90%) |
| | (Goal= 90%) | | | |

| | | |
|---|---|---|
| Routed Points Per Hour: | 9.00 | (Goal= 9.5) |
| CSAT: | 95.9% | (Goal= 97%) |
| CDI OTG : | 97.65% | (Goal= 96.3%) |
| Jorge Assigned Team OTG: | 96.67% | (Goal= 100%) |
| Overall Productivity: | Meeting | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 1 |
| *Rolling 6-months:* | 5 |
| *Warning Level:* | Pending |
| *Prefect attendance:* | none |

1/12-1/13/2015=2 days out =1 occurrence
12/29/2014= 1day out =1 occurrence
11/23/2014-1 day out= 1 occurrence
10/23/2014-1 day out =1 occurrence
8/4 -8/5 =2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in providing feedback with OTG hits and routing concerns
Good job in moving work at the start of the day when we have no router
Stay on track with RPPH - you are almost meeting the goal of 9.5

**Opportunities**

Work on assisting caller immediately instead of placed them on hold. Call on 1/6 at 3:02p, tech 6205 - you placed technician on hold immediately when you answered the line/dead air/no closing
Work on using all resources when assisting caller. Call on 1/22 at 11:15a, job # 623546 - technician was unable to get access to the pole, customer wants to reschedule but was Spanish speaker. You could have utilize the Language Line to assist./ no closing
Care about all our customers since they make our business grow -
Monitor your phone effectively -2 coaching on calls not being answered
Work on your attendance
Work on your breaks - you still had 7 misses this month no improvement has been made
Update Empower for all SP time since this is effecting your adherence - fro 1/14 - you had 85% - our meeting was just 1 hr& 10min

**Goals for next 30 days**

Review the QA document - quality is still needed with your calls (slow down if needed)
Continue to help the new hires with question and provide feedback as needed
Maintain consistency with your numbers and performance

*Acknowledgements:*

[signature] 2-5-2015 [signature] 2-5-2015
*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 2/2/2015 03:54:01 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **176:41:42** | **43:07:03** | **7:43:46** | **10:14:22** | **16:54:53** | **2:45:07** | **:00:00** | **:00:00** | **3:36:42** | **:00:00** | **1:52:13** | **:00:00** | **:00:00** |
| 1/4/2015 | 9:03:38 | 2:30:46 | :34:21 | :36:31 | :54:38 | :00:00 | :00:00 | :00:00 | :17:50 | :00:00 | :07:26 | :00:00 | :00:00 |
| 1/5/2015 | 10:34:01 | 2:52:27 | :34:13 | :34:01 | :59:55 | :00:00 | :00:00 | :00:00 | :37:35 | :00:00 | :06:43 | :00:00 | :00:00 |
| 1/6/2015 | 10:35:36 | 2:39:38 | :36:06 | :32:24 | :59:06 | :00:00 | :00:00 | :00:00 | :29:32 | :00:00 | :02:30 | :00:00 | :00:00 |
| 1/7/2015 | 10:34:24 | 2:26:51 | :35:01 | :36:12 | 1:02:31 | :00:00 | :00:00 | :00:00 | :04:23 | :00:00 | :08:44 | :00:00 | :00:00 |
| 1/8/2015 | 10:35:15 | 2:14:14 | :25:21 | :35:39 | :59:40 | :00:00 | :00:00 | :00:00 | :08:23 | :00:00 | :05:11 | :00:00 | :00:00 |
| 1/11/2015 | 1:38:59 | :20:35 | :03:59 | :14:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:18 | :00:00 | :00:00 |
| 1/14/2015 | 10:35:06 | 3:37:25 | :16:01 | :34:39 | :59:20 | 1:23:42 | :00:00 | :00:00 | :13:55 | :00:00 | :09:48 | :00:00 | :00:00 |
| 1/15/2015 | 10:26:01 | 2:15:11 | :25:18 | :19:33 | :58:13 | :00:00 | :00:00 | :00:00 | :26:14 | :00:00 | :05:53 | :00:00 | :00:00 |
| 1/18/2015 | 9:03:33 | 1:57:10 | :06:55 | :37:01 | 1:03:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:46 | :00:00 | :00:00 |
| 1/19/2015 | 10:36:04 | 2:21:42 | :30:11 | :46:07 | :56:30 | :00:00 | :00:00 | :00:00 | :04:24 | :00:00 | :04:30 | :00:00 | :00:00 |
| 1/20/2015 | 10:33:28 | 2:32:01 | :20:09 | :34:47 | 1:04:47 | :00:00 | :00:00 | :00:00 | :25:02 | :00:00 | :07:16 | :00:00 | :00:00 |
| 1/21/2015 | 10:34:51 | 2:13:08 | :21:05 | :35:01 | :59:16 | :00:00 | :00:00 | :00:00 | :09:59 | :00:00 | :07:47 | :00:00 | :00:00 |
| 1/22/2015 | 10:31:48 | 1:59:55 | :22:54 | :29:58 | :57:53 | :00:00 | :00:00 | :00:00 | :02:38 | :00:00 | :06:32 | :00:00 | :00:00 |
| 1/25/2015 | 9:03:26 | 2:05:49 | :16:07 | :36:22 | :59:13 | :00:00 | :00:00 | :00:00 | :10:01 | :00:00 | :04:06 | :00:00 | :00:00 |
| 1/26/2015 | 10:33:07 | 2:41:30 | :43:59 | :38:01 | 1:01:34 | :00:00 | :00:00 | :00:00 | :11:53 | :00:00 | :06:03 | :00:00 | :00:00 |
| 1/27/2015 | 10:34:01 | 3:34:45 | :20:34 | :46:49 | :59:19 | 1:21:25 | :00:00 | :00:00 | :00:00 | :00:00 | :06:38 | :00:00 | :00:00 |
| 1/28/2015 | 10:35:51 | 2:13:14 | :27:49 | :35:35 | 1:00:27 | :00:00 | :00:00 | :00:00 | :00:04 | :00:00 | :09:19 | :00:00 | :00:00 |
| 1/29/2015 | 10:32:33 | 2:30:42 | :43:43 | :31:24 | :59:03 | :00:00 | :00:00 | :00:00 | :14:49 | :00:00 | :01:43 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 2/2/2015 03:57:13 PM

Date: **1/6/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **10:35:36** | **2:39:38** | **:36:06** | **:32:24** | **:59:06** | **:00:00** | **:00:00** | **:00:00** | **:29:32** | **:00:00** | **:02:30** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :02:39 | :02:35 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:29 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :02:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:50 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :07:42 | :01:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :06:08 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :19:40 | :01:00 | :18:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :01:01 | :01:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :05:23 | :00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:38 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :11:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :11:28 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :02:37 | :01:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:17 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :05:47 | :02:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:53 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :06:47 | :06:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :23:23 | :00:00 | :00:00 | :23:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :09:29 | :03:46 | :00:00 | :05:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :04:11 | :04:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :00:03 | :00:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :01:57 | :01:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :16:40 | :02:56 | :13:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :06:57 | :06:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :02:57 | :01:04 | :00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:18 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000372



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 2/2/2015 03:56:53 PM

Date: **1/15/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **10:26:01** | **2:15:11** | **:26:18** | **:19:33** | **:58:13** | **:00:00** | **:00:00** | **:00:00** | **:26:14** | **:00:00** | **:05:53** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :04:50 | :04:50 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:45 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :01:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:08 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :01:12 | :01:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:31 | :00:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:42 | :00:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:42 | :00:42 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :20:39 | :01:07 | :19:32 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :03:22 | :01:49 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:33 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :12:31 | :03:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:03 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :02:35 | :02:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :20:09 | :00:54 | :00:00 | :19:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :10:34 | :01:36 | :00:00 | :08:58 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :02:56 | :02:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :02:40 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:12 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :04:11 | :01:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:23 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :18:00 | :01:46 | :01:45 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :00:31 | :00:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :03:48 | :00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:53 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :01:49 | :01:49 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:25 | :00:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :08:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:10 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :03:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000373



