AMY E. BEVERLIN (SBN 284745)
abeverlin@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (310) 613-7050
Facsimile: (404) 400-7333

J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
Joseph W. Ozmer II (*pro hac vice*)
jozmer@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

Attorneys for Defendants Time Warner Cable Inc.
and TWC Administration LLC

**UNITED STATES DISTRICT COURT IN AND FOR**
**THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOIS A. MANIGO, ORLANDO GUTIERREZ, PHILIP MARTINEZ, PATRICIA VALLADARES-GALLEGOS, SHANA GILMORE, and WARREN V. NICHOLS, Individually and on Behalf of all Others Similarly Situated,<br>Plaintiff,<br>vs.<br>TIME WARNER CABLE INC. and TWC ADMINISTRATION LLC,<br>Defendants. | Case No.: 2:16-cv-06722-JFW (PLAx)<br><br>Hon. John F. Walter (Courtroom 7A)<br><br>**DECLARATION OF DYAH SALINO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OPPOSITON TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23**<br><br>[*Defendants' Opposition, Declarations of J. Scott Carr and Nadine Solis, and Appendix Of Declarations Filed Concurrently Herewith*]<br><br>Date: March 27, 2017<br>Time: 1:30 P.M.<br>Location: Courtroom 7A |

I, Dyah Salino, do hereby declare as follows, based upon my personal knowledge of the matters contained herein:

1. I am over 18 years of age and competent to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily. I have not been promised any benefit, coerced or threatened in any manner in exchange for the testimony in this declaration.

2. I was employed as a dispatcher from 2006 until August 2014, when I was promoted to dispatch supervisor. I currently report to Nadine Solis, the El Segundo Dispatch Manager. I have worked at the El Segundo dispatch location since 2008. While I was a dispatcher, I had six different supervisors over the years. At any given time, I supervise approximately 12 dispatchers.

3. As a dispatcher for the Company, I was paid an hourly wage and received overtime pay when I worked more than eight hours in a day or 40 hours in a workweek.

4. As a dispatcher, and now as a supervisor, I was always aware of the Company policy that requires dispatchers to take a meal break of one hour, and two 15-minute rest breaks each day they work an eight-hour shift. As a dispatcher, I also understood that I was not allowed to skip meal and rest breaks and, now as a supervisor, I enforce that rule.

5. When I worked as a dispatcher, my supervisor scheduled me to take a meal break every workday before the end of the fifth hour of my shift. As a supervisor, I schedule the dispatchers who report to me to take their meal breaks every workday before the end of the fifth hour of their shifts. Dispatchers on my team work a variety of eight-hour shifts. The latest I schedule a meal break to start for a dispatcher is four hours and 45 minutes into

the shift. I schedule several dispatchers to start their meal breaks four hours into the shift.

6. I, and the other supervisors in El Segundo, schedule dispatcher meal breaks on a staggered basis to ensure adequate coverage throughout the day. Because we schedule meal breaks in this way, it is important that dispatchers adhere to their break schedule, taking their meal and rest breaks as close as possible to the scheduled time. Because we know that meal breaks cannot always start at the exact scheduled time, we schedule them to start ahead of the end of the fifth hour of the shifts just in case a dispatcher gets stuck on a call.

7. When I was a dispatcher, the Company consistently provided me with the opportunity to take my meal break at, or very close to, my scheduled time. My supervisors always encouraged me to take my meal breaks in a timely manner. In fact, my supervisors routinely reminded dispatchers on my team that we should take our meal and rest breaks as scheduled. I cannot recall a single time when I skipped a meal or rest break. Since I have been a supervisor, I am not aware of any dispatcher that ever missed a meal break.

8. In the El Segundo Dispatch center, since prior to 2012, we have required that dispatchers take their meal and rest breaks away from their desks, off the dispatch center floor. When I was a dispatcher, I always left my desk for my meal and rest breaks. As a supervisor, I ensure that my dispatchers leave their desks for their meal and rest breaks.

9. When I was a dispatcher, the Company also provided me the opportunity to take two 15-minute rest breaks during the workday, one generally in the middle of the first half of my shift and the other generally in the middle of the second half of my shift. My supervisors always told me to

take my rest breaks, and to take them in a timely manner. I, and the other supervisors in El Segundo, schedule our dispatchers for rest breaks in a similar way. We stress to the dispatchers that they take their rest breaks as close to the scheduled time as possible to ensure adequate coverage on the dispatch floor during the day. I am not aware of anyone on my team skipping a rest break.

