# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOIS A. MANIGO, ORLANDO
GUTIERREZ, PHILIP MARTINEZ,
PATRICIA VALLADARES-
GALLEGOS, SHANA GILMORE, and
WARREN V. NICHOLS, Individually
and on Behalf of all Others Similarly
Situated,

              Plaintiffs,

vs.

TIME WARNER CABLE INC. and
TWC ADMINISTRATION LLC,


       Defendants.

CASE NO.: 2:16-cv-06722-JFW-PLA

Judge John F. Walter (Courtroom 7A)


**JUDGMENT IN FAVOR OF
DEFENDANTS TIME WARNER
CABLE INC. AND TWC
ADMINISTRATION LLC**

By Order dated October 18, 2017 [D.E. 122], this Court granted Defendants Time Warner Cable Inc.'s and TWC Administration LLC's (collectively "Defendants") Motion for Summary Judgment in its entirety. Specifically, the Court granted summary judgment in Defendants' favor, and against Plaintiffs Lois Manigo, Shana Gilmore, Warren Nichols, Orlando Gutierrez, Philip Martinez and Patricia Valladares-Gallegos (collectively "Plaintiffs"), as to all claims at issue in this case.

Accordingly, **IT IS ORDERED AND ADJUDGED THAT** Judgment in the above-captioned matter is hereby entered in favor of Defendants and against Plaintiffs, Plaintiffs shall take nothing by way of their Complaint, and this action is dismissed with prejudice.

Dated: October 24, 2017

_____
HON. JOHN F. WALTER
United States District Judge