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 2/2/2015 04:09:48 PM

Date: **1/14/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **10:35:06** | **3:37:25** | **:16:01** | **:34:39** | **:59:20** | **1:23:42** | **:00:00** | **:00:00** | **:13:55** | **:00:00** | **:09:48** | **:00:00** | **:00:00** |
| 7:00 - 7:30AM | :04:41 | :04:41 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:36 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :05:11 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:11 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :00:55 | :00:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :02:00 | :00:00 | :02:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :14:04 | :00:00 | :14:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :01:07 | :01:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :04:16 | :04:16 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :01:14 | :01:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :00:31 | :00:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:01 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:05 | :01:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :05:19 | :00:59 | :00:00 | :00:00 | :04:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :25:01 | :00:00 | :00:00 | :00:00 | :19:22 | :00:00 | :00:00 | :05:39 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :26:53 | :00:00 | :00:00 | :00:00 | :03:07 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:30 - 4:00PM | :30:00 | :02:46 | :00:19 | :00:00 | :02:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:00 - 4:30PM | :30:00 | :18:21 | :00:00 | :13:12 | :00:00 | :00:00 | :00:00 | :00:00 | :05:09 | :00:00 | :00:00 | :00:00 | :00:00 |
| 4:30 - 5:00PM | :30:00 | :09:13 | :03:50 | :05:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:00 - 5:30PM | :30:00 | :00:06 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00PM | :30:00 | :01:33 | :01:33 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30PM | :00:25 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000374



ACD: ACD1_PACWEST

Defendants' Summary Judgment Exhibit No. 37

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** February 2015

## Performance Metrics

City of Industry

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 88.00% |
| 2) | 93.00% |
| MTD Avg. | 90.50% |
| YTD Avg. | 89.50% |
| | *(Goal= 90%)* |

| | | |
|---|---|---|
| ASA Avg. | 16.17 sec | *(Goal= 60 sec)* |
| Hold Avg. | 63 sec | *(Goal= 90 sec)* |
| Break Time Avg. | 41 min | *(Goal= 30 min per day)* |
| Adherence Avg. | 88% | *(Goal=90%)* |
| Routed Points Per Hour: | 9.02 | *(Goal= 9.5)* |
| CSAT: | 97.3% | *(Goal= 97%)* |
| COI OTG : | 97.11% | *(Goal= 96.3%)* |
| Jorge Assigned Team OTG: | 96.82% | *(Goal= 100%)* |
| Overall Productivity: | Meeting | |

## Attendance

*Occurrence points this month:* 0

*Rolling 6-months:* 4

*Warning Level:* DC 2/5/2015

*Prefect attendance:* February

1/12-1/13/2015=2 days out =1 occurrence
12/29/2014= 1day out =1 occurrence
11/23/2014-1 day out= 1 occurrence
10/23/2014-1 day out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in having the highest routed points for COI continue to work to meet the 9.5 goal!
Very good job in training for opener- (continue to balance all tasks in the two hours you have)
Good job in coordinating our cultural events
Thank you for working OT to help our community
Good job in having perfect attendance for February

**Opportunities**

Help techs even when they call the wrong line- reviewed a call with this tech 6146 a LA WEST tech you didn't help (escalate as needed)
Continue to make sure you are not just moving work but confirming all go backs and checking all jobs (tech 3641 go back )
Call on 2/16/2015 @ 3:49 you didn't note the account on the blind transfer to ATS/lots of dead air
Call on 2/26/2015 @ 3:35 didn't confirm the address/dead air - you need to improve with this since this has been a growth opportunity for two years now
Work on your adherence its still not at above 90% -work in taking your lunch on time and continue to minimize your break time
4 miss with your break time - continue to work on this some improvement has been made
Do a proper hand off after you leave to minimize OTG hits - you are very low this month for OTG
Maintain consistency with OTG/House check/WA escalations
Maintain consistency with assisting with OTP /community escalations

**Goals for next 30 days**

Continue to train for routing
Progression classes will be added for writing skills
Continue to help the new hires with questions and moving work as needed
Continue to manage same day quota as needed to keep productivity high

*Acknowledgements:*

[signature] 3-12-2015 [signature] 3-12-2015

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 3/12/2015 11:16:26 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **207:59:32** | **61:03:12** | **8:11:10** | **13:08:51** | **18:40:09** | **5:38:41** | **5:57:35** | **:00:00** | **3:39:08** | **:00:00** | **5:47:38** | **:00:00** | **:00:00** |
| 2/1/2015 | 8:36:02 | 2:42:33 | 1:05:04 | :26:39 | :59:57 | :00:00 | :00:00 | :00:00 | :05:18 | :00:00 | :05:35 | :00:00 | :00:00 |
| 2/2/2015 | 11:05:00 | 3:02:10 | :39:25 | 1:08:22 | :51:02 | :00:00 | :00:00 | :00:00 | :18:10 | :00:00 | :05:11 | :00:00 | :00:00 |
| 2/3/2015 | 11:00:18 | 2:58:31 | :32:42 | :57:10 | :59:52 | :00:00 | :00:00 | :00:00 | :10:19 | :00:00 | :18:28 | :00:00 | :00:00 |
| 2/4/2015 | 11:05:04 | 2:14:01 | :23:49 | :41:35 | :59:35 | :00:00 | :00:00 | :00:00 | :03:52 | :00:00 | :05:10 | :00:00 | :00:00 |
| 2/5/2015 | 11:04:59 | 3:48:20 | :28:50 | :31:50 | 1:00:07 | 1:04:04 | :00:00 | :00:00 | :32:02 | :00:00 | :11:27 | :00:00 | :00:00 |
| 2/8/2015 | 8:50:19 | 2:01:26 | :13:05 | :33:38 | :56:50 | :00:00 | :00:00 | :00:00 | :12:09 | :00:00 | :05:44 | :00:00 | :00:00 |
| 2/9/2015 | 11:03:48 | 2:31:00 | :12:14 | :40:06 | :59:45 | :00:00 | :00:00 | :00:00 | :34:30 | :00:00 | :04:25 | :00:00 | :00:00 |
| 2/10/2015 | 15:10:37 | 7:59:31 | :24:15 | :41:39 | :58:40 | 1:22:59 | :00:00 | :00:00 | :18:21 | :00:00 | 4:13:37 | :00:00 | :00:00 |
| 2/11/2015 | 11:02:02 | 4:56:11 | :34:38 | :30:57 | :58:11 | :00:00 | 2:40:24 | :00:00 | :10:19 | :00:00 | :01:42 | :00:00 | :00:00 |
| 2/12/2015 | 10:58:03 | 1:59:21 | :13:03 | :41:12 | 1:00:03 | :00:00 | :00:00 | :00:00 | :01:39 | :00:00 | :03:24 | :00:00 | :00:00 |
| 2/15/2015 | 9:11:39 | 2:08:13 | :27:28 | :35:37 | :57:48 | :00:00 | :00:00 | :00:00 | :05:43 | :00:00 | :01:37 | :00:00 | :00:00 |
| 2/16/2015 | 11:06:01 | 2:35:29 | :24:19 | :42:18 | 1:00:55 | :00:00 | :00:00 | :00:00 | :23:25 | :00:00 | :04:32 | :00:00 | :00:00 |
| 2/17/2015 | 11:05:52 | 4:31:36 | :38:05 | :44:11 | :59:31 | 1:54:55 | :00:00 | :00:00 | :10:46 | :00:00 | :04:08 | :00:00 | :00:00 |
| 2/18/2015 | 11:12:31 | 5:33:25 | :17:50 | :52:07 | :58:41 | :00:00 | 3:10:26 | :00:00 | :07:39 | :00:00 | :06:42 | :00:00 | :00:00 |
| 2/19/2015 | 11:04:03 | 1:58:33 | :15:37 | :34:30 | 1:02:57 | :00:00 | :00:00 | :00:00 | :05:11 | :00:00 | :00:18 | :00:00 | :00:00 |
| 2/23/2015 | 11:07:45 | 2:09:07 | :16:50 | :47:50 | :54:57 | :00:00 | :00:00 | :00:00 | :03:52 | :00:00 | :05:38 | :00:00 | :00:00 |
| 2/24/2015 | 11:07:04 | 3:25:53 | :21:25 | :34:13 | 1:00:43 | 1:16:43 | :00:00 | :00:00 | :10:42 | :00:00 | :02:07 | :00:00 | :00:00 |
| 2/25/2015 | 11:06:53 | 2:09:04 | :18:50 | :43:15 | 1:00:14 | :00:00 | :00:00 | :00:00 | :02:14 | :00:00 | :04:31 | :00:00 | :00:00 |
| 2/26/2015 | 11:01:32 | 2:18:48 | :23:41 | :41:42 | 1:00:21 | :00:00 | :06:45 | :00:00 | :02:57 | :00:00 | :03:22 | :00:00 | :00:00 |