10. I recall an instance when, as a dispatcher, I decided on my own to shorten one of my rest breaks. In that instance, I wound up taking less than a total of 30 minutes for the day. My supervisor at the time was Carmen Alvarada, and she counseled me for not taking enough break time.

11. As a supervisor, I meet with each dispatcher on my team individually every month for what we call "one-on-ones." During these meetings, I cover a number of topics about the dispatcher's prior month's performance. One of the items discussed is the dispatcher's adherence to his or her schedule, or their adherence percentage. When we look at adherence, one of the things we look at is how well a dispatcher takes his or her scheduled meal and rest breaks at the scheduled times. We have a monthly goal of 90% adherence. We also look at the amount of time spent on rest breaks and will address that issue if the number is too high (excessive break time – more than 30 minutes in a day) or too low (less than 30 minutes in a day).

12. I supervised Plaintiff Lois Manigo from approximately May 2015 until she was fired for call avoidance in May 2016. During that time, I had several one-on-ones with her. Attached hereto as **Exhibits 20 and 21** are the following dispatcher Feedback forms that I prepared and discussed with Ms. Manigo during our one-on-ones:

a. **Exhibit 20** is the July 2015 Dispatch Feedback form where I counseled Ms. Manigo about managing her break time to improve her adherence. I pointed out to her that she had four days where she had too little

break time and four days where she had too much break time. I also set a goal for her to focus on her adherence.

b. **Exhibit 21** is the January 2016 Dispatch Feedback form where I counseled Ms. Manigo about her break time being too high.

13. Based on my experience as a dispatcher and now a supervisor, I know that while dispatchers are frequently on the phone, there are times during any given day when the call volume is lower. For example, during the 12:00 p.m. to 1:00 p.m. time period when most of the technicians take their meal breaks, the call volume slows down quite a bit, and it does so again near the end of the work day between 6:00 p.m. and 8:00 p.m., when most of the technicians are wrapping up their last jobs of the day. I also know that Sundays are the slowest days in the El Segundo dispatch center.

14. When I was a dispatcher, I was able to manage my telephone in a way that allowed me to take my meal and rest breaks as scheduled. In fact, I always tried to adhere to my scheduled break times because adherence to break schedules was a factor in evaluating my performance.

15. Near the end of 2015, the Company set up a "scorecard bonus" system whereby dispatchers are eligible to earn a monthly bonus based on several metrics, one of which is adherence to the schedules set by the Company. Dispatchers on my team have regularly earned bonuses under this program. In fact, my dispatchers work as a team to try to hit the maximum payout under this plan. The higher their adherence score the more money they make under this plan. In other words, the better they stick to their scheduled meal and rest breaks, the more money they make.

16. Avaya (our soft telephone system) is set up so that dispatchers can enter the auxiliary code for a meal or rest break while on a call. Once the current call ends, Avaya will automatically place them into the meal or rest

break code and prevent them from receiving a new call. I do not recall ever having a problem with this function of Avaya when I was a dispatcher, and I do not believe there have been any problems with this function since I have been a supervisor.

17. When I was a dispatcher, no supervisor ever asked me to skip or significantly delay a meal or rest break, nor did they tell me to prioritize work over my breaks or ask me to work during breaks or lunches. As a supervisor, I have never asked a dispatcher to skip or significantly delay a meal or rest break or work during a meal or rest break, nor am I aware of dispatchers who do so.

18. Since I started as a supervisor, there have been a few instances where dispatchers on my team have been unable to start a meal period before the end of the fifth hour of their shift. On those occasions, I know that Kronos automatically generates a meal penalty and that the dispatchers get paid an additional hour of wages as a penalty. When this occurs, I do not remove those meal penalties.

19. When I supervised Lois Manigo, she worked a shift that started at 5:00 a.m. and ended at 2:00 p.m. I typically scheduled her meal break at 9:45 a.m. She frequently complained to me (and anyone else who would listen) that 9:45 was too early to take her meal break, that no restaurants were open and that the stores she liked to shop at during her meal break were not yet open. I believe that Lois tried to delay her meal breaks for these reasons.

20. When I was a dispatcher, I also worked the 5:00 a.m. to 2:00 p.m. shift for part of the time. When I worked this shift, I usually took my meal break starting at approximately 9:45 a.m. At the beginning of this shift, dispatchers route jobs for technicians to make sure all the jobs are on a technician's route and that all technicians have an efficient route. When I

worked this shift, we received very few calls before 7:30 a.m. because the technicians did not have their first job until 8:00 a.m. When I was on this shift, after clocking into Kronos, I only needed three programs open: Avaya, CSG and WorkAssure. I would open other programs later during my shift if and when I actually needed them.