## Dispatcher Feedback

**Name:** Patricia Valladares **Month:** July 2015

### Performance Metrics

Eagle Rock

*Call Monitoring:*

| | Month Scores | | | |
|---|---|---|---|---|
| 1) | 93.00% | ASA Avg. | 11.75 sec | (Goal= 60 sec) |
| 2) | 86.00% | Hold Avg. | 47 sec | (Goal= 90 sec) |
| MTD Avg. | 89.50% | Break Time Avg. | 35 min | (Goal= 30 min per day) |
| YTD Avg. | 89.07% | Adherence Avg. | 89% | (Goal=90%) |
| | (Goal= 90%) | | | |
| | | Routed Points Per Hour: | June 8.86 | |
| | | Routed Points Per Hour: | 9.33 | (Goal= 9.5) |
| | | CSAT: | 97.9% | (Goal= 97%) |
| | | ER OTG : | 98.76% | (Goal= 96.3%) |
| | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | Overall Productivity: | Partial | |

### Attendance

| | |
|---|---|
| *Occurrence points this month:* | 3 |
| *Rolling 6-months:* | 5 |
| *Sick Hrs Used :* | 27.5 |
| *Kin Care Used :* | 22.15 |
| *Warning Level:* | DC 2/5/2015- pending |
| *Prefect attendance:* | February / May |

7/20-7/21/2015= 2 days = 1 occurrence no sick time
7/16/2015= 4 hrs = 1 occurrence no sick time
7/9/2015= 6.25 hrs = 1 occurrence no sick time
6/14/2015= 1 day = 1 occurrence
4/12-4/13/2015 =2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in providing feedback on missing techs from projections and last minute BE
Good job with your hold time
Good job in doing the community cultural event last minute despite your current morale (good teamwork)

**Opportunities**

Work on your attendance you must have the sick time to be covered-
Call on 7/14 lost control of the call with dead air/no closing - very good improvement in confirming the address
Call on 7/19 address was not confirmed/lost control of the call dead air/didn't confirm all EQ - make sure you are engage in a conversation when helping the techs (listen)
Your feedback on OTG for Sun/Monday has diminish - continue to have consistency with this
Work on your empower its not meeting (excessive time off the phones )
Continue to work on filling routes at start of day to meet RPPH
Work in creating all SRO go backs for contractors on CP installs correctly (slow down)
Work on your break time you had 8misses this month - refocus

**Goals for next 30 days**

Continue to stay focus on all tasks /metrics
Pick one tech from our team that has been doing a great job and do a Val You for them
No classes were completed this month -(take training during the day both routers are here)
Provide feedback and stick to the back up schedule for router call outs

*Acknowledgements:*

P. Vall 8-4-2015 [signature] 8-4-2015

*Employee* *Date* *Supervisor* *Date*

CONFIDENTIAL TWC-PVG000377

Agent AUX Daily - Gallegos, Patricia

Printed: 8/3/2015 11:38:07 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **136:37:46** | **31:47:41** | **2:08:26** | **9:27:00** | **14:50:40** | **3:02:12** | **:19:39** | **:24:30** | **1:19:08** | **:00:00** | **:16:08** | **:00:00** | **:00:00** |
| 7/1/2015 | 8:55:39 | 1:48:16 | :06:19 | :33:38 | :58:56 | :00:00 | :00:00 | :00:00 | :06:59 | :00:00 | :02:24 | :00:00 | :00:00 |
| 7/2/2015 | 8:55:44 | 1:52:06 | :06:38 | :44:03 | :59:32 | :00:00 | :00:00 | :00:00 | :01:34 | :00:00 | :00:19 | :00:00 | :00:00 |
| 7/6/2015 | 9:05:05 | 1:55:46 | :17:40 | :32:43 | :59:34 | :00:00 | :00:00 | :00:00 | :04:57 | :00:00 | :00:52 | :00:00 | :00:00 |
| 7/7/2015 | 9:06:04 | 2:02:48 | :08:52 | :50:16 | :59:38 | :00:00 | :00:00 | :00:00 | :00:03 | :00:00 | :03:59 | :00:00 | :00:00 |
| 7/12/2015 | 8:38:23 | 1:45:20 | :14:03 | :25:05 | :58:38 | :00:00 | :00:00 | :00:00 | :07:13 | :00:00 | :00:21 | :00:00 | :00:00 |
| 7/13/2015 | 9:08:38 | 1:40:11 | :11:18 | :29:30 | :59:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :00:00 |
| 7/14/2015 | 9:09:35 | 2:59:29 | :03:57 | :43:52 | 1:00:06 | 1:09:17 | :00:00 | :00:00 | :00:00 | :00:00 | :02:17 | :00:00 | :00:00 |
| 7/15/2015 | 6:13:29 | 2:21:12 | :02:54 | :39:17 | :59:49 | :38:25 | :00:00 | :00:00 | :00:31 | :00:00 | :00:16 | :00:00 | :00:00 |
| 7/16/2015 | 4:02:49 | :32:47 | :01:14 | :22:12 | :00:00 | :00:00 | :00:00 | :00:00 | :08:51 | :00:00 | :00:30 | :00:00 | :00:00 |
| 7/19/2015 | 9:07:58 | 2:01:14 | :13:40 | :36:08 | :59:30 | :00:00 | :00:00 | :00:00 | :11:49 | :00:00 | :00:07 | :00:00 | :00:00 |
| 7/22/2015 | 8:57:20 | 1:48:13 | :03:44 | :41:17 | :58:22 | :00:00 | :00:00 | :00:00 | :02:07 | :00:00 | :02:43 | :00:00 | :00:00 |
| 7/26/2015 | 8:52:46 | 1:42:38 | :12:32 | :28:28 | :59:40 | :00:00 | :00:00 | :00:00 | :00:57 | :00:00 | :01:01 | :00:00 | :00:00 |
| 7/27/2015 | 9:05:42 | 1:54:32 | :20:08 | :34:56 | :58:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:33 | :00:00 | :00:00 |
| 7/28/2015 | 9:08:46 | 3:15:35 | :02:54 | :33:34 | :59:05 | 1:14:30 | :00:00 | :00:00 | :25:13 | :00:00 | :00:19 | :00:00 | :00:00 |
| 7/29/2015 | 9:05:06 | 2:03:03 | :00:05 | :29:36 | :59:44 | :00:00 | :00:00 | :24:30 | :08:52 | :00:00 | :00:16 | :00:00 | :00:00 |
| 7/30/2015 | 9:04:42 | 2:04:31 | :02:28 | :42:25 | :59:53 | :00:00 | :19:39 | :00:00 | :00:00 | :00:00 | :00:06 | :00:00 | :00:00 |