21. When I was a dispatcher, I would occasionally work more than ten hours in one day. I understood that the Company permitted me to take an additional meal period of 30 minutes. Because I liked to finish my work and get home, I usually chose not to take the second meal period. Sometimes I executed a formal waiver form for the second meal break. Additionally, I was paid meal penalties for second meal breaks that I did not take and did not waive.

22. Dispatchers on my team sometimes work more than ten hours in one day. I always let them know that they have the option of taking an additional 30-minute meal break on those days. Most of them waive the meal break because they prefer to leave earlier. There have also been times when a dispatcher on my team has not taken the additional meal break and has not provided a written waiver. On those occasions, the dispatcher is paid an additional hour of wages as a penalty.

23. As a dispatcher and now as a supervisor, I have reviewed the Time Warner Cable Handbook. I have also accessed the Handbook on the Company's intranet. I am familiar with the Company's policies and procedures stating that non-exempt employees must provide complete and accurate information to the Company regarding their hours of work; and that non-exempt employees receive compensation for all hours worked over 40 hours in any workweek or over eight hours in a workday. I am also familiar with the Company's meal and rest break policies that non-exempt employees

like dispatchers are provided the opportunity to take one ten-minute break for every four hours (or major fraction of four hours). These breaks are usually 15 minutes, instead of ten. I am also familiar with the Company's policy that non-exempt employees like dispatchers receive a one-hour meal period before the fifth hour of work, and that non-exempt employees like dispatchers are not allowed to work through or skip this meal period.

24. When I was a dispatcher, I received training and instruction to log in to Kronos prior to doing anything else, to ensure I was paid for all of my time as soon as I began work. As a supervisor, I regularly remind my team that they must log in to Kronos first before opening any other programs.

25. During my entire time at the Company, I have understood that dispatchers are not to work "off the clock" (i.e., work without recording all time worked). I did not work off the clock when I was a dispatcher and, as a supervisor, I have never asked or permitted any dispatcher to work off the clock. In addition, I am unaware of any dispatcher having worked off the clock during my time as a dispatcher or a supervisor. It has always been my understanding that it would be a violation of Company policy for anyone to instruct or encourage any non-exempt employee to work off the clock or to otherwise falsify payroll records.

26. Before I performed any work activities as a dispatcher, I went to my assigned workstation and unlocked my computer by using Control+Alt+Delete and logged in using my password that would load my desktop. Once the desktop loaded, I would first open Kronos first and clock in. Once I was clocked in, I would then open other programs such as Avaya, CSG and WorkAssure. It normally took only a minute or two to unlock my computer, enter my password, open Kronos and clock in.

27. I was never instructed by anyone at the Company to arrive before the start of my shift to perform any work activities, nor have I ever instructed any of my dispatchers to arrive before the start of their shift to perform work activities.

28. As a dispatcher, I never performed any work activities before I clocked in to Kronos. As a supervisor, I am not aware of any dispatcher having performed work activities before clocking in to Kronos.

29. Once a dispatcher logs in to Avaya after clocking in to Kronos, the telephone automatically goes into a non-available auxiliary state such that no telephone calls come in until the dispatcher enters a code to place the telephone in an available state. After clocking into Kronos, it is up to each dispatcher to decide the order they open any other programs.

30. Dispatchers do not always open all programs every day because there are several they may not use on a regular basis. For example, we have an application that we use when telephone service is installed, but it is not something used every day so some dispatchers do not always open it.

31. When I was dispatcher, I put myself in an auxiliary status in Avaya at the end of my shift to ensure I did not continue to get calls. I then closed all computer applications I had open, including Avaya, and the last thing I did was clock out of Kronos. It only took one minute or less to close out of the computer applications and then clock out of Kronos. The only thing I did after clocking out of Kronos was restart my computer, which took less than one minute.

32. As a supervisor, I have instructed my dispatchers that clocking out of Kronos is the last thing they should do every day. I have never asked any dispatcher to perform any work activities after clocking out, and I am not aware of any dispatcher performing any work activities after clocking out.

When I was a dispatcher, I never performed any work activities after clocking out, and my supervisors never asked me to do so.

33. The overtime I worked as a dispatcher as well as the overtime worked by dispatchers on my team, occurs when working past the end of a scheduled shift or when signing up to work on a regular day off. The overtime caused by working past the end of a scheduled shift does not have to be approved by me or anyone else in advance.

34. During my employment as a dispatcher, I was never instructed or encouraged by any Company employee (or anyone else) to: (1) work off the clock; (2) falsely record more or less working time than I actually worked; or (3) falsely report more or less overtime than I actually worked.