went



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 8/3/2015 10:11:21 AM

Date: **7/15/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **6:13:29** | **2:21:12** | **:02:54** | **:39:17** | **:59:49** | **:38:25** | **:00:00** | **:00:00** | **:00:31** | **:00:00** | **:00:16** | **:00:00** | **:00:00** |
| 7:30 - 8:00AM | :13:49 | :00:13 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:08 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :15:20 | :00:00 | :15:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :12:23 | :00:53 | :11:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :29:30 | :29:18 | :00:05 | :00:00 | :29:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:07 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :12:07 | :00:00 | :00:00 | :00:43 | :11:24 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :27:01 | :00:00 | :00:00 | :00:00 | :27:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:15 | :01:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :12:29 | :00:02 | :12:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :00:30 | :00:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :00:24 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:22 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :00:10 | :00:10 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:09 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

CONFIDENTIAL

TWC-PVG000379

Agent AUX Interval - Gallegos, Patricia

Printed: 8/3/2015 10:12:07 AM

Date: **7/14/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:09:35** | **2:59:29** | **:03:57** | **:43:52** | **1:00:06** | **1:09:17** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:02:17** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :07:47 | :02:22 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:16 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :14:50 | :00:00 | :14:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:22 | :00:00 | :00:22 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :08:35 | :00:00 | :08:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :29:48 | :00:00 | :00:00 | :29:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :01:51 | :01:33 | :00:00 | :00:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :08:49 | :00:02 | :00:00 | :00:00 | :08:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :22:01 | :01:26 | :20:05 | :00:00 | :00:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :00:50 | :00:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :01:48 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL



ACD: ACD1_PACWEST

TWC-PVG000380

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** August 2015

## Performance Metrics

Eagle Rock

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 96.00% |
| 2) | 93.00% |
| MTD Avg. | 94.50% |
| YTD Avg. | 89.75% |
| | (Goal= 90%) |

| | | |
|---|---|---|
| ASA Avg. | 13.48 sec | (Goal= 60 sec) |
| Hold Avg. | 43 sec | (Goal= 90 sec) |
| Break Time Avg. | 31 min | (Goal= 30 min per day) |
| Adherence Avg. | 94% | (Goal=90%) |
| Routed Points Per Hour: | 9.63 | (Goal= 9.5) |
| CSAT: | 97.6% | (Goal= 97%) |
| ER OTG : | 98.49% | (Goal= 96.3%) |
| Assigned Team OTG: | N/A | (Goal= 100%) |
| Overall Productivity: | Meets | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 1.5 |
| *Rolling 6-months:* | 6.5 |
| *Sick Hrs. Used :* | 27.5 |
| *Kin Care Used :* | 33.75 |
| *Warning Level:* | DC 2/5/2015 & WW 8/27/2015 |
| *Prefect attendance:* | February / May |

8/26/2015 - 2 min late =0.5 occurrence
8/17/2015 1.75 no sick time =1 occurrence
7/20-7/21/2015= 2 days = 1 occurrence no sick time
7/16/2015= 4 hrs. = 1 occurrence no sick time
7/9/2015= 6.25 hrs. = 1 occurrence no sick time
6/14/2015= 1 day = 1 occurrence
4/12-4/13/2015 =2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good improvement made with your break time - stay on track
Good hold time/adherence
Good job in cp 1 class for progression
Good job in doing your ValYou for tech 6240 for August
Good job in owning our community events and keeping track of all logistics
Thank you for covering with Overtime for routing
Good job in keeping the contractors informed on current tool issues (sent email on registration failed on 8/24/2015)

**Opportunities**

Call on 8/12 - good job in giving the tech work and confirming the address - keep working on the control of dead air
Call on 8/13 - too much dead air/no closing
Continue to work in managing quota daily at the start of the day - this is part of your routing responsibilities
Continue to work on your attendance
Work in slowing down since you are placing trouble calls on hold
Continue to stay focus I using the disposition tool

**Goals for next 30 days**

Continue to stay focus on all tasks /metrics
Continue to work in answering community escalations/OTP (minimal participation has been seen from your part)
Continue to work in providing feedback on any issue causing OTG misses
You will be set for a ride out
You will be set to cross train with routing to learn all department areas
Provide feedback and stick to the back up schedule for router call outs

*Acknowledgements:*

*Employee* 9-9-2015 *Date* *Supervisor* *Date* 9/9/2015

Agent AUX Daily - Gallegos, Patricia

Printed: 9/2/2015 12:42:48 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **185:04:47** | **39:08:19** | **2:05:08** | **10:59:37** | **20:35:24** | **3:28:32** | **:00:00** | **:00:00** | **1:04:31** | **:00:00** | **:55:07** | **:00:00** | **:00:00** |
| 8/2/2015 | 8:55:04 | 1:52:51 | :04:02 | :47:54 | :58:20 | :00:00 | :00:00 | :00:00 | :00:49 | :00:00 | :01:46 | :00:00 | :00:00 |
| 8/3/2015 | 9:04:13 | 1:57:09 | :10:41 | :38:16 | 1:00:21 | :00:00 | :00:00 | :00:00 | :07:48 | :00:00 | :00:03 | :00:00 | :00:00 |
| 8/4/2015 | 8:55:18 | 3:24:05 | :03:15 | :39:48 | :58:20 | 1:29:34 | :00:00 | :00:00 | :11:19 | :00:00 | :01:49 | :00:00 | :00:00 |
| 8/5/2015 | 9:05:19 | 1:30:53 | :02:45 | :26:29 | :58:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:45 | :00:00 | :00:00 |
| 8/6/2015 | 8:47:02 | 1:37:35 | :04:08 | :33:14 | :59:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:35 | :00:00 | :00:00 |
| 8/9/2015 | 6:03:06 | 1:26:12 | :08:49 | :14:35 | :58:59 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:49 | :00:00 | :00:00 |
| 8/10/2015 | 9:03:01 | 1:45:24 | :11:30 | :32:22 | :58:07 | :00:00 | :00:00 | :00:00 | :03:21 | :00:00 | :00:04 | :00:00 | :00:00 |
| 8/11/2015 | 9:05:28 | 3:24:29 | :11:58 | :31:59 | :58:21 | 1:40:06 | :00:00 | :00:00 | :00:23 | :00:00 | :01:42 | :00:00 | :00:00 |
| 8/12/2015 | 9:03:54 | 1:44:08 | :03:37 | :31:58 | :58:27 | :00:00 | :00:00 | :00:00 | :03:26 | :00:00 | :06:40 | :00:00 | :00:00 |
| 8/13/2015 | 8:35:08 | 1:34:12 | :03:41 | :24:19 | :59:03 | :00:00 | :00:00 | :00:00 | :03:12 | :00:00 | :03:57 | :00:00 | :00:00 |
| 8/16/2015 | 8:59:28 | 1:28:53 | :03:25 | :27:35 | :57:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:19 | :00:00 | :00:00 |
| 8/18/2015 | 9:06:05 | 1:34:45 | :02:53 | :29:06 | 1:00:11 | :00:00 | :00:00 | :00:00 | :02:19 | :00:00 | :00:16 | :00:00 | :00:00 |
| 8/19/2015 | 8:59:28 | 2:04:57 | :02:56 | 1:00:59 | :56:22 | :00:00 | :00:00 | :00:00 | :04:28 | :00:00 | :00:12 | :00:00 | :00:00 |
| 8/21/2015 | 9:04:30 | 1:42:42 | :07:13 | :27:38 | :58:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:47 | :00:00 | :00:00 |
| 8/23/2015 | 8:04:19 | 1:36:48 | :08:01 | :28:25 | :59:36 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :00:41 | :00:00 | :00:00 |
| 8/24/2015 | 9:01:45 | 1:46:17 | :16:45 | :30:22 | :57:20 | :00:00 | :00:00 | :00:00 | :01:46 | :00:00 | :00:04 | :00:00 | :00:00 |
| 8/25/2015 | 9:04:49 | 1:47:56 | :02:03 | :24:18 | :58:30 | :00:00 | :00:00 | :00:00 | :22:37 | :00:00 | :00:28 | :00:00 | :00:00 |
| 8/26/2015 | 8:57:21 | 1:38:07 | :07:49 | :27:52 | :59:24 | :00:00 | :00:00 | :00:00 | :02:58 | :00:00 | :00:04 | :00:00 | :00:00 |
| 8/27/2015 | 9:05:13 | 2:12:52 | :03:11 | :30:29 | 1:00:45 | :18:52 | :00:00 | :00:00 | :00:00 | :00:00 | :19:35 | :00:00 | :00:00 |
| 8/30/2015 | 8:59:00 | 1:26:40 | :04:50 | :22:42 | :59:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:07 | :00:00 | :00:00 |
| 8/31/2015 | 9:05:16 | 1:31:24 | :01:36 | :29:17 | 1:00:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:24 | :00:00 | :00:00 |