35. As a supervisor, I have never instructed or encouraged any Company employee to: (1) work off the clock; (2) falsely record more or less working time than actually worked; or (3) falsely report more or less overtime than actually worked.

36. As a supervisor, I provide each dispatcher on my team with a report showing all of their time punches each two-week pay period. Each dispatcher must review and approve his or her report and certify that it is accurate and includes all hours worked during the relevant pay period. I ask them to let me know if there are any errors or omissions, such as a missed or incorrect punch, so that I can make the proper adjustment to ensure the dispatcher gets paid for all hours worked.

37. I understand that I am not required to provide the testimony in this declaration. I further understand that it would be a violation of the Company's policy for anyone to retaliate against me for providing or refusing to provide the testimony in this declaration. I have agreed to notify the

Company immediately if I ever believe I am being subject to any retaliation in violation of the Company's policies.

38. I have provided this declaration voluntarily without any promise of benefit or threat of any kind. Prior to signing this declaration, I was provided with a full opportunity to carefully review this declaration and freely make any corrections and additions of any kind. I verify that the information I have provided in this declaration is true and correct.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 21st day of February, 2017 at El Segundo, California.

DYAH SALINO

# EXHIBIT 20

Case 2:16-cv-06722-JFW-PLA Document 58-7 Filed 02/21/17 Page 13 of 15 Page ID #:34299

TIME WARNER CABLE

# Dispatcher Feedback

**Name:** Lois Manigo **Month:** July 2015

## Performance Metrics

La West / Ron Wasserman

| Call Monitoring: | Month Scores |
|---|---|
| 1) | 91.00% |
| 2) | 97.00% |
| | |
| | |
| MTD Avg. | 94.00% |
| | (Goal = min.90%) |

| Productivity: | | |
|---|---|---|
| Special Project | 0.53 | (Goal = < 5 hours) |
| Coaching | 1:15 | (Goal = < 0 hours) |
| Hold Avg. | 69 | (Goal= 90 sec) |
| Break Time Avg. | 33 | (Goal= 30 min per day) |
| Adherence Avg. | 91% | (Goal= 90%) |
| *Overall Self Productivity:* | Partially Meet | (Goal = Meets) |
| ASA Avg. / La West | 34.74 | (Goal= 60 sec) |
| ASA Avg. / Beach Cities | 35.73 | (Goal = 60 sec) |
| CSAT | 98.5 | (Goal=9.5) |
| Routed Points Per Hour | Pending | (Goal = 9.5) |
| OTG / La West | 98.0% | (Goal= 98%) |
| OTG / Team | 96.80% | (Goal= 99%) |
| *Overall Productivity* | Partially Meet | (Goal = Meets) |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | 0 |
| *Rolling 6-months:* | 2.5 |
| *Warning Level:* | None |
| *Perfect Attendance:* | None |

4/12/2015-4/13/2015=2 days=1 occurrence
4/6/2015 =1.5 hrs. not covered by kin care = .5 occurrence
3/10/2015-3/12= 3 days no note=1 occurrence

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

**Strengths/Contributions**

Good job in assisting technician even though it was from South area. Call on 7/30, job # 885859 - tech from Yorba Linda called in for assistance.
You went ahead and helped him - continue to service our customer this way
Good job in submitting Dispatch Disposition Tools
Good job in putting together "Meeting Food Theme" for our team meeting

**Opportunities/Performance: Partial Meets**

Be sure to assist technician once you answered the phone. Call on 7/08, job # 214276 and on 7/30, job # 885859 - you placed technicians on hold right after you answered the line.
Work on asking the right question. Call on 7/08, job # 214276 - you're unsure of what the technician was calling for, but didn't really clarify with the technician.
Work on updating Empower with necessary adjustment. The following time adjustment were not recorded in Empower, and they were more than 10 minutes: Coaching 7/6, 7/8, 7/14; SP 7/1, 7/28, 7/29
Work on managing your breaks time to improve your adherence. You should be taking 2 of 15 minutes break when you work 8 - 9 hrs shift. On 7/2, 7/4, 7/28 and 7/29 you took > 15 minutes break, on 7/8, 7/12, and 7/13 you took < 15 minutes break
Be sure to have the Rules and Optimize button On when routing to avoid error. 7/12 8-9a was placed in PM slot
Work on continue to be proactive vs reactive. Example: relocate technicians when its necessary at the start of the day.