good improvement

Agent AUX Interval - Gallegos, Patricia

Printed: 9/2/2015 12:43:24 PM

TWC-PVG000383

Date: **8/19/2015**

Agent: **Gallegos, Patricia**

Forgot about phone Vld email was sent

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **8:59:28** | **2:04:57** | **:02:56** | **1:00:59** | **:56:22** | **:00:00** | **:00:00** | **:00:00** | **:04:28** | **:00:00** | **:00:12** | **:00:00** | **:00:00** |
| 5:00 - 5:30AM | :28:42 | :00:17 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:12 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :11:16 | :00:00 | :11:16 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :30:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :05:23 | :00:23 | :00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :04:21 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :01:07 | :01:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :28:25 | :00:00 | :00:00 | :28:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :27:57 | :00:00 | :00:00 | :27:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :00:48 | :00:48 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :11:35 | :00:00 | :11:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:07 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :01:30 | :00:02 | :01:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :00:03 | :00:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :00:28 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :06:08 | :00:00 | :06:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :00:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

CONFIDENTIAL

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** September 2015

## Performance Metrics

Eagle Rock

*Call Monitoring:*

| | Month Scores |
|---|---|
| 1) | 92.00% |
| 2) | 93.00% |
| MTD Avg. | 92.50% |
| YTD Avg. | 90.06% |
| | (Goal= 90%) |

| | | |
|---|---|---|
| ASA Avg. | 10.34 sec | (Goal= 60 sec) |
| Hold Avg. | 39 sec | (Goal= 90 sec) |
| Break Time Avg. | 31 min | (Goal= 30 min per day) |
| Adherence Avg. | 91% | (Goal=90%) |
| Routed Points Per Hour: | 9.93 | (Goal= 9.5) |
| CSAT: | 97.4% | (Goal= 97%) |
| ER OTG : | 98.36% | (Goal= 96.3%) |
| Assigned Team OTG: | N/A | (Goal= 100%) |
| Overall Productivity: | Meets | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 1.5 |
| *Rolling 6-months:* | 6.5 |
| *Kin Care Used :* | 33.75 |
| *Warning Level:* | DC 2/5/2015 & WW 8/27/2015 |
| *Prefect attendance:* | February / May |

8/26/2015 - 2 min late =0.5 occurrence
8/17/2015 1.75 no sick time =1 occurrence
7/20-7/21/2015= 2 days = 1 occurrence no sick time
7/16/2015= 4 hrs. = 1 occurrence no sick time
7/9/2015= 6.25 hrs. = 1 occurrence no sick time
6/14/2015= 1 day = 1 occurrence
4/12-4/13/2015 =2 days out =1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job with your hold time
Continue to provide feedback on issues you find with routing
Good job in owning the cultural event for this month
Good job with your hold time

**Opportunities**

Call on 9/16 no two way conversation (dead air for most of the call) /didn't confirm the address/ good job in confirming the EQ before removal
Call on 9/17 - tech was on hold for too long / no closing - good job in getting guidance on the international plan to better assist the tech
Meeting was not added for 9/10 due to 2nd break was not modified
Own a team when you see someone is out and provide OTG feedbacks on that team - minimal participation has been seen on this from your part
Work on your break you had 6 misses this month - this is also having an impact with your adherence
Continue to work on your attendance -
Work in completing training in LMS on the days you are not routing. No classes have been completed this month
Check for positive work and Easy activations prior to pulling traps
Continue to work in using the disposition tool for all your calls you are currently in the red - goal is 85% and above

**Goals for next 30 days**

Start to confirm next move for tech on all NA /CP /XO jobs
Complete the mandatory training
Continue with your progression classes
Start your end of the year review

*Acknowledgements:*

[signature] 10-8-2015 [signature] 10/8/2015

*Employee* *Date* *Supervisor* *Date*

Agent AUX Interval - Gallegos, Patricia

Printed: 7/1/2015 02:14:14 PM

Date: **6/15/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:05:43** | **4:04:30** | **:10:03** | **:21:58** | **:59:15** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **2:33:14** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :04:34 | :04:34 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :04:29 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :28:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :28:44 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :02:26 | :02:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :03:03 | :03:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:34 | :00:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :06:13 | :01:17 | :00:00 | :04:56 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :24:19 | :00:00 | :00:00 | :24:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :02:00 | :02:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:36 | :00:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :10:36 | :00:00 | :10:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :11:24 | :00:02 | :11:22 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :01:09 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000385