**Goals for next 30 days**

Focus on monitoring your assigned team - to improve OTG. You should be aiming for 100% daily
Focus on your adherence and productivity improvement - provide feedback on the use of Coaching time, or if you need more training

*Acknowledgements:*

[signature] 8/20/15 [signature] 8/20/15
*Employee* *Date* *Supervisor* *Date*

TWC-LM000501

# EXHIBIT 21

TIME WARNER CABLE

# Dispatcher Feedback

**Name:** Lois Manigo **Month:** January 2016 (12/19 - 1/18)

## Performance Metrics

| *Call Monitoring:* | Month Scores | *Productivity:* | | |
|---|---|---|---|---|
| 1) | 92.00% | Special Project | 1.28 | (Goal = <5 hours) |
| 2) | 89.00% | Coaching | 0:23 | (Goal = < 0 hours) |
| | | Hold Avg. | 64 | (Goal= 90 sec) |
| | | Break Time Avg. | 35 | (Goal= 30 min per day) |
| MTD Avg. | 90.50% | Adherence Avg. | 93% | (Goal= 90%) |
| | (Goal = min.90%) | *Overall Self Productivity:* | Partially Meets | (Goal = Meets) |
| | | ASA / La West | 18.61 | (Goal= 60 sec) |
| *Team:* | | ASA / Beach Cities | 23.13 | (Goal = 60 sec) |
| Primary: Sal Diaz | | ASA / Contractors | 19.42 | (Goal = 60 sec) |
| Backup: Carlos, Joe, Ray | | CSAT | 98.1% | (Goal=95%) |
| | | PPRH / Community | 8.59 | (Goal = 8.00) |
| | | PPRH / Team | 9.19 | (Goal= 8.00) |
| | | OTG / Community | 96.6% | (Goal= 98%) |
| | | OTG / Team | 98.30% | (Goal= 99%) |
| | | *Overall Productivity* | Partially Meets | (Goal = Meets) |

## Attendance

| | |
|---|---|
| *Occurrence points this month:* | None |
| *Rolling 6-months:* | 5 |
| *Warning Level:* | WW issued on 12/16/15 |
| *Perfect Attendance:* | No |

8/27/15 - called out, no accrued sick time= 1 occurrence
9/24/15 - called out, no accrued sick time= 1 occurrence
9/27 - 9/28 - called out, no accrued sick time= 1 occurrence
10/10 - Kincare 2.00 hrs - no occurrence
10/18 - 10/20 - Called out, no accrued sick time - 1 Occurrence
11/4 - left early - Sick, no accrued sick time - 1 occurrence
11/5 - Called out sick, no accrued sick time

*TWC Mission and Values: Excellence; Teamwork; Initiative; Integrity; Innovation; Inclusion; Community*

## Strengths/Contributions

Very good job on your adherence - to start of the year!
Good job in reducing your unaccounted time off the phone - SP and coaching
Good job in taking responsibility in processing break/shift exception request
Good job in working on help desk escalation e-mail

## Opportunities/Performance: Partial Meets

Check hourly OTG report and send feedback real time - for your primary and back up team when you're covering them. On 1/10 and 1/17 - OTG feedbacks for Ray's team were not received
Refrain from visiting website that is not work related while you're on your desk, on company time. On 1/10 you googled "bean place" and on 1/13 you're looking for 1800 number for a company
Work on avoiding dead air. Calls on 12/27 job # 319668 and on 1/10, job # 376528 - dead air
Carefully check service rates on an account, including bulk account. Call on 1/10, job # 376528 account was missing equipment primary rate. You ended up adding residential rate on the account when it should be bulk rate. (Listen and review the call)
Carefully check work order history before changing work order type. Call on 12/27, job # 319668, act # 8448300561308104 - work order was created as Triple Play EZ Rescue which was correct. Yet you changed it to Voice/Video Reco. Technician should have been advised that work order was correct, and refer him to his sup or CMT for escalation. (Listen and review the call)
Work on balancing manpower between La West and Beaches when there is call out. On 1/9 and 1/10 - Beaches had a call out. Manpower movement should have been done at the start of the day / when call out was processed to balance workload.
Continue to work on dispositioning your call on at least 85% of your call - your average rate was at 83%.
Break time is high this month - work on staying within 30 minutes on 8 hours shift, or 40 minutes on 10 hours shift

## Goals for next 30 days

Continue to focus on providing OTG feedback without being asked for it - you're reverting back to
Be sure to work on the reports on your assigned days and save the reporting data in P Drive
You will be scheduled for ride along with La West tech ops
Continue to focus on all of your performance

*Acknowledgements:*

[signature] 2/2/16
Employee Date

[signature] 2/2/16
Supervisor Date