ACD: ACD1_PACWEST

Agent AUX Daily - Gallegos, Patricia

Printed: 10/5/2015 09:30:29 AM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **173:21:47** | **39:47:30** | **1:27:54** | **10:33:28** | **18:26:32** | **4:04:31** | **1:52:44** | **:00:00** | **2:20:22** | **:00:00** | **1:01:59** | **:00:00** | **:00:00** |
| 9/1/2015 | 9:04:12 | 1:51:09 | :02:23 | :33:49 | :58:12 | :00:00 | :00:00 | :00:00 | :16:35 | :00:00 | :00:10 | :00:00 | :00:00 |
| 9/2/2015 | 8:55:58 | 1:35:04 | :05:14 | :27:03 | :58:44 | :00:00 | :00:00 | :00:00 | :03:05 | :00:00 | :00:58 | :00:00 | :00:00 |
| 9/3/2015 | 8:59:12 | 1:39:14 | :03:23 | :29:46 | 1:00:04 | :00:00 | :00:00 | :00:00 | :04:11 | :00:00 | :01:50 | :00:00 | :00:00 |
| 9/6/2015 | 11:04:16 | 1:52:37 | :04:45 | :30:11 | :56:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :21:33 | :00:00 | :00:00 |
| 9/8/2015 | 9:04:12 | 1:41:40 | :08:21 | :34:48 | :58:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:04 | :00:00 | :00:00 |
| 9/9/2015 | 9:10:27 | 2:24:24 | :04:03 | :34:29 | :58:20 | :47:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:04 | :00:00 | :00:00 |
| 9/10/2015 | 9:03:56 | 3:28:20 | :01:54 | :24:42 | :57:36 | 2:03:55 | :00:00 | :00:00 | :00:00 | :00:00 | :00:13 | :00:00 | :00:00 |
| 9/13/2015 | 9:04:50 | 1:33:11 | :04:05 | :30:35 | :58:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:06 | :00:00 | :00:00 |
| 9/14/2015 | 9:05:56 | 1:42:25 | :03:58 | :33:55 | :55:45 | :00:00 | :00:00 | :00:00 | :08:06 | :00:00 | :00:41 | :00:00 | :00:00 |
| 9/15/2015 | 7:30:29 | 1:36:11 | :06:06 | :30:50 | :58:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:36 | :00:00 | :00:00 |
| 9/16/2015 | 9:02:51 | 1:51:41 | :03:13 | :39:06 | :58:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :10:37 | :00:00 | :00:00 |
| 9/17/2015 | 9:05:46 | 2:54:42 | :04:48 | :32:32 | :58:42 | 1:13:08 | :00:00 | :00:00 | :00:00 | :00:00 | :05:32 | :00:00 | :00:00 |
| 9/20/2015 | 9:03:49 | 1:49:24 | :07:51 | :42:53 | :58:03 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:37 | :00:00 | :00:00 |
| 9/21/2015 | 9:04:49 | 1:45:08 | :12:40 | :25:51 | :57:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :08:47 | :00:00 | :00:00 |
| 9/22/2015 | 9:03:54 | 3:12:08 | :01:04 | :35:32 | :57:41 | :00:00 | :00:00 | :00:00 | 1:35:59 | :00:00 | :01:52 | :00:00 | :00:00 |
| 9/23/2015 | 8:58:47 | 1:39:59 | :05:06 | :35:16 | :59:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:18 | :00:00 | :00:00 |
| 9/27/2015 | 5:59:49 | 1:30:37 | :04:39 | :14:42 | :57:41 | :00:00 | :00:00 | :00:00 | :09:21 | :00:00 | :04:14 | :00:00 | :00:00 |
| 9/28/2015 | 4:04:10 | :26:09 | :00:07 | :22:35 | :00:00 | :00:00 | :00:00 | :00:00 | :03:05 | :00:00 | :00:22 | :00:00 | :00:00 |
| 9/29/2015 | 9:02:43 | 3:32:40 | :01:58 | :38:06 | :59:40 | :00:00 | 1:52:44 | :00:00 | :00:00 | :00:00 | :00:12 | :00:00 | :00:00 |
| 9/30/2015 | 8:51:41 | 1:40:47 | :02:16 | :36:47 | :58:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:13 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 10/5/2015 09:31:10 AM

Date: **9/20/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:03:49** | **1:49:24** | **:07:51** | **:42:53** | **:58:03** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:37** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :01:21 | :00:43 | :00:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:36 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :01:27 | :01:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :00:35 | :00:00 | :00:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :15:32 | :03:38 | :11:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :28:27 | :00:00 | :00:00 | :28:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :29:36 | :00:00 | :00:00 | :29:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :00:53 | :00:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :09:29 | :00:02 | :09:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :20:57 | :00:00 | :20:57 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :01:38 | :01:38 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :02:28 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

CONFIDENTIAL

TWC-PVG000387

# Dispatcher Feedback

**Name:** Patricia Valladares **Month:** October 2015

## Performance Metrics

Eagle Rock

*Call Monitoring:* Month Scores

| | | | | |
|---|---|---|---|---|
| 1) | 94.00% | ASA Avg. | 5.17 sec | (Goal= 60 sec) |
| 2) | 96.00% | Hold Avg. | 45 sec | (Goal= 90 sec) |
| MTD Avg. | 95.00% | Break Time Avg. | 33 min | (Goal= 30 min per day) |
| YTD Avg. | 90.55% | Adherence Avg. | 92% | (Goal=90%) |
| | (Goal= 90%) | | | |
| | | Routed Points Per Hour: | 9.88 | (Goal= 9.5) |
| | | CSAT: | 98.4% | (Goal= 97%) |
| | | ER OTG : | 98.45% | (Goal= 96.3%) |
| | | Assigned Team OTG: | N/A | (Goal= 100%) |
| | | Overall Productivity: | Meets | |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 0 |
| *Rolling 6-months:* | 5.5 |
| *Kin Care Used :* | 36.75 |
| *Warning Level:* | DC 2/5/2015 & WW 8/27/2015 |
| *Prefect attendance:* | February / May |

8/26/2015 - 2 min late =0.5 occurrence
8/17/2015 1.75 no sick time =1 occurrence
7/20-7/21/2015= 2 days = 1 occurrence no sick time
7/16/2015= 4 hrs. = 1 occurrence no sick time
7/9/2015= 6.25 hrs. = 1 occurrence no sick time
6/14/2015= 1 day = 1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

### Strengths/Contributions

Good job in having minimal SP and Coaching time
Very good hold time / adherence
Good job in completing two classes for progression
Good job in keeping track of our community events
Good job in providing feedback on techs not status correctly/work being moved that causes possible OTG misses

### Opportunities

Meeting for 10/6 was not added since your break was not modified
Call on 10/14 - address was not confirmed /no closing /good job in confirming with Sup Jose in placing the job back on the tech's route-moving forward do a go back for those jobs and change the time frame since he is going back with his sup
Call on 10/18 - lots of dead air - good job in confirming the address
Work on your break time this is becoming excessive again you had 11 misses this month
Continue to work on your attendance
Continue to work in routing both for time frames and drive time to minimize OTG hits
Work in taking care of the customers when a call is sent over from contractors as a possible TC- (escalate concerns to me if needed)

### Goals for next 30 days

Continue to focus in meeting the 85% goal with the usage of the disposition tool - great improvement is needed with this - slow down as needed to achieve this goal
Continue with your grammar classes for progression
Start to think of a presentation/email you would like to cover in one of our team meetings

*Acknowledgements*

[signature] 11-12-2015 [signature] 11/12/2015

*Employee* *Date* *Supervisor* *Date*

Agent AUX Daily - Gallegos, Patricia Printed: 11/4/2015 04:51:56 PM

Good job

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **184:44:38** | **48:40:01** | **2:39:38** | **11:18:41** | **19:29:37** | **5:28:44** | **8:27:11** | **:00:04** | **:38:24** | **:00:00** | **:37:42** | **:00:00** | **:00:00** |
| 10/1/2015 | 10:06:11 | 1:44:51 | :08:19 | :35:02 | :59:27 | :00:00 | :00:00 | :00:00 | :01:59 | :00:00 | :00:04 | :00:00 | :00:00 |
| 10/4/2015 | 10:03:37 | 1:49:21 | :07:42 | :38:48 | :57:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :05:25 | :00:00 | :00:00 |
| 10/5/2015 | 9:03:54 | 1:46:32 | :16:14 | :29:06 | 1:01:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:06 | :00:00 | :00:00 |
| 10/6/2015 | 9:17:58 | 2:56:27 | :05:25 | :36:49 | :58:08 | 1:07:39 | :00:00 | :00:04 | :08:23 | :00:00 | :00:04 | :00:00 | :00:00 |
| 10/7/2015 | 8:55:48 | 1:38:56 | :05:42 | :29:51 | 1:02:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:04 | :00:00 | :00:00 |
| 10/8/2015 | 8:59:28 | 2:35:22 | :01:41 | :37:19 | :58:15 | :56:24 | :00:00 | :00:00 | :01:40 | :00:00 | :00:03 | :00:00 | :00:00 |
| 10/11/2015 | 9:00:00 | 1:44:14 | :03:59 | :38:58 | :58:07 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:10 | :00:00 | :00:00 |
| 10/12/2015 | 9:32:17 | 1:45:37 | :26:41 | :19:17 | :58:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:22 | :00:00 | :00:00 |
| 10/13/2015 | 9:02:53 | 3:51:04 | :06:00 | :41:29 | :58:17 | :00:00 | 1:56:10 | :00:00 | :02:32 | :00:00 | :06:36 | :00:00 | :00:00 |
| 10/14/2015 | 6:09:25 | 3:34:37 | :03:10 | :14:05 | :58:42 | :00:00 | 2:11:10 | :00:00 | :00:00 | :00:00 | :07:30 | :00:00 | :00:00 |
| 10/15/2015 | 9:04:37 | 3:41:44 | :06:18 | :33:34 | :59:17 | :00:00 | 2:02:29 | :00:00 | :00:00 | :00:00 | :00:06 | :00:00 | :00:00 |
| 10/18/2015 | 9:04:50 | 1:42:02 | :05:33 | :38:15 | :54:06 | :00:00 | :00:00 | :00:00 | :05:37 | :00:00 | :00:31 | :00:00 | :00:00 |
| 10/19/2015 | 9:01:49 | 1:47:42 | :08:32 | :42:43 | :55:31 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:56 | :00:00 | :00:00 |
| 10/20/2015 | 9:08:53 | 2:59:46 | :03:45 | :32:43 | :57:30 | 1:22:53 | :00:00 | :00:00 | :02:45 | :00:00 | :00:10 | :00:00 | :00:00 |
| 10/21/2015 | 9:03:24 | 3:54:36 | :01:20 | :36:39 | :59:07 | :00:00 | 2:17:22 | :00:00 | :00:04 | :00:00 | :00:04 | :00:00 | :00:00 |
| 10/22/2015 | 9:10:34 | 1:47:42 | :04:37 | :36:05 | :59:26 | :00:00 | :00:00 | :00:00 | :01:15 | :00:00 | :06:19 | :00:00 | :00:00 |
| 10/25/2015 | 9:55:27 | 1:43:28 | :05:23 | :32:10 | 1:00:11 | :00:00 | :00:00 | :00:00 | :04:34 | :00:00 | :01:10 | :00:00 | :00:00 |
| 10/26/2015 | 10:02:01 | 2:05:27 | :31:45 | :33:41 | :59:53 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:08 | :00:00 | :00:00 |
| 10/27/2015 | 10:02:44 | 2:56:19 | :03:46 | :43:07 | :56:49 | 1:03:13 | :00:00 | :00:00 | :06:52 | :00:00 | :02:32 | :00:00 | :00:00 |
| 10/28/2015 | 9:58:48 | 2:34:14 | :03:46 | :31:05 | :57:43 | :58:35 | :00:00 | :00:00 | :02:43 | :00:00 | :00:22 | :00:00 | :00:00 |

Improvement needed

 ACD: ACD1_PACWEST

CONFIDENTIAL TWC-PVG000389

Agent AUX Interval - Gallegos, Patricia

Printed: 11/4/2015 04:55:06 PM

Date: **10/27/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **10:02:44** | **2:56:19** | **:03:46** | **:43:07** | **:56:49** | **1:03:13** | **:00:00** | **:00:00** | **:06:52** | **:00:00** | **:02:32** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :02:35 | :02:35 | :00:08 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:27 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :00:04 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:04 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :07:43 | :00:00 | :07:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :16:14 | :00:00 | :16:14 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :00:36 | :00:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:40 | :00:40 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :29:25 | :00:00 | :00:00 | :29:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :27:24 | :02:36 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :06:54 | :00:00 | :00:00 | :00:00 | :00:37 | :00:00 | :00:00 | :06:17 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :12:05 | :00:00 | :12:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :07:42 | :00:37 | :07:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :01:43 | :01:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:30 - 3:00PM | :30:00 | :00:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:27 | :00:00 | :00:00 | :00:00 | :00:00 |
| 3:00 - 3:30PM | :00:09 | :00:09 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:08 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000390



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 11/4/2015 04:54:41 PM

Date: **10/19/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:01:49** | **1:47:42** | **:08:32** | **:42:43** | **:55:31** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:00** | **:00:56** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :01:12 | :01:00 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:55 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :02:46 | :02:46 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :02:02 | :02:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :14:54 | :00:00 | :14:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :01:20 | :01:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:45 | :00:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :29:39 | :00:00 | :00:00 | :29:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :30:00 | :00:00 | :04:08 | :25:52 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :02:00 | :00:00 | :02:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:02 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :09:28 | :00:02 | :09:26 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :12:15 | :00:00 | :12:15 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :01:30 | :01:30 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :00:37 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |

Page 1 of 1

ACD: ACD1_PACWEST

CONFIDENTIAL

TWC-PVG000391

# Dispatcher Feedback

Name: Patricia Valladares    Month: November 2015

## Performance Metrics

Eagle Rock

*Call Monitoring:*

| | Month Scores | | | |
|---|---|---|---|---|
| 1) | 86.00% | ASA Avg. | 5.71 sec | (Goal= 60 sec) |
| 2) | 93.00% | Hold Avg. | 54 sec | (Goal= 90 sec) |
| MTD Avg. | 89.50% | Break Time Avg. | 30 min | (Goal= 30 min per day) |
| YTD Avg. | 90.45% | Adherence Avg. | 93% | (Goal=90%) |
| | (Goal= 90%) | | | |

| | | |
|---|---|---|
| Routed Points Per Hour: | 9.28 | (Goal= 9.5) |
| CSAT: | 98.6% | (Goal= 97%) |
| ER OTG : | 98.64% | (Goal= 96.3%) |
| Assigned Team OTG: | N/A | (Goal= 100%) |
| Overall Productivity: | Meets | |

## Attendance

*Occurrence points this month:* 0

*Rolling 6-months:* 5.5

8/26/2015 - 2 min late =0.5 occurrence
8/17/2015 1.75 no sick time =1 occurrence
7/20-7/21/2015= 2 days = 1 occurrence no sick time
7/16/2015= 4 hrs. = 1 occurrence no sick time
7/9/2015= 6.25 hrs. = 1 occurrence no sick time
6/14/2015= 1 day = 1 occurrence

*Kin Care Used :* 36.75

*Warning Level:* DC 2/5/2015 & WW 8/27/2015

*Prefect attendance:* February / May / November

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job with your Aux usages
Good job with having perfect attendance this month
Good job in keeping me posted with techs not using the call out line
Good job in coordinating the EOY events
Good hold time /adherence

**Opportunities**

Call on 11/17/2015 - no address confirmation/did not confirm the xo with the customer/didn't focus on the call/lots of dead air
keep the techs busy before they ask for work
Call on 11/18 /2015- dead air/no closing
Continue to work on your calls - Quality diminish this month again
You still had 5 misses with your break time this month -2nd month in a row- you are moving in the right direction
You still had a miss at the start of the day with your phone on 11/8/2015
Continue to work in proactively owning a team when someone is out or on break (minimal participation has been seen from you)
Only 1 class was completed this month/ continue to work in doing training on days you are not routing since you should stay busy
Continue to work on the usage of the disposition tool

**Goals for next 30 days**

Continue to keep focus with all tasks and looking for ways to improve our community
Continue to work on your assigned training
Still pending an idea for a team presentation

*Acknowledgements:*

[signature] 12-17-2015    [signature] 12/17/2015
*Employee*    *Date*    *Supervisor*    *Date*

Agent AUX Daily - Gallegos, Patricia

Printed: 12/2/2015 04:35:14 PM

Agent: **Gallegos, Patricia**

| Date | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **162:47:58** | **36:21:40** | **2:38:24** | **9:08:17** | **16:36:34** | **4:45:49** | **:43:10** | **:00:00** | **:32:15** | **:00:00** | **1:57:11** | **:00:00** | **:00:00** |
| 11/2/2015 | 9:06:13 | :42:02 | :06:02 | :35:43 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:17 | :00:00 | :00:00 |
| 11/3/2015 | 9:05:37 | 1:56:53 | :28:11 | :31:00 | :57:37 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :00:00 |
| 11/4/2015 | 9:03:20 | 1:41:14 | :04:40 | :33:50 | 1:00:09 | :00:00 | :00:00 | :00:00 | :02:04 | :00:00 | :00:31 | :00:00 | :00:00 |
| 11/5/2015 | 9:08:10 | 1:43:01 | :07:10 | :36:21 | :56:46 | :00:00 | :00:00 | :00:00 | :02:33 | :00:00 | :00:11 | :00:00 | :00:00 |
| 11/8/2015 | 9:01:54 | 3:02:02 | :16:36 | :25:10 | :59:15 | :00:00 | :00:00 | :00:00 | :05:56 | :00:00 | 1:15:05 | :00:00 | :00:00 |
| 11/9/2015 | 9:02:56 | 1:36:30 | :06:37 | :28:50 | 1:00:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:24 | :00:00 | :00:00 |
| 11/10/2015 | 9:05:05 | 3:00:46 | :09:36 | :33:41 | :54:51 | 1:22:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:11 | :00:00 | :00:00 |
| 11/11/2015 | 8:33:55 | 1:20:40 | :03:08 | :17:32 | :57:50 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :02:10 | :00:00 | :00:00 |
| 11/12/2015 | 8:55:58 | 1:38:48 | :05:10 | :13:18 | :57:29 | :21:46 | :00:00 | :00:00 | :00:33 | :00:00 | :00:32 | :00:00 | :00:00 |
| 11/15/2015 | 9:06:58 | 1:29:16 | :04:15 | :25:47 | :58:12 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :01:02 | :00:00 | :00:00 |
| 11/16/2015 | 9:06:18 | 1:49:36 | :07:58 | :38:17 | :59:40 | :00:00 | :00:00 | :00:00 | :03:37 | :00:00 | :00:04 | :00:00 | :00:00 |
| 11/17/2015 | 10:03:51 | 3:45:42 | :23:39 | :29:14 | :59:40 | 1:44:43 | :00:00 | :00:00 | :06:52 | :00:00 | :01:34 | :00:00 | :00:00 |
| 11/18/2015 | 9:06:31 | 1:35:55 | :05:24 | :30:44 | :58:37 | :00:00 | :00:00 | :00:00 | :00:14 | :00:00 | :00:56 | :00:00 | :00:00 |
| 11/23/2015 | 8:59:12 | 1:41:27 | :06:48 | :35:15 | :58:30 | :00:00 | :00:00 | :00:00 | :00:20 | :00:00 | :00:34 | :00:00 | :00:00 |
| 11/24/2015 | 8:58:43 | 2:03:57 | :10:14 | :42:02 | :58:23 | :00:00 | :00:00 | :00:00 | :10:00 | :00:00 | :03:18 | :00:00 | :00:00 |
| 11/25/2015 | 8:57:32 | 3:28:02 | :01:18 | :26:16 | :59:52 | 1:16:53 | :43:10 | :00:00 | :00:00 | :00:00 | :00:33 | :00:00 | :00:00 |
| 11/29/2015 | 8:21:17 | 2:08:26 | :07:57 | :30:58 | :59:46 | :00:00 | :00:00 | :00:00 | :00:06 | :00:00 | :29:39 | :00:00 | :00:00 |
| 11/30/2015 | 9:04:28 | 1:37:23 | :03:41 | :34:19 | :59:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :00:00 |



ACD: ACD1_PACWEST

CONFIDENTIAL

TWC-PVG000393

Agent AUX Interval - Gallegos, Patricia

Printed: 12/2/2015 04:35:48 PM

Date: **11/8/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **9:01:54** | **3:02:02** | **:16:36** | **:25:10** | **:59:15** | **:00:00** | **:00:00** | **:00:00** | **:05:56** | **:00:00** | **1:15:05** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :06:40 | :03:45 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:40 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :25:08 | :25:04 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :24:59 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :16:25 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :16:25 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :17:33 | :02:46 | :14:47 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :03:00 | :03:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :05:12 | :01:17 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:55 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :30:00 | :00:00 | :00:00 | :27:59 | :00:00 | :00:00 | :00:00 | :02:01 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :30:00 | :00:00 | :00:00 | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :12:32 | :00:58 | :10:18 | :01:16 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :00:54 | :00:49 | :00:05 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:23 | :00:23 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :01:01 | :01:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :01:54 | :01:54 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :04:18 | :04:18 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :00:06 | :00:01 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:01 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000394



ACD: ACD1_PACWEST

Agent AUX Interval - Gallegos, Patricia

Printed: 12/2/2015 04:36:16 PM

Date: **11/24/2015**

Agent: **Gallegos, Patricia**

| Time | Staffed Time | AUX Time | Time in Default | Time in Break | Time in Lunch | Time in Meeting | Time in Training | Time in Coaching | Time in Special Project | Time in Outbound Call | Time in Agent Logon | Time in Personal | Time in AUX 10-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | **8:58:43** | **2:03:57** | **:10:14** | **:42:02** | **:58:23** | **:00:00** | **:00:00** | **:00:00** | **:10:00** | **:00:00** | **:03:18** | **:00:00** | **:00:00** |
| 4:30 - 5:00AM | :00:11 | :00:11 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:05 | :00:00 | :00:00 |
| 5:00 - 5:30AM | :28:04 | :03:19 | :00:06 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :03:13 | :00:00 | :00:00 |
| 5:30 - 6:00AM | :30:00 | :01:29 | :01:29 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:00 - 6:30AM | :30:00 | :01:20 | :01:20 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 6:30 - 7:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:00 - 7:30AM | :30:00 | :01:27 | :01:27 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 7:30 - 8:00AM | :30:00 | :05:15 | :01:36 | :03:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:00 - 8:30AM | :30:00 | :21:29 | :01:44 | :19:45 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 8:30 - 9:00AM | :30:00 | :01:13 | :01:13 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:00 - 9:30AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 9:30 - 10:00AM | :30:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:00 - 10:30AM | :30:00 | :28:39 | :00:00 | :00:00 | :28:39 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 10:30 - 11:00AM | :30:00 | :29:44 | :00:00 | :00:00 | :29:44 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:00 - 11:30AM | :30:00 | :00:34 | :00:34 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 11:30 - 12:00PM | :30:00 | :09:19 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :09:17 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:00 - 12:30PM | :30:00 | :00:35 | :00:35 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 12:30 - 1:00PM | :30:00 | :16:19 | :00:00 | :16:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:00 - 1:30PM | :30:00 | :02:19 | :00:00 | :02:19 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 |
| 1:30 - 2:00PM | :30:00 | :00:17 | :00:02 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:15 | :00:00 | :00:00 | :00:00 | :00:00 |
| 2:00 - 2:30PM | :00:28 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:00 | :00:28 | :00:00 | :00:00 | :00:00 | :00:00 |

CONFIDENTIAL

TWC-PVG000395



ACD: ACD1_PACWEST